**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | | |
|---|---|---|---|
| In re: | x : | Chapter 11 | |
| SEQUENTIAL BRANDS GROUP, INC., *et al*., | : : | Case No. 21-11194 (JTD) | |
| Debtors. | : x | (Joint Administration Requested) | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Scott J. Greenberg of Gibson, Dunn & Crutcher LLP, to represent the Debtors and Debtors in Possession in the above-captioned proceeding and any related adversary proceedings.

Dated: August 31, 2021         */s/ Laura Davis Jones*
                                                 Laura Davis Jones (Bar No. 2436)
                                                 Pachulski Stang Ziehl & Jones LLP
                                                 919 North Market Street, 17th Floor, P.O. Box 8705
                                                 Wilmington, DE  19899-8705 (Courier 19801)
                                                 Email: ljones@pszjlzaw.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/31/16.  I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: August 31, 2021         */s/ Scott J. Greenberg*
                                                 Scott J. Greenberg
                                                 GIBSON, DUNN & CRUTCHER LLP
                                                 200 Park Avenue
                                                 New York, New York 10166
                                                 Telephone: (212) 351-4000
                                                 Facsimile:  (212) 351-4035
                                                 Email:  sgreenberg@gibsondunn.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.