**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| SEQUENTIAL BRANDS GROUP, INC., *et al.*, | Case No. 21-11194 (JTD) |
| Debtors.[1] | (Joint Administration Requested) |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that the undersigned appear as proposed counsel for Bank of America N.A., as administrative agent and collateral agent (the "Bank") under the Debtors' prepetition first lien credit facility, and pursuant to Rules 2002, 3017, 9007, and 9010 of the Rules of Bankruptcy Procedure and 11 U.S.C. § 1109(b) request that all notices given or required in the above-captioned Chapter 11 cases, and all documents, and all other papers served in these cases, be given to and served upon:

| | |
|---|---|
| Julia Frost-Davies, Esq. | Jamie L. Edmonson, Esq. |
| Christopher L. Carter, Esq. | James L. Lathrop, Esq. |
| Morgan Lewis & Bockius LLP | 1201 N. Market Street, Suite 1406 |
| One Federal Street | Wilmington, DE 19801 |
| Boston, MA 02110-1726 | Phone: 302-516-1700 |
| Phone: 617-951-8422 | Fax: 302-516-1699 |
| Fax: 617-341-7701 | jedmonson@rc.com |
| julia.frost-davies@morganlewis.com | jlathrop@rc.com |
| christopher.carter@morganlewis.com | |
| | -and- |

---

[1] The Debtors, along with the last four digits of each Debtor's tax identification number, are: Sequential Brands Group, Inc. (2789), SQBG, Inc. (9546), Sequential Licensing, Inc. (7108), William Rast Licensing, LLC (4304), Heeling Sports Limited (0479), Brand Matter, LLC (1258), SBG FM, LLC (8013), Galaxy Brands LLC (9583), The Basketball Marketing Company, Inc. (7003), American Sporting Goods Corporation (1696), LNT Brands LLC (3923), Joe's Holdings LLC (3085), Gaiam Brand Holdco, LLC (1581), Gaiam Americas, Inc. (8894), SBG-Gaiam Holdings, LLC (8923), SBG Universe Brands, LLC (4322), and GBT Promotions LLC (7003). The Debtors' corporate headquarters and the mailing address for each Debtor is 1407 Broadway, 38th Floor, New York, NY 10018.

Rachel Jaffe Mauceri, Esq.
Robinson & Cole LLP
1650 Market Street, Suite 3600
Philadelphia, PA  19103
Phone: 215-398-0556
rmauceri@rc.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the rule specified above but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, electronically or otherwise, which affects the Debtors or the property of the Debtors.

**PLEASE TAKE FURTHER NOTICE** that this *Notice of Appearance and Request for Service of Papers* shall not be deemed or construed to be a waiver of any of the rights of the Bank, including, without limitation, to (i) have final orders in non-core matters entered only after de novo review by a higher court, (ii) trial by jury in any proceeding so triable in these cases, or any case, controversy, or adversary proceeding related to these cases, (iii) have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal, or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which the Bank may be entitled in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: August 31, 2021            **ROBINSON & COLE LLP**

 */s/ Jamie L. Edmonson*
Jamie L. Edmonson (No. 4247)
James F. Lathrop (No. 6492)
1201 N. Market Street, Suite 1406
Wilmington, DE 19801
Tel: (302) 516-1700
Fax: (302) 516-1699
jedmonson@rc.com
jlathrop@rc.com

-and-

Rachel Jaffe Mauceri (*proposed pro hac vice*)
Robinson & Cole LLP
1650 Market Street, Suite 3600
Philadelphia, PA  19103
Tel:  (215) 398-0556
Fax: (215) 827-5982
rmauceri@rc.com

-and-

Julia Frost-Davies, Esq. *(proposed pro hac vice)*
Christopher L. Carter, Esq. *(proposed pro hac vice)*
Morgan Lewis & Bockius LLP
One Federal Street
Boston, MA  02110-1726
Phone:  617-951-8117
Fax:       617-341-7701
julia.frost-davies@morganlewis.com
christopher.carter@morganlewis.com

*Counsel to Bank of America N.A., as administrative agent and collateral agent under the Debtors' prepetition first lien credit facility.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 31 day of August 2021, a true and correct copy of the foregoing *Notice of Appearance and Request for Service of Papers* was sent via ECF Noticing to all parties receiving ECF Notices in these chapter 11 cases.

>  */s/ Jamie L. Edmonson*
> Jamie L. Edmonson, Esq. (No. 4247)