**IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| SEQUENTIAL BRANDS GROUP, INC., | ) Case No. 21-11194 (JTD) |
| | ) |
| Debtor. | ) **Ref. Docket No. 2** |
| | ) |
| Tax I.D. No. 47-4452789 | ) |
| | ) |
| In re: | ) Chapter 11 |
| | ) |
| SQBG, INC., | ) Case No. 21-11195 (JTD) |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 86-0449546 | ) |
| | ) |
| In re: | ) Chapter 11 |
| | ) |
| SEQUENTIAL LICENSING, INC., | ) Case No. 21-11196 (JTD) |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 95-4857108 | ) |
| | ) |
| In re: | ) Chapter 11 |
| | ) |
| WILLIAM RAST LICENSING, LLC, | ) Case No. 21-11197 (JTD) |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 20-5504304 | ) |
| | ) |
| In re: | ) Chapter 11 |
| | ) |
| HEELING SPORTS LIMITED, | ) Case No. 21-11198 (JTD) |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 75-2880479 | ) |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BRAND MATTER, LLC, | ) | Case No. 21-11199 (JTD) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 26-2121258 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| SBG FM, LLC, | ) | Case No. 21-11200 (JTD) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 46-4938013 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| GALAXY BRANDS LLC, | ) | Case No. 21-11201 (JTD) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 45-3609583 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| THE BASKETBALL MARKETING COMPANY, INC., | ) | Case No. 21-11202 (JTD) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 23-2727003 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| AMERICAN SPORTING GOODS CORPORATION, | ) | Case No. 21-11203 (JTD) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 13-3191696 | ) | |

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| LNT BRANDS LLC, | ) Case No. 21-11204 (JTD) |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 80-0963923 | ) |
| In re: | ) Chapter 11 |
| | ) |
| JOE'S HOLDINGS LLC, | ) Case No. 21-11205 (JTD) |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 47-5013085 | ) |
| In re: | ) Chapter 11 |
| | ) |
| GAIAM BRAND HOLDCO, LLC, | ) Case No. 21-11206 (JTD) |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 87-2201581 | ) |
| In re: | ) Chapter 11 |
| | ) |
| GAIAM AMERICAS, INC., | ) Case No. 21-11207 (JTD) |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 47-0878894 | ) |
| In re: | ) Chapter 11 |
| | ) |
| SBG-GAIAM HOLDINGS, LLC, | ) Case No. 21-11208 (JTD) |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 32-0498923 | ) |

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| SBG UNIVERSE BRANDS, LLC, | ) Case No. 21-11209 (JTD) |
| Debtor. | ) |
| Tax I.D. No. 47-1454322 | ) |
| In re: | ) Chapter 11 |
| GBT PROMOTIONS LLC, | ) Case No. 21-11210 (JTD) |
| Debtor. | ) |
| Tax I.D. No. 87-2307003 | ) |

**ORDER (I) DIRECTING JOINT ADMINISTRATION OF THE DEBTORS' RELATED CHAPTER 11 CASES AND (II) GRANTING RELATED RELIEF**

Upon the motion (the "Motion")[1] of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for entry of an order (this "Order") (a) directing procedural consolidation and joint administration of the Debtors' related chapter 11 cases and (b) granting related relief, all as more fully set forth in the Motion; and upon the First Day Declaration; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference from the United States District Court for the District of Delaware*, dated February 29, 2012; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and that this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Motion is in the best interests of the Debtors'

---

[1] Capitalized terms used in this Order but not immediately defined have the meanings given to such terms in the Motion.

4

estates, their creditors, and other parties in interest; and this Court having found that the Debtors' notice of the Motion and opportunity for a hearing on the Motion were appropriate under the circumstances and no other notice need be provided; and this Court having reviewed the Motion and having heard the statements in support of the relief requested therein at a hearing before this Court (the "Hearing"); and this Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Motion is granted as set forth herein.

2. The above-captioned chapter 11 cases are consolidated for procedural purposes only and shall be jointly administered by this Court under Case No. 21-11194 (JTD)

3. The caption of the jointly administered cases shall read as follows:

**IN THE UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SEQUENTIAL BRANDS GROUP, INC., *et al.*,[1] | ) | Case No. 21-11194 (JTD) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

---

[1] The Debtors, along with the last four digits of each Debtor's tax identification number, are: Sequential Brands Group, Inc. (2789), SQBG, Inc. (9546), Sequential Licensing, Inc. (7108), William Rast Licensing, LLC (4304), Heeling Sports Limited (0479), Brand Matter, LLC (1258), SBG FM, LLC (8013), Galaxy Brands LLC (9583), The Basketball Marketing Company, Inc. (7003), American Sporting Goods Corporation (1696), LNT Brands LLC (3923), Joe's Holdings LLC (3085), Gaiam Brand Holdco, LLC (1581), Gaiam Americas, Inc. (8894), SBG-Gaiam Holdings, LLC (8923), SBG Universe Brands, LLC (4322), and GBT Promotions LLC (7003). The Debtors' corporate headquarters and the mailing address for each Debtor is 1407 Broadway, 38th Floor, New York, NY 10018.

4. The foregoing caption satisfies the requirements set forth in section 342(c)(1) of the Bankruptcy Code.

5. An entry shall be made on the docket of each of the Debtors' cases, other than that of Sequential Brands Group, Inc., that is substantially similar to the following:

> An order has been entered in accordance with Rule 1015(b) of the Federal Rules of Bankruptcy Procedure and Rule 1015-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware directing joint administration of the chapter 11 cases of: Sequential Brands Group, Inc., SQBG, Inc., Sequential Licensing, Inc., William Rast Licensing, LLC, Heeling Sports Limited, Brand Matter, LLC, SBG FM, LLC, Galaxy Brands LLC, The Basketball Marketing Company, Inc., American Sporting Goods Corporation, LNT Brands LLC, Joe's Holdings LLC, Gaiam Brand Holdco, LLC, Gaiam Americas, Inc., SBG-Gaiam Holdings, LLC, SBG Universe Brands, LLC, and GBT Promotions LLC. All further pleadings and other papers in such cases shall be filed in, and all further docket entries shall be made in Sequential Brands Group, Inc., Case No. 21-11194 (JTD).

6. The Debtors shall maintain, and the Clerk of the United States Bankruptcy Court for the District of Delaware shall keep, one consolidated docket, one file, and one consolidated service list.

7. Nothing contained in the Motion or this Order shall be deemed or construed as directing or otherwise effecting a substantive consolidation of these chapter 11 cases.

8. The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

9. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated: September 1st, 2021
Wilmington, Delaware

**JOHN T. DORSEY**
**UNITED STATES BANKRUPTCY JUDGE**