# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SEQUENTIAL BRANDS GROUP, INC., *et al.*[1] | ) | Case No. 21-11194 (JTD) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## CERTIFICATE OF SERVICE

I, Travis R. Buckingham, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtors in the above-captioned case.

On September 21, 2021, at my direction and under my supervision, employees of KCC caused to be served the following documents via Electronic Mail upon the service lists attached hereto as **Exhibit A** and **Exhibit B**; and via First Class Mail upon the service lists attached hereto as **Exhibit C** and **Exhibit D**:

- **Final Order (A) Authorizing Continued Use of Existing Cash Management System, Including Maintenance of Existing Bank Accounts, Checks and Business Forms; (B) Authorizing Continuation of Existing Deposit Practices; (C) Waiving Certain U.S. Trustee Guidelines; (D) Authorizing Continuation of Intercompany Transactions; (E) Granting Priority Status to Postpetition Intercompany Claims; (F) Authorizing the Debtors to Open and Close Bank Accounts and (II) Granting Related Relief** [Docket No. 107]

- **Final Order (I) Authorizing the Payment of Certain Prepetition and Postpetition Taxes and Fees and (II) Granting Related Relief** [Docket No. 108]

- **Final Order (I) Authorizing the Debtors to (A) Continue Employee Compensation and Benefits Programs and (B) Pay Prepetition Claims Related Thereto and (II) Granting Related Relief** [Docket No. 109]

---

[1] The Debtors, along with the last four digits of each Debtor's tax identification number, are: Sequential Brands Group, Inc. (2789), SQBG, Inc. (9546), Sequential Licensing, Inc. (7108), William Rast Licensing, LLC (4304), Heeling Sports Limited (0479), Brand Matter, LLC (1258), SBG FM, LLC (8013), Galaxy Brands LLC (9583), The Basketball Marketing Company, Inc. (7003), American Sporting Goods Corporation (1696), LNT Brands LLC (3923), Joe's Holdings LLC (3085), Gaiam Brand Holdco, LLC (1518), Gaiam Americas, Inc. (8894), SBG-Gaiam Holdings, LLC (8923), SBG Universe Brands, LLC (4322), and GBT Promotions LLC (7003). The Debtors' corporate headquarters and the mailing address for each Debtor is 1407 Broadway, 38th Floor, New York, NY 10018.

- **Final Order (I) Authorizing the Debtors to Obtain Postpetition Financing, (II) Authorizing the Debtors to Use Cash Collateral, (III) Granting Liens and Providing Super-Priority Administrative Expense Status, (IV) Granting Adequate Protection, (V) Modifying the Automatic Stay, and (VI) Granting Related Relief** [Docket No. 110]

Furthermore, on September 21, 2021, at my direction and under my supervision, employees of KCC caused to be served the following document via Electronic Mail upon the service list attached hereto as **Exhibit E**; and via First Class Mail upon the service list attached hereto as **Exhibit F**:

- **Final Order (I) Authorizing the Payment of Certain Prepetition and Postpetition Taxes and Fees and (II) Granting Related Relief** [Docket No. 108]

Dated: September 23, 2021

/s/ Travis R. Buckingham
Travis R. Buckingham
KCC
222 N Pacific Coast Hwy
Suite 300
El Segundo, CA 90245
Tel 310.823.9000

