# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| SEQUENTIAL BRANDS GROUP, INC., *et al.* [1] | ) Case No. 21-11194 (JTD) |
| Debtors. | ) (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Travis R. Buckingham, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtors in the above-captioned case.

On September 22, 2021, at my direction and under my supervision, employees of KCC caused to be served the following document via Electronic Mail upon the service lists attached hereto as **Exhibit A** and **Exhibit B**; via Facsimile upon the service list attached hereto as **Exhibit C;** and via Overnight Mail upon the service list attached hereto as **Exhibit D**:

- **Notice of Agenda of Matters Scheduled for Hearing on September 24, 2021 at 10:00 a.m. (Prevailing Eastern Time) Before the Honorable John T. Dorsey** [Docket No. 128]

Dated: September 23, 2021

*/s/* Travis R. Buckingham
Travis R. Buckingham
KCC
222 N Pacific Coast Hwy
Suite 300
El Segundo, CA 90245
Tel 310.823.9000

---

[1] The Debtors, along with the last four digits of each Debtor's tax identification number, are: Sequential Brands Group, Inc. (2789), SQBG, Inc. (9546), Sequential Licensing, Inc. (7108), William Rast Licensing, LLC (4304), Heeling Sports Limited (0479), Brand Matter, LLC (1258), SBG FM, LLC (8013), Galaxy Brands LLC (9583), The Basketball Marketing Company, Inc. (7003), American Sporting Goods Corporation (1696), LNT Brands LLC (3923), Joe's Holdings LLC (3085), Gaiam Brand Holdco, LLC (1518), Gaiam Americas, Inc. (8894), SBG-Gaiam Holdings, LLC (8923), SBG Universe Brands, LLC (4322), and GBT Promotions LLC (7003). The Debtors' corporate headquarters and the mailing address for each Debtor is 1407 Broadway, 38th Floor, New York, NY 10018.