# Exhibit A

Exhibit A
Core 2002 Service List
Served via Electronic Mail

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel to Centric Brands LLC and Centric West LLC | Akin Gump Strauss Hauer & Feld LLP | Alexander F. Antypas | aantypas@akingump.com |
| Counsel to Centric Brands LLC, Centric Stalking Horse Bidder and Centric West LLC | Akin Gump Strauss Hauer & Feld LLP | Brad M. Kahn, Zachary N. Wittenberg | bkahn@akingump.com; zwittenberg@akingump.com |
| California Attorney General | California Attorney General | Attn Bankruptcy Department | xavier.becerra@doj.ca.gov |
| California Department of Tax and Fee Administration | California Department of Tax and Fee Administration | Account Information Group MIC 29 | SacramentoInquiries@cdtfa.ca.gov |
| California Department of Tax and Fee Administration | California Department of Tax and Fee Administration | Special Operations Bankruptcy Team MIC 74 | SacramentoInquiries@cdtfa.ca.gov |
| Top 20 | Centric Brands | | info@centricbrands.com |
| Top 20 | CohnReznick LLP | | Jay.Levy@CohnReznick.com |
| Colorado Secretary of State | Colorado Secretary of State | Attn Corporate Bankruptcy Dept | secretary@sos.state.co.us |
| Connecticut Attorney General | Connecticut Attorney General | Attn Bankruptcy Department | attorney.general@ct.gov |
| Counsel for With You, Inc. | Culhane Meadows, PLLC | Mette H. Kurth | mkurth@cm.law |
| DE AG Office | Delaware Attorney General | Matthew Denn | attorney.general@state.de.us |
| DE DOJ | Delaware Dept of Justice | Attn Bankruptcy Dept | attorney.general@state.de.us |
| DE Secretary of State | Delaware Secretary of State | Franchise Tax | dosdoc_bankruptcy@state.de.us |
| DE State Treasury | Delaware State Treasury | | statetreasurer@state.de.us |
| Top 20 | EisnerAmper LLP | | shari.savitt@eisneramper.com; Nicholas.Tsafos@eisneramper.com |
| IRS | Internal Revenue Service | Attn Susanne Larson | SBSE.Insolvency.Balt@irs.gov |
| Counsel to the DIP Agent and Wilmington Trust, National Association | James Bates Brannan Groover LLP | Sara Kate Rumsey, Doroteya N. Wozniak | skrumsey@jamesbatesllp.com; dwozniak@jamesbatesllp.com |
| Counsel to KKR Credit Advisors (US) LLC | King & Spalding LLP | Lindsey Henrikson, R. Jacob Jumbeck | lhenrikson@kslaw.com; jjumbeck@kslaw.com |
| Counsel to the Term B Lenders, KKR Credit Advisors (US) LLC and DIP Lenders | King & Spalding LLP | Roger Schwartz, Peter Montoni, Timothy Fesenmyer | rschwartz@kslaw.com; pmontoni@kslaw.com; tfesenmyer@kslaw.com |
| Maine Attorney General | Maine Attorney General | Attn Bankruptcy Department | oag.mediation@maine.gov |
| Maine Secretary of State | Maine Secretary of State | Attn Corporate Bankruptcy Dept | sos.office@maine.gov |
| Massachusetts Attorney General | Massachusetts Attorney General | Attn Bankruptcy Department | ago@state.ma.us |
| Massachusetts Secretary of State | Massachusetts Secretary of the Commonwealth | Attn Corporate Bankruptcy Dept | corpinfo@sec.state.ma.us |
| Michigan Attorney General | Michigan Attorney General | Attn Bankruptcy Department | miag@michigan.gov |
| Michigan Secretary of State | Michigan Secretary of State | Attn Corporate Bankruptcy Dept | secretary@michigan.gov |
| Minnesota Attorney General | Minnesota Attorney General | Attn Bankruptcy Department | ag.replies@ag.state.mn.us |
| Minnesota Secretary of State | Minnesota Secretary of State | Attn Corporate Bankruptcy Dept | secretary.state@state.mn.us |
| Counsel to Bank of America N.A., as administrative agent and collateral agent under the Debtors' prepetition first lien credit facility. | Morgan, Lewis & Bockius LLP | Marjorie Crider, Julie Frost-Davies, Christopher L. Carter | marjorie.crider@morganlewis.com; julia.frost-davies@morganlewis.com; christopher.carter@morganlewis.com |
| Counsel to the Term B Lenders, DIP Lenders, KKR Credit Advisors (US) LLC and Wilmington Trust, National Association | Morris, Nichols, Arsht & Tunnell LLP | Robert J. Dehney, Derek C. Abbott, Curtis S. Miller, Paige N. Topper, Andrew R. Remming, Tamara K. Mann | rdehney@morrisnichols.com; dabbott@morrisnichols.com; cmiller@morrisnichols.com; ptopper@morrisnichols.com; aremming@morrisnichols.com; tmann@morrisnichols.com |
| New Hampshire Attorney General | New Hampshire Attorney General | Attn Bankruptcy Department | attorneygeneral@doj.nh.gov |
| New Jersey Attorney General | New Jersey Attorney General | Attn Bankruptcy Department | Heather.Anderson@law.njoag.gov |
| New Jersey Secretary of State | New Jersey Lt Governor | Attn Corporate Bankruptcy Dept | feedback.sos@sos.nj.gov |
| New Mexico Attorney General | New Mexico Attorney General | Attn Bankruptcy Department | hbalderas@nmag.gov |
| New Mexico Secretary of State | New Mexico Secretary of State | Attn Corporate Bankruptcy Dept | secretary.state@state.nm.us |
| New York Attorney General | New York Attorney General | Attn Bankruptcy Department | Norman.fivel@ag.ny.gov; Louis.Testa@ag.ny.gov |
| New York State Dept of Taxation and Finance | New York State Dept of Taxation and Finance | Attn Office of Counsel | amanda.hiller@tax.ny.gov |