# Exhibit A

Exhibit A
Core 2002 Service List
Served via Electronic Mail

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel to Centric Brands LLC and Centric West LLC | Akin Gump Strauss Hauer & Feld LLP | Alexander F. Antypas | aantypas@akingump.com |
| Counsel to Centric Brands LLC, Centric Stalking Horse Bidder and Centric West LLC | Akin Gump Strauss Hauer & Feld LLP | Brad M. Kahn, Zachary N. Wittenberg | bkahn@akingump.com; zwittenberg@akingump.com |
| California Attorney General | California Attorney General | Attn Bankruptcy Department | xavier.becerra@doj.ca.gov |
| California Department of Tax and Fee Administration | California Department of Tax and Fee Administration | Account Information Group MIC 29 | SacramentoInquiries@cdtfa.ca.gov |
| California Department of Tax and Fee Administration | California Department of Tax and Fee Administration | Special Operations Bankruptcy Team MIC 74 | SacramentoInquiries@cdtfa.ca.gov |
| Top 20 | Centric Brands | | info@centricbrands.com |
| Top 20 | CohnReznick LLP | | Jay.Levy@CohnReznick.com |
| Colorado Secretary of State | Colorado Secretary of State | Attn Corporate Bankruptcy Dept | secretary@sos.state.co.us |
| Connecticut Attorney General | Connecticut Attorney General | Attn Bankruptcy Department | attorney.general@ct.gov |
| Counsel for With You, Inc. | Culhane Meadows, PLLC | Mette H. Kurth | mkurth@cm.law |
| DE AG Office | Delaware Attorney General | Matthew Denn | attorney.general@state.de.us |
| DE DOJ | Delaware Dept of Justice | Attn Bankruptcy Dept | attorney.general@state.de.us |
| DE Secretary of State | Delaware Secretary of State | Franchise Tax | dosdoc_bankruptcy@state.de.us |
| DE State Treasury | Delaware State Treasury | | statetreasurer@state.de.us |
| Top 20 | EisnerAmper LLP | | shari.savitt@eisneramper.com; Nicholas.Tsafos@eisneramper.com |
| IRS | Internal Revenue Service | Attn Susanne Larson | SBSE.Insolvency.Balt@irs.gov |
| Counsel to the DIP Agent and Wilmington Trust, National Association | James Bates Brannan Groover LLP | Sara Kate Rumsey, Doroteya N. Wozniak | skrumsey@jamesbatesllp.com; dwozniak@jamesbatesllp.com |
| Counsel to KKR Credit Advisors (US) LLC | King & Spalding LLP | Lindsey Henrikson, R. Jacob Jumbeck | lhenrikson@kslaw.com; jjumbeck@kslaw.com |
| Counsel to the Term B Lenders, KKR Credit Advisors (US) LLC and DIP Lenders | King & Spalding LLP | Roger Schwartz, Peter Montoni, Timothy Fesenmyer | rschwartz@kslaw.com; pmontoni@kslaw.com; tfesenmyer@kslaw.com |
| Maine Attorney General | Maine Attorney General | Attn Bankruptcy Department | oag.mediation@maine.gov |
| Maine Secretary of State | Maine Secretary of State | Attn Corporate Bankruptcy Dept | sos.office@maine.gov |
| Massachusetts Attorney General | Massachusetts Attorney General | Attn Bankruptcy Department | ago@state.ma.us |
| Massachusetts Secretary of State | Massachusetts Secretary of the Commonwealth | Attn Corporate Bankruptcy Dept | corpinfo@sec.state.ma.us |
| Michigan Attorney General | Michigan Attorney General | Attn Bankruptcy Department | miag@michigan.gov |
| Michigan Secretary of State | Michigan Secretary of State | Attn Corporate Bankruptcy Dept | secretary@michigan.gov |
| Minnesota Attorney General | Minnesota Attorney General | Attn Bankruptcy Department | ag.replies@ag.state.mn.us |
| Minnesota Secretary of State | Minnesota Secretary of State | Attn Corporate Bankruptcy Dept | secretary.state@state.mn.us |
| Counsel to Bank of America N.A., as administrative agent and collateral agent under the Debtors' prepetition first lien credit facility. | Morgan, Lewis & Bockius LLP | Marjorie Crider, Julie Frost-Davies, Christopher L. Carter | marjorie.crider@morganlewis.com; julia.frost-davies@morganlewis.com; christopher.carter@morganlewis.com |
| Counsel to the Term B Lenders, DIP Lenders, KKR Credit Advisors (US) LLC and Wilmington Trust, National Association | Morris, Nichols, Arsht & Tunnell LLP | Robert J. Dehney, Derek C. Abbott, Curtis S. Miller, Paige N. Topper, Andrew R. Remming, Tamara K. Mann | rdehney@morrisnichols.com; dabbott@morrisnichols.com; cmiller@morrisnichols.com; ptopper@morrisnichols.com; aremming@morrisnichols.com; tmann@morrisnichols.com |
| New Hampshire Attorney General | New Hampshire Attorney General | Attn Bankruptcy Department | attorneygeneral@doj.nh.gov |
| New Jersey Attorney General | New Jersey Attorney General | Attn Bankruptcy Department | Heather.Anderson@law.njoag.gov |
| New Jersey Secretary of State | New Jersey Lt Governor | Attn Corporate Bankruptcy Dept | feedback.sos@sos.nj.gov |
| New Mexico Attorney General | New Mexico Attorney General | Attn Bankruptcy Department | hbalderas@nmag.gov |
| New Mexico Secretary of State | New Mexico Secretary of State | Attn Corporate Bankruptcy Dept | secretary.state@state.nm.us |
| New York Attorney General | New York Attorney General | Attn Bankruptcy Department | Norman.fivel@ag.ny.gov; Louis.Testa@ag.ny.gov |
| New York State Dept of Taxation and Finance | New York State Dept of Taxation and Finance | Attn Office of Counsel | amanda.hiller@tax.ny.gov |