**Exhibit A**
**Core 2002 Service List**
**Served via Electronic Mail**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| US Trustee for District of DE | Office of the United States Trustee Delaware | Richard Schepacarter | richard.schepacarter@usdoj.gov |
| Ohio Attorney General | Ohio Attorney General | Attn Robert Doty | trish.lazich@ohioattorneygeneral.gov; Robert.Doty@OhioAGO.gov |
| Top 20 | Olshan Frome Wolosky LLP | | info@olshanlaw.com |
| Oregon Attorney General | Oregon Attorney General | Attn Bankruptcy Department | Fred.Boss@doj.state.or.us |
| Oregon Secretary of State | Oregon Secretary of State | Attn Corporate Bankruptcy Dept | oregon.sos@oregon.gov |
| Counsel to Centric Brands LLC and Centric West LLC | Richards, Layton & Finger, P.A. | Mark D. Collins, Paul N. Heath, David T. Queroli | collins@rlf.com; heath@rlf.com; queroli@rlf.com |
| Counsel to Bank of America N.A., as administrative agent and collateral agent under the Debtors' prepetition first lien credit facility. | Robinson & Cole LLP | Jamie L. Edmonson, James L. Lathrop | jedmonson@rc.com; jlathrop@rc.com |
| Counsel to Bank of America N.A., as administrative agent and collateral agent under the Debtors' prepetition first lien credit facility. | Robinson & Cole LLP | Rachel J. Mauceri | rmauceri@rc.com |
| SEC Regional Office | Securities & Exchange Commission | G Jeffrey Boujoukos Regional Director | philadelphia@sec.gov |
| SEC Headquarters | Securities & Exchange Commission | Secretary of the Treasury | SECBankruptcy-OGC-ADO@SEC.GOV |
| SEC Regional Office | Securities & Exchange Commission NY Office | Andrew Calamari Regional Director | bankruptcynoticeschr@sec.gov |
| Top 20 | Shearman & Sterling | | dbeveridge@shearman.com |
| Counsel for Simon Property Group, Inc. | Simon Property Group, Inc. | Ronald M. Tucker, Esq. | rtucker@simon.com |
| Top 20 | Symphony | | mick@symphonyip.com |
| Top 20 | Tengram Capital Management LP | | info@tengramcapital.com |
| US Attorneys Office | US Attorney for Delaware | David C. Weiss | usade.ecfbankruptcy@usdoj.gov |
| Washington Attorney General | Washington Attorney General | Attn Bankruptcy Department | emailago@atg.wa.gov |
| Co-Counsel to Gainline Galaxy Holdings LLC | Willkie Farr & Gallagher LLP | Paul V. Shalhoub, Ciara A. Copell | pshalhoub@willkie.com; ccopell@willkie.com |
| Co-Counsel to Gainline Galaxy Holdings LLC | Young Conaway Stargatt & Taylor, LLP | Edmon L. Morton, Matthew B. Lunn | emorton@ycst.com; mlunn@ycst.com |

# Exhibit B

**Exhibit B**
**Banks Service List**
**Served via Electronic Mail**

| CreditorName | CreditorNoticeName | Email |
|---|---|---|
| Bank of America | | courtney.kolb@bofa.com |
| Chase Bank | JPMorgan Chase Bank, N.A. | Stephen.Kulcsar@Cigna.com |
| IDB Bank | | Mchavez@idbny.com |