**Exhibit A**
**Core 2002 Service List**
**Served via Electronic Mail**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| US Trustee for District of DE | Office of the United States Trustee Delaware | Richard Schepacarter | richard.schepacarter@usdoj.gov |
| Ohio Attorney General | Ohio Attorney General | Attn Robert Doty | trish.lazich@ohioattorneygeneral.gov; Robert.Doty@OhioAGO.gov |
| Top 20 | Olshan Frome Wolosky LLP | | info@olshanlaw.com |
| Oregon Attorney General | Oregon Attorney General | Attn Bankruptcy Department | Fred.Boss@doj.state.or.us |
| Oregon Secretary of State | Oregon Secretary of State | Attn Corporate Bankruptcy Dept | oregon.sos@oregon.gov |
| Counsel to Centric Brands LLC and Centric West LLC | Richards, Layton & Finger, P.A. | Mark D. Collins, Paul N. Heath, David T. Queroli | collins@rlf.com; heath@rlf.com; queroli@rlf.com |
| Counsel to Bank of America N.A., as administrative agent and collateral agent under the Debtors' prepetition first lien credit facility. | Robinson & Cole LLP | Jamie L. Edmonson, James L. Lathrop | jedmonson@rc.com; jlathrop@rc.com |
| Counsel to Bank of America N.A., as administrative agent and collateral agent under the Debtors' prepetition first lien credit facility. | Robinson & Cole LLP | Rachel J. Mauceri | rmauceri@rc.com |
| SEC Regional Office | Securities & Exchange Commission | G Jeffrey Boujoukos Regional Director | philadelphia@sec.gov |
| SEC Headquarters | Securities & Exchange Commission | Secretary of the Treasury | SECBankruptcy-OGC-ADO@SEC.GOV |
| SEC Regional Office | Securities & Exchange Commission NY Office | Andrew Calamari Regional Director | bankruptcynoticeschr@sec.gov |
| Top 20 | Shearman & Sterling | | dbeveridge@shearman.com |
| Counsel for Simon Property Group, Inc. | Simon Property Group, Inc. | Ronald M. Tucker, Esq. | rtucker@simon.com |
| Top 20 | Symphony | | mick@symphonyip.com |
| Top 20 | Tengram Capital Management LP | | info@tengramcapital.com |
| US Attorneys Office | US Attorney for Delaware | David C. Weiss | usade.ecfbankruptcy@usdoj.gov |
| Washington Attorney General | Washington Attorney General | Attn Bankruptcy Department | emailago@atg.wa.gov |
| Co-Counsel to Gainline Galaxy Holdings LLC | Willkie Farr & Gallagher LLP | Paul V. Shalhoub, Ciara A. Copell | pshalhoub@willkie.com; ccopell@willkie.com |
| Co-Counsel to Gainline Galaxy Holdings LLC | Young Conaway Stargatt & Taylor, LLP | Edmon L. Morton, Matthew B. Lunn | emorton@ycst.com; mlunn@ycst.com |

# Exhibit B

**Exhibit B**
**Responding Party Service List**
**Served via Electronic Mail**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel for Chubb Insurance Companies | Chubb Insurance Companies | c/o Duane Morris LLP | WMSimkulak@duanemorris.com; DSMcGehrin@duanemorris.com |