In re: Sequential Brands Group, Inc., et al.
Case No. 21-11194                              Page 1 of 1

# Exhibit C

Exhibit C
Core 2002 Service List
Served via First Class Mail

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|---|
| Counsel to Centric Brands LLC and Centric West LLC | Akin Gump Strauss Hauer & Feld LLP | Alexander F. Antypas | Robert S. Strauss Tower | 2001 K Street, N.W. | | Washington | DC | 20006-1037 | |
| Top 20 | Alvarez & Marsal | | 600 Madison Ave., 8th Floor | | | New York | NY | 10022 | |
| Top 20 | BH26 Consultoria e Participacoes Ltda | | 2510 Angelica Avenue | | | Sao Paulo | | 01228-200 | Brazil |
| CA Franchise Tax Board | CA Franchise Tax Board | Bankruptcy Section MS A340 | PO Box 2952 | | | Sacramento | CA | 95812-2952 | |
| California Attorney General | California Attorney General | Attn Bankruptcy Department | 1300 I St., Ste. 1740 | | | Sacramento | CA | 95814-2919 | |
| California Department of Tax and Fee Administration | California Department of Tax and Fee Administration | Account Information Group MIC 29 | PO Box 942879 | | | Sacramento | CA | 94279-0029 | |
| California Department of Tax and Fee Administration | California Department of Tax and Fee Administration | Special Operations Bankruptcy Team MIC 74 | PO Box 942879 | | | Sacramento | CA | 94279-0074 | |
| California Secretary of State | California Secretary of State | Attn Corporate Bankruptcy Dept | 1500 11th Street | | | Sacramento | CA | 95814 | |
| California State Board of Equalization | California State Board of Equalization | Attn Bankruptcy Dept | 3321 Power Inn Rd Ste 250 | | | Sacramento | CA | 95826-3893 | |
| California State Board of Equalization | California State Board of Equalization | Legal Department | 450 N Street, MIC 121 | PO Box 942879 | | Sacramento | CA | 94279-0121 | |
| Top 20 | Centric Brands | | 350 Fifth Avenue | | | New York | NY | 10118 | |
| Top 20 | Chatham Hedging Advisors | | 235 Whitehorse Lane | | | Kennett Square | PA | 19348 | |
| Top 20 | CohnReznick LLP | | 1301 Avenue of the Americas | | | New York | NY | 10019 | |
| Colorado Attorney General | Colorado Attorney General | Attn Bankruptcy Department | Ralph L Carr Colorado Judicial Building | 1300 Broadway, 10th Fl | | Denver | CO | 80203 | |
| Colorado Secretary of State | Colorado Secretary of State | Attn Corporate Bankruptcy Dept | 1700 Broadway Suite 200 | | | Denver | CO | 80290 | |
| Connecticut Attorney General | Connecticut Attorney General | Attn Bankruptcy Department | 55 Elm St. | | | Hartford | CT | 06106- | |
| Connecticut Secretary of State | Connecticut Secretary of State | Attn Corporate Bankruptcy Dept | 165 Capitol Avenue | | | Hartford | CT | 06106- | |
| DE AG Office | Delaware Attorney General | Matthew Denn | Carvel State Office Building | 820 N French St | | Wilmington | DE | 19801 | |
| DE DOJ | Delaware Dept of Justice | Attn Bankruptcy Dept | 820 N French St 6th Fl | | | Wilmington | DE | 19801 | |
| Delaware Division of Revenue Bankruptcy Service | Delaware Division of Revenue Bankruptcy Service | Attn Bankruptcy Administrator | Carvel State Office Building | 820 N. French Street, 8th Fl | | Wilmington | DE | 19801 | |
| DE Secretary of State | Delaware Secretary of State | Franchise Tax | 401 Federal Street | PO Box 898 | | Dover | DE | 19903 | |
| DE State Treasury | Delaware State Treasury | | 820 Silver Lake Blvd., Suite 100 | | | Dover | DE | 19904 | |
| Top 20 | EisnerAmper LLP | | 733 Third Avenue | | | New York | NY | 10017 | |
| Top 20 | Gstate | | 500 Chandler Avenue | | | Linden | NJ | 07036- | |
| Top 20 | INNES Productions | | 1117 3rd Avenue | | | Longmont | CO | 80501 | |
| IRS | Internal Revenue Service | Attn Susanne Larson | 31 Hopkins Plz Rm 1150 | | | Baltimore | MD | 21201 | |
| IRS | Internal Revenue Service | Centralized Insolvency Operation | PO Box 7346 | | | Philadelphia | PA | 19101-7346 | |
| Counsel to the DIP Agent and Wilmington Trust, National Association | James Bates Brannan Groover LLP | Sara Kate Rumsey, Doroteya N. Wozniak | Buckhead Tower at Lenox Square | 3399 Peachtree Road NE | Suite 1700 | Atlanta | GA | 30326 | |
| Top 20 | Just Because Productions, Inc. | c/o Nigro, Karlin Segal Feldstein & Bolno LLC | 10960 Wilshire Blvd, 5th Floor | | | Los Angeles | CA | 90024 | |
| Counsel to KKR Credit Advisors (US) LLC | King & Spalding LLP | Lindsey Henrikson, R. Jacob Jumbeck | 110 N. Wacker Drive, Suite 3800 | | | Chicago | IL | 60606 | |