In re: Sequential Brands Group, Inc., et al.
Case No. 21-11194

Page 1 of 1

# Exhibit C

Exhibit C
Core 2002 Service List
Served via Facsimile

| Description | CreditorName | CreditorNoticeName | Fax |
|---|---|---|---|
| Counsel to Centric Brands LLC and Centric West LLC | Akin Gump Strauss Hauer & Feld LLP | Alexander F. Antypas | 202-887-4288 |
| Top 20 | Alvarez & Marsal | | 212-759-5532 |
| CA Franchise Tax Board | CA Franchise Tax Board | Bankruptcy Section MS A340 | 916-845-9799 |
| California Department of Tax and Fee Administration | California Department of Tax and Fee Administration | Account Information Group MIC 29 | 916-227-1883 |
| California Department of Tax and Fee Administration | California Department of Tax and Fee Administration | Special Operations Bankruptcy Team MIC 74 | 916-227-1883 |
| California State Board of Equalization | California State Board of Equalization | Attn Bankruptcy Dept | 916-327-0615 |
| Top 20 | Chatham Hedging Advisors | | 610-925-3125 |
| Top 20 | CohnReznick LLP | | 212-922-0913 |
| Colorado Attorney General | Colorado Attorney General | Attn Bankruptcy Department | 720-508-6030 |
| Connecticut Attorney General | Connecticut Attorney General | Attn Bankruptcy Department | 860-808-5387 |
| DE AG Office | Delaware Attorney General | Matthew Denn | 302-577-6499 |
| DE DOJ | Delaware Dept of Justice | Attn Bankruptcy Dept | 302-577-5866 |
| Delaware Division of Revenue Bankruptcy Service | Delaware Division of Revenue Bankruptcy Service | Attn Bankruptcy Administrator | 302-577-8656 |
| DE Secretary of State | Delaware Secretary of State | Franchise Tax | 302-739-5831 |
| DE State Treasury | Delaware State Treasury | | 302-739-5635 |
| Top 20 | EisnerAmper LLP | | 212-891-4100 |
| IRS | Internal Revenue Service | Attn Susanne Larson | 855-852-4141 |
| IRS | Internal Revenue Service | Centralized Insolvency Operation | 855-235-6787 |
| Counsel to the DIP Agent and Wilmington Trust, National Association | James Bates Brannan Groover LLP | Sara Kate Rumsey, Doroteya N. Wozniak | 404-997-6021 |
| Maine Secretary of State | Maine Secretary of State | Attn Corporate Bankruptcy Dept | 207-287-8598 |
| Massachusetts Secretary of State | Massachusetts Secretary of the Commonwealth | Attn Corporate Bankruptcy Dept | 617-742-4538 |
| Minnesota Secretary of State | Minnesota Secretary of State | Attn Corporate Bankruptcy Dept | 651-296-9073 |
| New Hampshire Attorney General | New Hampshire Attorney General | Attn Bankruptcy Department | 603-271-2110 |
| New Hampshire Secretary of State | New Hampshire Secretary of State | Attn Corporate Bankruptcy Dept | 603-271-3247 |
| New Jersey Attorney General | New Jersey Attorney General | Attn Bankruptcy Department | 609-292-3508 |
| New Mexico Attorney General | New Mexico Attorney General | Attn Bankruptcy Department | 505-490-4883 |
| New Mexico Secretary of State | New Mexico Secretary of State | Attn Corporate Bankruptcy Dept | 505-827-4387 |
| Top 20 | Olshan Frome Wolosky LLP | | 212-451-2222 |
| Oregon Attorney General | Oregon Attorney General | Attn Bankruptcy Department | 503-378-4017 |
| Top 20 | Phillips Nizer LLP | | 212-262-5152 |
| Top 20 | Proskauer Rose LLP | | 212-969-2900 |
| SEC Headquarters | Securities & Exchange Commission | Secretary of the Treasury | 202-772-9317; 202-772-9318 |
| Top 20 | Tengram Capital Management LP | | 203-454-6998 |
| US Attorneys Office | US Attorney for Delaware | David C. Weiss | 302-573-6431 |
| Top 20 | Wood, Herron & Evans LLP | | 513-241-6234 |

**Exhibit C**
**Core 2002 Service List**
**Served via Facsimile**

| Description | CreditorName | CreditorNoticeName | Fax |
|---|---|---|---|
| Co-Counsel to Gainline Galaxy Holdings LLC | Young Conaway Stargatt & Taylor, LLP | Edmon L. Morton, Matthew B. Lunn | 302-571-1253 |