In re: Sequential Brands Group, Inc., et al.
Case No. 21-11194

Page 1 of 3

Exhibit C
Core 2002 Service List
Served via First Class Mail

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|---|
| Counsel to the Term B Lenders, KKR Credit Advisors (US) LLC and DIP Lenders | King & Spalding LLP | Roger Schwartz, Peter Montoni, Timothy Fesenmyer | 1185 Avenue of the Americas | 34th Floor | | New York | NY | 10036 | |
| Maine Attorney General | Maine Attorney General | Attn Bankruptcy Department | 6 State House Station | | | Augusta | ME | 04333- | |
| Maine Secretary of State | Maine Secretary of State | Attn Corporate Bankruptcy Dept | 148 State House Station | | | Augusta | ME | 04333-0148 | |
| Massachusetts Attorney General | Massachusetts Attorney General | Attn Bankruptcy Department | One Ashburton Place | | | Boston | MA | 02108-1518 | |
| Massachusetts Secretary of State | Massachusetts Secretary of the Commonwealth | Attn Corporate Bankruptcy Dept | One Ashburton Place 17th Floor | McCormack Building | | Boston | MA | 02108- | |
| Michigan Attorney General | Michigan Attorney General | Attn Bankruptcy Department | 525 W. Ottawa St. | P.O. Box 30212 | | Lansing | MI | 48909 | |
| Michigan Secretary of State | Michigan Secretary of State | Attn Corporate Bankruptcy Dept | 430 West Allegan St 4th Floor | | | Lansing | MI | 48918 | |
| Minnesota Attorney General | Minnesota Attorney General | Attn Bankruptcy Department | 445 Minnesota St Suite 1400 | | | St Paul | MN | 55101-2131 | |
| Minnesota Secretary of State | Minnesota Secretary of State | Attn Corporate Bankruptcy Dept | 180 State Office Building | 100 Rev Dr Martin Luther King Jr Blvd | | St Paul | MN | 55155-1299 | |
| New Hampshire Attorney General | New Hampshire Attorney General | Attn Bankruptcy Department | 33 Capitol St. | | | Concord | NH | 03301- | |
| New Hampshire Secretary of State | New Hampshire Secretary of State | Attn Corporate Bankruptcy Dept | 107 North Main St | State House Room 204 | | Concord | NH | 03301-4989 | |
| New Jersey Attorney General | New Jersey Attorney General | Attn Bankruptcy Department | Richard J. Hughes Justice Complex | 25 Market St | PO Box 080 | Trenton | NJ | 08625-0080 | |
| New Jersey Secretary of State | New Jersey Lt Governor | Attn Corporate Bankruptcy Dept | PO Box 001 | | | Trenton | NJ | 08625- | |
| Top 20 | New Life CDC | | 225 N. 8th Street | | | Kenilworth | NJ | 07033 | |
| New Mexico Attorney General | New Mexico Attorney General | Attn Bankruptcy Department | 408 Galisteo St | Villagra Building | | Santa Fe | NM | 87501 | |
| New Mexico Secretary of State | New Mexico Secretary of State | Attn Corporate Bankruptcy Dept | 325 Don Gaspar Suite 300 | New Mexico Capitol Annex North | | Santa Fe | NM | 87501 | |
| New York Attorney General | New York Attorney General | Attn Bankruptcy Department | Office of the Attorney General | The Capitol, 2nd Fl. | | Albany | NY | 12224-0341 | |
| New York Secretary of State | New York Secretary of State | Attn Corporate Bankruptcy Dept | One Commerce Plaza | 99 Washington Ave | | Albany | NY | 12231-0001 | |
| New York State Dept of Taxation and Finance | New York State Dept of Taxation and Finance | Attn Office of Counsel | Building 9 | WA Harriman Campus | | Albany | NY | 12227 | |
| New York State Dept of Taxation and Finance | New York State Dept of Taxation and Finance | Bankruptcy/Special Procedures Section | PO Box 5300 | | | Albany | NY | 12205-0300 | |
| Top 20 | Oakbay Athletics | | 4154 Charlene Drive | | | Los Angeles | CA | 90043 | |
| Ohio Attorney General | Ohio Attorney General | Attn Robert Doty | One Government Center, Suite 1340 | | | Toledo | OH | 43604-2261 | |
| Ohio Secretary of State | Ohio Secretary of State | Attn Corporate Bankruptcy Dept | 22 North Fourth Street | | | Columbus | OH | 43215 | |
| Top 20 | Olshan Frome Wolosky LLP | | 1325 Avenue of the Americas | | | New York | NY | 10019 | |
| Oregon Attorney General | Oregon Attorney General | Attn Bankruptcy Department | 1162 Court St. NE | | | Salem | OR | 97301-4096 | |
| Oregon Secretary of State | Oregon Secretary of State | Attn Corporate Bankruptcy Dept | 255 Capitol St NE Suite 151 | Public Service Building | | Salem | OR | 97310 | |
| Top 20 | Phillips Nizer LLP | | 485 Lexington Avenue | | | New York | NY | 10017 | |
| Top 20 | Proskauer Rose LLP | | Eleven Times Square | | | New York | NY | 10036-8299 | |