# Exhibit D

Exhibit D
Core 2002 Service List
Served via Overnight

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Top 20 | BH26 Consultoria e Participacoes Ltda | | 2510 Angelica Avenue | | Sao Paulo | | 01228-200 | Brazil |
| California Attorney General | California Attorney General | Attn Bankruptcy Department | 1300 I St., Ste. 1740 | | Sacramento | CA | 95814-2919 | |
| California Secretary of State | California Secretary of State | Attn Corporate Bankruptcy Dept | 1500 11th Street | | Sacramento | CA | 95814 | |
| California State Board of Equalization | California State Board of Equalization | Legal Department | 450 N Street, MIC 121 | PO Box 942879 | Sacramento | CA | 94279-0121 | |
| Top 20 | Centric Brands | | 350 Fifth Avenue | | New York | NY | 10118 | |
| Colorado Secretary of State | Colorado Secretary of State | Attn Corporate Bankruptcy Dept | 1700 Broadway Suite 200 | | Denver | CO | 80290 | |
| Connecticut Secretary of State | Connecticut Secretary of State | Attn Corporate Bankruptcy Dept | 165 Capitol Avenue | | Hartford | CT | 06106- | |
| Top 20 | Gstate | | 500 Chandler Avenue | | Linden | NJ | 07036- | |
| Top 20 | INNES Productions | | 1117 3rd Avenue | | Longmont | CO | 80501 | |
| Top 20 | Just Because Productions, Inc. | c/o Nigro, Karlin Segal Feldstein & Bolno LLC | 10960 Wilshire Blvd, 5th Floor | | Los Angeles | CA | 90024 | |
| Counsel to KKR Credit Advisors (US) LLC | King & Spalding LLP | Lindsey Henrikson, R. Jacob Jumbeck | 110 N. Wacker Drive, Suite 3800 | | Chicago | IL | 60606 | |
| Counsel to the Term B Lenders, KKR Credit Advisors (US) LLC and DIP Lenders | King & Spalding LLP | Roger Schwartz, Peter Montoni, Timothy Fesenmyer | 1185 Avenue of the Americas | 34th Floor | New York | NY | 10036 | |
| Maine Attorney General | Maine Attorney General | Attn Bankruptcy Department | 6 State House Station | | Augusta | ME | 04333- | |
| Massachusetts Attorney General | Massachusetts Attorney General | Attn Bankruptcy Department | One Ashburton Place | | Boston | MA | 02108-1518 | |
| Michigan Attorney General | Michigan Attorney General | Attn Bankruptcy Department | 525 W. Ottawa St. | P.O. Box 30212 | Lansing | MI | 48909 | |
| Michigan Secretary of State | Michigan Secretary of State | Attn Corporate Bankruptcy Dept | 430 West Allegan St 4th Floor | | Lansing | MI | 48918 | |
| Minnesota Attorney General | Minnesota Attorney General | Attn Bankruptcy Department | 445 Minnesota St Suite 1400 | | St Paul | MN | 55101-2131 | |
| New Jersey Secretary of State | New Jersey Lt Governor | Attn Corporate Bankruptcy Dept | PO Box 001 | | Trenton | NJ | 08625- | |
| Top 20 | New Life CDC | | 225 N. 8th Street | | Kenilworth | NJ | 07033 | |
| New York Attorney General | New York Attorney General | Attn Bankruptcy Department | Office of the Attorney General | The Capitol, 2nd Fl. | Albany | NY | 12224-0341 | |
| New York Secretary of State | New York Secretary of State | Attn Corporate Bankruptcy Dept | One Commerce Plaza | 99 Washington Ave | Albany | NY | 12231-0001 | |
| New York State Dept of Taxation and Finance | New York State Dept of Taxation and Finance | Attn Office of Counsel | Building 9 | WA Harriman Campus | Albany | NY | 12227 | |
| New York State Dept of Taxation and Finance | New York State Dept of Taxation and Finance | Bankruptcy/Special Procedures Section | PO Box 5300 | | Albany | NY | 12205-0300 | |
| Top 20 | Oakbay Athletics | | 4154 Charlene Drive | | Los Angeles | CA | 90043 | |
| Ohio Attorney General | Ohio Attorney General | Attn Robert Doty | One Government Center, Suite 1340 | | Toledo | OH | 43604-2261 | |
| Ohio Secretary of State | Ohio Secretary of State | Attn Corporate Bankruptcy Dept | 22 North Fourth Street | | Columbus | OH | 43215 | |
| Oregon Secretary of State | Oregon Secretary of State | Attn Corporate Bankruptcy Dept | 255 Capitol St NE Suite 151 | Public Service Building | Salem | OR | 97310 | |

In re: Sequential Brands Group, Inc., et al.
Case No. 21-11194

Page 1 of 2

**Exhibit D**
**Core 2002 Service List**
**Served via Overnight**

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| SEC Regional Office | Securities & Exchange Commission | G Jeffrey Boujoukos Regional Director | 1617 JFK Boulevard Ste 520 | | Philadelphia | PA | 19103 | |
| SEC Regional Office | Securities & Exchange Commission NY Office | Andrew Calamari Regional Director | Brookfield Place | 200 Vesey St, Ste 400 | New York | NY | 10281-1022 | |
| Top 20 | Shearman & Sterling | | 599 Lexington Avenue | | New York | NY | 10022 | |
| Top 20 | Simon Management Associates | | 401 NE Northgate Way, Suite 210 | | Seattle | WA | 98125 | |
| Top 20 | Symphony | | 359 Ortega Ridge Road | | Santa Barbara | CA | 93108 | |
| Top 20 | Tennman Brands LLC | | 10960 Wilshire Blvd, 5th Floor | | Los Angeles | CA | 90024 | |
| Washington Attorney General | Washington Attorney General | Attn Bankruptcy Department | 1125 Washington St SE | PO Box 40100 | Olympia | WA | 98504-0100 | |
| Washington Secretary of State | Washington Secretary of State | Attn Corporate Bankruptcy Dept | PO Box 40220 | | Olympia | WA | 98504-0220 | |

In re: Sequential Brands Group, Inc., et al.
Case No. 21-11194

Page 2 of 2