Exhibit C
Core 2002 Service List
Served via First Class Mail

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|---|
| SEC Regional Office | Securities & Exchange Commission | G Jeffrey Boujoukos Regional Director | 1617 JFK Boulevard Ste 520 | | | Philadelphia | PA | 19103 | |
| SEC Headquarters | Securities & Exchange Commission | Secretary of the Treasury | 100 F St NE | | | Washington | DC | 20549 | |
| SEC Regional Office | Securities & Exchange Commission NY Office | Andrew Calamari Regional Director | Brookfield Place | 200 Vesey St, Ste 400 | | New York | NY | 10281-1022 | |
| Top 20 | Shearman & Sterling | | 599 Lexington Avenue | | | New York | NY | 10022 | |
| Top 20 | Simon Management Associates | | 401 NE Northgate Way, Suite 210 | | | Seattle | WA | 98125 | |
| Top 20 | Symphony | | 359 Ortega Ridge Road | | | Santa Barbara | CA | 93108 | |
| Top 20 | Tengram Capital Management LP | | 15 Riverside Avenue | | | Westport | CT | 06880- | |
| Top 20 | Tennman Brands LLC | | 10960 Wilshire Blvd, 5th Floor | | | Los Angeles | CA | 90024 | |
| US Attorneys Office | US Attorney for Delaware | David C. Weiss | 1007 Orange St Ste 700 | PO Box 2046 | | Wilmington | DE | 19899-2046 | |
| Washington Attorney General | Washington Attorney General | Attn Bankruptcy Department | 1125 Washington St SE | PO Box 40100 | | Olympia | WA | 98504-0100 | |
| Washington Secretary of State | Washington Secretary of State | Attn Corporate Bankruptcy Dept | PO Box 40220 | | | Olympia | WA | 98504-0220 | |
| Top 20 | Wood, Herron & Evans LLP | | 2700 Carew Tower | 441 Vine Street | | Cincinnati | OH | 45202-2917 | |
| Co-Counsel to Gainline Galaxy Holdings LLC | Young Conaway Stargatt & Taylor, LLP | Edmon L. Morton, Matthew B. Lunn | Rodney Square | 1000 North King Street | | Wilmington | DE | 19801 | |

In re: Sequential Brands Group, Inc., et al.
Case No. 21-11194

Page 3 of 3

# Exhibit D

**Exhibit D**
**Banks Service List**
**Served via First Class Mail**

| CreditorName | CreditorNoticeName | Address1 | City | State | Zip |
|---|---|---|---|---|---|
| Bank of America | | 100 Federal Street | Boston | MA | 02110- |
| Chase Bank | JPMorgan Chase Bank, N.A. | 5801 East Taft Road | Syracuse | NY | 13212 |
| Chase Bank | | 270 Park Ave | New York | NY | 10017 |
| IDB Bank | | 1114 Avenue of the Americas | New York | NY | 10036 |

In re: Sequential Brands Group, Inc., et al.
Case No. 21-11194

Page 1 of 1

# Exhibit E

**Exhibit E**
**Tax Service List**
**Served via Electronic Mail**

| CreditorName | CreditorNoticeName | Email |
|---|---|---|
| Colorado Department of Revenue | | DOR_TAC_Bankruptcy@state.co.us |
| Department of Revenue Services - State of Connecticut | | DRS@po.state.ct.us |
| Maine Revenue Services | | compliance.tax@maine.gov |
| Massachusetts Department of Revenue | | COVID19DLS@dor.state.ma.us |
| Minnesota Department of Revenue | | businessincome.tax@state.mn.us |
| Oregon Department of Revenue | | questions.dor@oregon.gov |
| Washington State Department of Revenue | Legal Correspondence - Treasury Management | RevenueNews@dor.wa.gov |

In re: Sequential Brands Group, Inc., et al.
Case No. 21-11194                                    Page 1 of 1

# Exhibit F

**Exhibit F**
**Tax Service List**
**Served via First Class Mail**

| CreditorName | CreditorNoticeName | Address1 | City | State | Zip |
|---|---|---|---|---|---|
| Colorado Department of Revenue | | 1881 Pierce St, Entrance B | Lakewood | CO | 80214 |
| Department of Revenue Services - State of Connecticut | | PO Box 2974 | Hartford | CT | 06104- |
| Maine Revenue Services | | PO Box 1064 | Augusta | ME | 04332-1064 |
| Massachusetts Department of Revenue | | PO Box 419272 | Boston | MA | 02241- |
| Michigan Department of Treasury | | PO Box 30803 | Lansing | MI | 48909 |
| Minnesota Department of Revenue | | Mail Station 1250 | St. Paul | MN | 55145-1250 |
| New Hampshire Department of Revenue Administration | | PO Box 637 | Concord | NH | 03302- |
| New Mexico Taxation and Revenue Department | Corporate Income and Franchise Tax | PO Box 25127 | Santa Fe | NM | 87504-5127 |
| New Mexico Taxation and Revenue Department | Secretary's Office, Legal, and Other General Information | PO Box 630 | Santa Fe | NM | 87504-0630 |
| New York State Dept of Taxation and Finance | Bankruptcy Section | PO Box 5300 | Albany | NY | 12205-0300 |
| NJ Treasury - Division of Taxation | NJ Division of Taxation Bankruptcy Section | PO Box 245 | Trenton | NJ | 08695-0245 |
| NYC Department of Finance | Correspondence Unit | One Centre Street, 22nd Floor | New York | NY | 10007 |
| Ohio Department of Taxation | Business Tax Division Commercial Activity Tax | PO Box 16158 | Columbus | OH | 43216-6158 |
| Oregon Department of Revenue | | PO Box 14790 | Salem | OR | 97309-0470 |
| State of California Franchise Tax Board | Franchise Tax Board | PO Box 942857 | Sacramento | CA | 94257-0500 |
| Washington State Department of Revenue | Legal Correspondence - Treasury Management | PO Box 47464 | Olympia | WA | 98504-7464 |

In re: Sequential Brands Group, Inc., et al.
Case No. 21-11194

Page 1 of 1