## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) )  Chapter 11 |
| SEQUENTIAL BRANDS GROUP, INC., *et al.* [1] | ) )  Case No. 21-11194 (JTD) |
| Debtors. | ) )  (Jointly Administered) |
|  | ) |

### AMENDED CERTIFICATE OF SERVICE

I, Travis R. Buckingham, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtors in the above-captioned case.

On October 29, 2021, at my direction and under my supervision, employees of KCC caused to be served the following document via Electronic Mail upon the service lists attached hereto as **Exhibit A, Exhibit B, Exhibit C, Exhibit D** and **Exhibit E**; and on October 30, 2021, via Overnight Mail upon the service lists attached hereto as **Exhibit F, Exhibit G, Exhibit H** and **Exhibit I**:

- **Notice of Filing of Proposed Sale Orders in Connection with the Sale of Substantially All of the Debtors' Assets** [Docket No. 265]

Dated: November 8, 2021

/s/ Travis R. Buckingham
Travis R. Buckingham
KCC
222 N Pacific Coast Hwy
Suite 300
El Segundo, CA 90245
Tel 310.823.9000

---

[1] The Debtors, along with the last four digits of each Debtor's tax identification number, are: Sequential Brands Group, Inc. (2789), SQBG, Inc. (9546), Sequential Licensing, Inc. (7108), William Rast Licensing, LLC (4304), Heeling Sports Limited (0479), Brand Matter, LLC (1258), SBG FM, LLC (8013), Galaxy Brands LLC (9583), The Basketball Marketing Company, Inc. (7003), American Sporting Goods Corporation (1696), LNT Brands LLC (3923), Joe's Holdings LLC (3085), Gaiam Brand Holdco, LLC (1518), Gaiam Americas, Inc. (8894), SBG-Gaiam Holdings, LLC (8923), SBG Universe Brands, LLC (4322), and GBT Promotions LLC (7003). The Debtors' corporate headquarters and the mailing address for each Debtor is 1407 Broadway, 38th Floor, New York, NY 10018.

# Exhibit A

**Exhibit A**
**Core 2002 Service List**
**Served via Electronic Mail**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel to Centric Brands LLC and Centric West LLC | Akin Gump Strauss Hauer & Feld LLP | Alexander F. Antypas | aantypas@akingump.com |
| Counsel to Centric Brands LLC, Centric Stalking Horse Bidder and Centric West LLC | Akin Gump Strauss Hauer & Feld LLP | Brad M. Kahn, Zachary N. Wittenberg, Daniel I. Fisher | bkahn@akingump.com; zwittenberg@akingump.com; dfisher@akingump.com |
| Top 20 | Alvarez & Marsal | | dfeigenbaum@alvarezandmarsal.com |
| Counsel to the Ad Hoc Committee of Securities Claimants and Equity Security Holders of Sequential Brands Group, Inc., et al. (the "Ad Hoc Committee"), | Armstrong Teasdale LLP | Rafael X. Zahralddin-Aravena, Shelley A. Kinsella | rzahralddin@atllp.com; skinsella@atllp.com |
| Top 20 | BH26 Consultoria e Participacoes Ltda | | priscila@bh26.com.br |
| California Attorney General | California Attorney General | Attn Bankruptcy Department | xavier.becerra@doj.ca.gov |
| California Department of Tax and Fee Administration | California Department of Tax and Fee Administration | Account Information Group MIC 29 | SacramentoInquiries@cdtfa.ca.gov |
| California Department of Tax and Fee Administration | California Department of Tax and Fee Administration | Special Operations Bankruptcy Team MIC 74 | SacramentoInquiries@cdtfa.ca.gov |
| Top 20 | Centric Brands | Lori Nembirkow, General Counsel | info@centricbrands.com; LNembirkow@centricbrands.com |
| Top 20 | Chatham Hedging Advisors | | shess@chathamfinancial.com |
| Top 20 | CohnReznick LLP | | Jay.Levy@CohnReznick.com |
| Colorado Secretary of State | Colorado Secretary of State | Attn Corporate Bankruptcy Dept | secretary@sos.state.co.us |
| Connecticut Attorney General | Connecticut Attorney General | Attn Bankruptcy Department | attorney.general@ct.gov |
| Connecticut Secretary of State | Connecticut Secretary of State | Attn Corporate Bankruptcy Dept | denise.merrill@ct.gov; andrea.gilberti@ct.gov |
| Counsel to With You, Inc. | Culhane Meadows, PLLC | Mette H. Kurth | mkurth@cm.law |
| DE AG Office | Delaware Attorney General | Matthew Denn | attorney.general@state.de.us |
| DE DOJ | Delaware Dept of Justice | Attn Bankruptcy Dept | attorney.general@state.de.us |
| Delaware Division of Revenue Bankruptcy Service | Delaware Division of Revenue Bankruptcy Service | Attn Bankruptcy Administrator | FASNotify@delaware.gov |
| DE Secretary of State | Delaware Secretary of State | Franchise Tax | dosdoc_bankruptcy@state.de.us |
| DE State Treasury | Delaware State Treasury | | statetreasurer@state.de.us |
| Top 20 | EisnerAmper LLP | | shari.savitt@eisneramper.com |
| Top 20 | Gstate | | mrkbullock@gmail.com |
| Counsel to the Ad Hoc Committee of Securities Claimants and Equity Security Holders of Sequential Brands Group, Inc., et al. (the "Ad Hoc Committee"), | Horwood Marcus & Berk Chartered | Aaron L. Hammer, Nathan E. Delman, Lauren Stricker | ahammer@hmblaw.com; ndelman@hmblaw.com; lstricker@hmblaw.com |
| Top 20 | INNES Productions | | info@jasoninnesphotography.com |
| IRS | Internal Revenue Service | Attn Susanne Larson | SBSE.Insolvency.Balt@irs.gov |
| Counsel to the DIP Agent and Wilmington Trust, National Association | James Bates Brannan Groover LLP | Sara Kate Rumsey, Doroteya N. Wozniak | skrumsey@jamesbatesllp.com; dwozniak@jamesbatesllp.com |
| Top 20 | Just Because Productions, Inc. | c/o Nigro, Karlin Segal Feldstein & Bolno LLC | dwiley@nksfb.com |
| Counsel to KKR Credit Advisors (US) LLC | King & Spalding LLP | Lindsey Henrikson, R. Jacob Jumbeck | lhenrikson@kslaw.com; jjumbeck@kslaw.com |
| Counsel to the Term B Lenders, KKR Credit Advisors (US) LLC and DIP Lenders | King & Spalding LLP | Roger Schwartz, Peter Montoni, Timothy Fesenmyer | rschwartz@kslaw.com; pmontoni@kslaw.com; tfesenmyer@kslaw.com |
| Maine Attorney General | Maine Attorney General | Attn Bankruptcy Department | oag.mediation@maine.gov |
| Maine Secretary of State | Maine Secretary of State | Attn Corporate Bankruptcy Dept | sos.office@maine.gov |
| Massachusetts Attorney General | Massachusetts Attorney General | Attn Bankruptcy Department | ago@state.ma.us |
| Massachusetts Secretary of State | Massachusetts Secretary of the Commonwealth | Attn Corporate Bankruptcy Dept | corpinfo@sec.state.ma.us |
| Counsel to AmTrust North America, Inc. on behalf of Wesco Insurance Company | Maurice Wutscher LLP | Alan C. Hochheiser | ahochheiser@mauricewutscher.com |
| Michigan Attorney General | Michigan Attorney General | Attn Bankruptcy Department | miag@michigan.gov |
| Michigan Secretary of State | Michigan Secretary of State | Attn Corporate Bankruptcy Dept | secretary@michigan.gov |
| Minnesota Attorney General | Minnesota Attorney General | Attn Bankruptcy Department | ag.replies@ag.state.mn.us |

**Exhibit A**
**Core 2002 Service List**
**Served via Electronic Mail**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Minnesota Secretary of State | Minnesota Secretary of State | Attn Corporate Bankruptcy Dept | secretary.state@state.mn.us |
| Counsel to Bank of America N.A., as administrative agent and collateral agent under the Debtors' prepetition first lien credit facility. | Morgan, Lewis & Bockius LLP | Marjorie Crider, Julie Frost-Davies, Christopher L. Carter | marjorie.crider@morganlewis.com; julia.frost-davies@morganlewis.com; christopher.carter@morganlewis.com |
| Counsel to the Term B Lenders, DIP Lenders, KKR Credit Advisors (US) LLC and Wilmington Trust, National Association | Morris, Nichols, Arsht & Tunnell LLP | Robert J. Dehney, Derek C. Abbott, Curtis S. Miller, Paige N. Topper, Andrew R. Remming, Tamara K. Mann | rdehney@morrisnichols.com; dabbott@morrisnichols.com; cmiller@morrisnichols.com; ptopper@morrisnichols.com; aremming@morrisnichols.com; tmann@morrisnichols.com |
| New Hampshire Attorney General | New Hampshire Attorney General | Attn Bankruptcy Department | attorneygeneral@doj.nh.gov |
| New Hampshire Secretary of State | New Hampshire Secretary of State | Attn Corporate Bankruptcy Dept | corporate@sos.nh.gov |
| New Jersey Attorney General | New Jersey Attorney General | Attn Bankruptcy Department | Heather.Anderson@law.njoag.gov |
| New Jersey Secretary of State | New Jersey Lt Governor | Attn Corporate Bankruptcy Dept | feedback.sos@sos.nj.gov |
| Top 20 | New Life CDC | | mrkbullock@gmail.com |
| New Mexico Attorney General | New Mexico Attorney General | Attn Bankruptcy Department | hbalderas@nmag.gov |
| New Mexico Secretary of State | New Mexico Secretary of State | Attn Corporate Bankruptcy Dept | secretary.state@state.nm.us |
| New York Attorney General | New York Attorney General | Attn Bankruptcy Department | Norman.fivel@ag.ny.gov |
| New York State Dept of Taxation and Finance | New York State Dept of Taxation and Finance | Attn Office of Counsel | amanda.hiller@tax.ny.gov |
| Top 20 | Oakbay Athletics | | isaaccharles@oakbayfits.com |
| US Trustee for District of DE | Office of the United States Trustee Delaware | Richard Schepacarter | richard.schepacarter@usdoj.gov |
| Ohio Attorney General | Ohio Attorney General | Attn Robert Doty | trish.lazich@ohioattorneygeneral.gov; Robert.Doty@OhioAGO.gov |
| Top 20 | Olshan Frome Wolosky LLP | | info@olshanlaw.com |
| Oregon Attorney General | Oregon Attorney General | Attn Bankruptcy Department | Fred.Boss@doj.state.or.us |
| Oregon Secretary of State | Oregon Secretary of State | Attn Corporate Bankruptcy Dept | oregon.sos@oregon.gov |
| Top 20 | Phillips Nizer LLP | | jtillem@phillipsnizer.com |
| Top 20 | Proskauer Rose LLP | | jalonzo@proskauer.com |
| Counsel to Centric Brands LLC and Centric West LLC | Richards, Layton & Finger, P.A. | Mark D. Collins, Paul N. Heath, David T. Queroli | collins@rlf.com; heath@rlf.com; queroli@rlf.com |
| Counsel to Bank of America N.A., as administrative agent and collateral agent under the Debtors' prepetition first lien credit facility. | Robinson & Cole LLP | Jamie L. Edmonson, James L. Lathrop | jedmonson@rc.com; jlathrop@rc.com |
| Counsel to Bank of America N.A., as administrative agent and collateral agent under the Debtors' prepetition first lien credit facility. | Robinson & Cole LLP | Rachel J. Mauceri | rmauceri@rc.com |
| SEC Regional Office | Securities & Exchange Commission | G Jeffrey Boujoukos Regional Director | philadelphia@sec.gov |
| SEC Headquarters | Securities & Exchange Commission | Secretary of the Treasury | SECBankruptcy-OGC-ADO@SEC.GOV |
| SEC Regional Office | Securities & Exchange Commission NY Office | Andrew Calamari Regional Director | bankruptcynoticeschr@sec.gov |
| Top 20 | Shearman & Sterling | | John.Nathanson@Shearman.com |
| Counsel to Fit For Life, LLC | Sills Cummis & Gross P.C. | Michael Goldsmith | mgoldsmith@sillscummis.com |
| Top 20 | Simon Management Associates | | callred@simon.com |
| Counsel to Simon Property Group, Inc. | Simon Property Group, Inc. | Ronald M. Tucker, Esq. | rtucker@simon.com |
| Top 20 | Symphony | | mick@symphonyip.com |
| Top 20 | Tengram Capital Management LP | | info@tengramcapital.com |
| Top 20 | Tennman Brands LLC | | agossett@gossettmotors.com |
| US Attorneys Office | US Attorney for Delaware | David C. Weiss | usade.ecfbankruptcy@usdoj.gov |
| Washington Attorney General | Washington Attorney General | Attn Bankruptcy Department | emailago@atg.wa.gov |

**Exhibit A**
**Core 2002 Service List**
**Served via Electronic Mail**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Co-Counsel to Gainline Galaxy Holdings LLC | Willkie Farr & Gallagher LLP | Paul V. Shalhoub, Ciara A. Copell, Jonathan S. Kubek, Gregory B. Astrachan | pshalhoub@willkie.com; ccopell@willkie.com; gastrachan@willkie.com; jkubek@willkie.com |
| Top 20 | Wood, Herron & Evans LLP | | tremaklus@whe-law.com |
| Co-Counsel to Gainline Galaxy Holdings LLC | Young Conaway Stargatt & Taylor, LLP | Edmon L. Morton, Matthew B. Lunn | emorton@ycst.com; mlunn@ycst.com |

# Exhibit B

**Exhibit B**
**Filed and Scheduled Claimants**
**Served via Electronic Mail**

| CreditorName | CreditorNoticeName | Email |
| --- | --- | --- |
| Chatham Hedging Advisors, LLC | | linskip@chathamfinancial.com |
| Department of Treasury - Internal Revenue Service | Internal Revenue Service | michael.a.james@irs.gov |
| Ford Models, Inc. | Accounting | dchase@fordmodels.com |
| Jeffrey A McLaughlin | | Email Address Redacted |
| Massachusetts Department of Revenue | Attn Bankruptcy Unit | carballeis@dor.state.ma.us |
| Mediant Communications Inc. | Finance Dept | tfitzgerald@mediantonline.com |
| Michael Mankowski | | Email Address Redacted |
| NJ Division of Taxation | Erica Hamlin | Erica.Hamlin@treas.nj.gov |
| Simon Management Associates II, LLC | c/o Simon Property Group - Bankruptcy | rtucker@simon.com |
| Symphony Investment Partners | | mickmankowski@gmail.com |

# Exhibit C

**Exhibit C**
**Counterparties Service List**
**Served via Electronic Mail**

| CreditorName | CreditorNoticeName | Email |
|---|---|---|
| Ball Dynamics International LLC | F Stephen Collins | fscollins@druckerlaw.com |
| Brixton LLC | Weeks Nelson | nelson@weeksnelson.com |
| GAIA Herbs Inc | F Michael Sajovec & Williams Mullen | msajovec@williamsmullen.com |
| Gaiam America Inc | Theodore R Remaklus | trmaklus@whe-law.com |
| Levi Strauss & Company | Calla E Yee | CYee@kilpatricktownsend.com |
| One Jeanswear Group Inc | Nancy M Dodderidge SVP & GC | ndodderidge@onej g.com |
| Orostream LLC | Brownstein Hyatt Farber Schreck LLP | erothstein@bhfs.com |
| Orostream LLC | co Direction IP Law David R Bennett | dbennette@directionip.com |
| Simon Management Associates II LLC | co Simon Property Group Bankruptcy | rtucker@simon.com |
| TJX | Barry Zelman Preisdent | nell_richmond@tjx.com; emily_bender@tjx.com |
| TJX | Leib M Lerner | leib.lerner@alston.com |

# Exhibit D

# Exhibit D

CONFIDENTIAL

All Stalking Horse Bidders'
Information Redacted

# Exhibit E

# Exhibit E

CONFIDENTIAL

All Interested Sale Parties' Information
Redacted

# Exhibit F

**Exhibit F**
**Core 2002 Service List**
**Served via Overnight Mail**

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|---|
| Counsel to Centric Brands LLC and Centric West LLC | Akin Gump Strauss Hauer & Feld LLP | Alexander F. Antypas | Robert S. Strauss Tower | 2001 K Street, N.W. | | Washington | DC | 20006-1037 | |
| Counsel to Centric Brands LLC, Centric Stalking Horse Bidder and Centric West LLC | Akin Gump Strauss Hauer & Feld LLP | Brad M. Kahn, Zachary N. Wittenberg, Daniel I. Fisher | One Bryant Park | | | New York | NY | 10036-6745 | |
| Top 20 | Alvarez & Marsal | | 600 Madison Ave., 8th Floor | | | New York | NY | 10022 | |
| Top 20 | BH26 Consultoria e Participacoes Ltda | | 2510 Angelica Avenue | | | Sao Paulo | | 01228-200 | Brazil |
| CA Franchise Tax Board | CA Franchise Tax Board | Bankruptcy Section MS A340 | PO Box 2952 | | | Sacramento | CA | 95812-2952 | |
| California Attorney General | California Attorney General | Attn Bankruptcy Department | 1300 I St., Ste. 1740 | | | Sacramento | CA | 95814-2919 | |
| California Department of Tax and Fee Administration | California Department of Tax and Fee Administration | Account Information Group MIC 29 | PO Box 942879 | | | Sacramento | CA | 94279-0029 | |
| California Department of Tax and Fee Administration | California Department of Tax and Fee Administration | Special Operations Bankruptcy Team MIC 74 | PO Box 942879 | | | Sacramento | CA | 94279-0074 | |
| California Secretary of State | California Secretary of State | Attn Corporate Bankruptcy Dept | 1500 11th Street | | | Sacramento | CA | 95814 | |
| California State Board of Equalization | California State Board of Equalization | Attn Bankruptcy Dept | 3321 Power Inn Rd Ste 250 | | | Sacramento | CA | 95826-3893 | |
| California State Board of Equalization | California State Board of Equalization | Legal Department | 450 N Street, MIC 121 | PO Box 942879 | | Sacramento | CA | 94279-0121 | |
| Top 20 | Centric Brands | Lori Nembirkow, General Counsel | 350 Fifth Avenue | | | New York | NY | 10118 | |
| Top 20 | Chatham Hedging Advisors | | 235 Whitehorse Lane | | | Kennett Square | PA | 19348 | |
| Top 20 | CohnReznick LLP | | 1301 Avenue of the Americas | | | New York | NY | 10019 | |
| Colorado Attorney General | Colorado Attorney General | Attn Bankruptcy Department | Ralph L Carr Colorado Judicial Building | 1300 Broadway, 10th Fl | | Denver | CO | 80203 | |
| Colorado Secretary of State | Colorado Secretary of State | Attn Corporate Bankruptcy Dept | 1700 Broadway Suite 200 | | | Denver | CO | 80290 | |
| Connecticut Attorney General | Connecticut Attorney General | Attn Bankruptcy Department | 165 Capitol Avenue | Suite 4000 | | Hartford | CT | 06106 | |
| Connecticut Secretary of State | Connecticut Secretary of State | Attn Corporate Bankruptcy Dept | 165 Capitol Avenue | | | Hartford | CT | 06106 | |
| DE AG Office | Delaware Attorney General | Matthew Denn | Carvel State Office Building | 820 N French St | | Wilmington | DE | 19801 | |
| DE DOJ | Delaware Dept of Justice | Attn Bankruptcy Dept | 820 N French St 6th Fl | | | Wilmington | DE | 19801 | |
| Delaware Division of Revenue Bankruptcy Service | Delaware Division of Revenue Bankruptcy Service | Attn Bankruptcy Administrator | Carvel State Office Building | 820 N. French Street, 8th Fl | | Wilmington | DE | 19801 | |
| DE Secretary of State | Delaware Secretary of State | Franchise Tax | 401 Federal Street | PO Box 898 | | Dover | DE | 19903 | |
| DE State Treasury | Delaware State Treasury | | 820 Silver Lake Blvd., Suite 100 | | | Dover | DE | 19904 | |
| Top 20 | EisnerAmper LLP | | 733 Third Avenue | | | New York | NY | 10017 | |
| Top 20 | Gstate | | 500 Chandler Avenue | | | Linden | NJ | 07036 | |
| Counsel to the Ad Hoc Committee of Securities Claimants and Equity Security Holders of Sequential Brands Group, Inc., et al. (the "Ad Hoc Committee"), | Horwood Marcus & Berk Chartered | Aaron L. Hammer, Nathan E. Delman, Lauren Stricker | 500 West Madison, Suite 3700 | | | Chicago | IL | 60661 | |
| Top 20 | INNES Productions | | 1117 3rd Avenue | | | Longmont | CO | 80501 | |
| IRS | Internal Revenue Service | Attn Susanne Larson | 31 Hopkins Plz Rm 1150 | | | Baltimore | MD | 21201 | |

**Exhibit F**
**Core 2002 Service List**
**Served via Overnight Mail**

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|---|
| IRS | Internal Revenue Service | Centralized Insolvency Operation | 2970 Market St | | | Philadelphia | PA | 19104 | |
| Counsel to the DIP Agent and Wilmington Trust, National Association | James Bates Brannan Groover LLP | Sara Kate Rumsey, Doroteya N. Wozniak | Buckhead Tower at Lenox Square | 3399 Peachtree Road NE | Suite 1700 | Atlanta | GA | 30326 | |
| Top 20 | Just Because Productions, Inc. | c/o Nigro, Karlin Segal Feldstein & Bolno LLC | 10960 Wilshire Blvd, 5th Floor | | | Los Angeles | CA | 90024 | |
| Counsel to KKR Credit Advisors (US) LLC | King & Spalding LLP | Lindsey Henrikson, R. Jacob Jumbeck | 110 N. Wacker Drive, Suite 3800 | | | Chicago | IL | 60606 | |
| Counsel to the Term B Lenders, KKR Credit Advisors (US) LLC and DIP Lenders | King & Spalding LLP | Roger Schwartz, Peter Montoni, Timothy Fesenmyer | 1185 Avenue of the Americas | 34th Floor | | New York | NY | 10036 | |
| Maine Attorney General | Maine Attorney General | Attn Bankruptcy Department | 6 State House Station | | | Augusta | ME | 04333 | |
| Maine Secretary of State | Maine Secretary of State | Attn Corporate Bankruptcy Dept | 148 State House Station | | | Augusta | ME | 04333-0148 | |
| Massachusetts Attorney General | Massachusetts Attorney General | Attn Bankruptcy Department | One Ashburton Place | | | Boston | MA | 02108-1518 | |
| Massachusetts Secretary of State | Massachusetts Secretary of the Commonwealth | Attn Corporate Bankruptcy Dept | One Ashburton Place 17th Floor | McCormack Building | | Boston | MA | 02108 | |
| Counsel to AmTrust North America, Inc. on behalf of Wesco Insurance Company | Maurice Wutscher LLP | Alan C. Hochheiser | 23611 Chagrin Blvd. Suite 207 | | | Beachwood | OH | 44122 | |
| Michigan Attorney General | Michigan Attorney General | Attn Bankruptcy Department | 525 W. Ottawa St. | P.O. Box 30212 | | Lansing | MI | 48909 | |
| Michigan Secretary of State | Michigan Secretary of State | Attn Corporate Bankruptcy Dept | 430 West Allegan St 4th Floor | | | Lansing | MI | 48918 | |
| Minnesota Attorney General | Minnesota Attorney General | Attn Bankruptcy Department | 445 Minnesota St Suite 1400 | | | St Paul | MN | 55101-2131 | |
| Minnesota Secretary of State | Minnesota Secretary of State | Attn Corporate Bankruptcy Dept | 180 State Office Building | 100 Rev Dr Martin Luther King Jr Blvd | | St Paul | MN | 55155-1299 | |
| Counsel to Bank of America N.A., as administrative agent and collateral agent under the Debtors' prepetition first lien credit facility. | Morgan, Lewis & Bockius LLP | Marjorie Crider, Julie Frost-Davies, Christopher L. Carter | One Federal Street | | | Boston | MA | 02110-1726 | |
| Counsel to the Term B Lenders, DIP Lenders, KKR Credit Advisors (US) LLC and Wilmington Trust, National Association | Morris, Nichols, Arsht & Tunnell LLP | Robert J. Dehney, Derek C. Abbott, Curtis S. Miller, Paige N. Topper, Andrew R. Remming, Tamara K. Mann | 1201 N. Market Street, 16th Floor | P.O. Box 1347 | | Wilmington | DE | 19801 | |
| New Hampshire Attorney General | New Hampshire Attorney General | Attn Bankruptcy Department | 33 Capitol St. | | | Concord | NH | 03301 | |
| New Hampshire Secretary of State | New Hampshire Secretary of State | Attn Corporate Bankruptcy Dept | 107 North Main St | State House Room 204 | | Concord | NH | 03301-4989 | |
| New Jersey Attorney General | New Jersey Attorney General | Attn Bankruptcy Department | Richard J. Hughes Justice Complex | 25 Market St | PO Box 080 | Trenton | NJ | 08625-0080 | |
| New Jersey Secretary of State | New Jersey Lt Governor | Attn Corporate Bankruptcy Dept | PO Box 001 | | | Trenton | NJ | 08625 | |
| Top 20 | New Life CDC | | 225 N. 8th Street | | | Kenilworth | NJ | 07033 | |
| New Mexico Attorney General | New Mexico Attorney General | Attn Bankruptcy Department | 408 Galisteo St | Villagra Building | | Santa Fe | NM | 87501 | |

In re: Sequential Brands Group, Inc., et al.
Case No. 21-11194

Page 2 of 4

**Exhibit F**
**Core 2002 Service List**
**Served via Overnight Mail**

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|---|
| New Mexico Secretary of State | New Mexico Secretary of State | Attn Corporate Bankruptcy Dept | 325 Don Gaspar Suite 300 | New Mexico Capitol Annex North | | Santa Fe | NM | 87501 | |
| New York Attorney General | New York Attorney General | Attn Bankruptcy Department | Office of the Attorney General | The Capitol, 2nd Fl. | | Albany | NY | 12224-0341 | |
| New York Secretary of State | New York Secretary of State | Attn Corporate Bankruptcy Dept | One Commerce Plaza | 99 Washington Ave | | Albany | NY | 12231-0001 | |
| New York State Dept of Taxation and Finance | New York State Dept of Taxation and Finance | Attn Office of Counsel | Building 9 | WA Harriman Campus | | Albany | NY | 12227 | |
| New York State Dept of Taxation and Finance | New York State Dept of Taxation and Finance | Bankruptcy/Special Procedures Section | PO Box 5300 | | | Albany | NY | 12205-0300 | |
| Top 20 | Oakbay Athletics | | 4154 Charlene Drive | | | Los Angeles | CA | 90043 | |
| US Trustee for District of DE | Office of the United States Trustee Delaware | Richard Schepacarter | J. Caleb Boggs Federal Building | 844 King St Ste 2207 | Lockbox 35 | Wilmington | DE | 19899-0035 | |
| Ohio Attorney General | Ohio Attorney General | Attn Robert Doty | One Government Center, Suite 1340 | | | Toledo | OH | 43604-2261 | |
| Ohio Secretary of State | Ohio Secretary of State | Attn Corporate Bankruptcy Dept | 22 North Fourth Street | | | Columbus | OH | 43215 | |
| Top 20 | Olshan Frome Wolosky LLP | | 1325 Avenue of the Americas | | | New York | NY | 10019 | |
| Oregon Attorney General | Oregon Attorney General | Attn Bankruptcy Department | 1162 Court St. NE | | | Salem | OR | 97301-4096 | |
| Oregon Secretary of State | Oregon Secretary of State | Attn Corporate Bankruptcy Dept | 255 Capitol St NE Suite 151 | Public Service Building | | Salem | OR | 97310 | |
| Top 20 | Phillips Nizer LLP | | 485 Lexington Avenue | | | New York | NY | 10017 | |
| Top 20 | Proskauer Rose LLP | | Eleven Times Square | | | New York | NY | 10036-8299 | |
| Counsel to Centric Brands LLC and Centric West LLC | Richards, Layton & Finger, P.A. | Mark D. Collins, Paul N. Heath, David T. Queroli | One Rodney Square | 920 North King Street | | Wilmington | DE | 19801 | |
| SEC Regional Office | Securities & Exchange Commission | G Jeffrey Boujoukos Regional Director | 1617 JFK Boulevard Ste 520 | | | Philadelphia | PA | 19103 | |
| SEC Headquarters | Securities & Exchange Commission | Secretary of the Treasury | 100 F St NE | | | Washington | DC | 20549 | |
| SEC Regional Office | Securities & Exchange Commission NY Office | Andrew Calamari Regional Director | Brookfield Place | 200 Vesey St, Ste 400 | | New York | NY | 10281-1022 | |
| Top 20 | Shearman & Sterling | | 599 Lexington Avenue | | | New York | NY | 10022 | |
| Counsel to Fit For Life, LLC | Sills Cummis & Gross P.C. | Michael Goldsmith | 101 Park Avenue, 28th Floor | | | New York | NY | 10178 | |
| Top 20 | Simon Management Associates | | 401 NE Northgate Way, Suite 210 | | | Seattle | WA | 98125 | |
| Top 20 | Symphony | | 359 Ortega Ridge Road | | | Santa Barbara | CA | 93108 | |
| Top 20 | Tengram Capital Management LP | | 15 Riverside Avenue | | | Westport | CT | 06880 | |
| Top 20 | Tennman Brands LLC | | 10960 Wilshire Blvd, 5th Floor | | | Los Angeles | CA | 90024 | |
| US Attorneys Office | US Attorney for Delaware | David C. Weiss | 1007 Orange St Ste 700 | PO Box 2046 | | Wilmington | DE | 19899-2046 | |
| Washington Attorney General | Washington Attorney General | Attn Bankruptcy Department | 1125 Washington St SE | PO Box 40100 | | Olympia | WA | 98504-0100 | |
| Washington Secretary of State | Washington Secretary of State | Attn Corporate Bankruptcy Dept | PO Box 40220 | | | Olympia | WA | 98504-0220 | |
| Co-Counsel to Gainline Galaxy Holdings LLC | Willkie Farr & Gallagher LLP | Paul V. Shalhoub, Ciara A. Copell, Jonathan S. Kubek, Gregory B. Astrachan | 787 Seventh Avenue | | | New York | NY | 10019-6099 | |
| Top 20 | Wood, Herron & Evans LLP | | 2700 Carew Tower | 441 Vine Street | | Cincinnati | OH | 45202-2917 | |

In re: Sequential Brands Group, Inc., et al.
Case No. 21-11194

Page 3 of 4

**Exhibit F**
**Core 2002 Service List**
**Served via Overnight Mail**

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|---|
| Co-Counsel to Gainline Galaxy Holdings LLC | Young Conaway Stargatt & Taylor, LLP | Edmon L. Morton, Matthew B. Lunn | Rodney Square | 1000 North King Street | | Wilmington | DE | 19801 | |

In re: Sequential Brands Group, Inc., et al.
Case No. 21-11194

Page 4 of 4

# Exhibit G

**Exhibit G**
**Filed and Scheduled Claimants**
**Served via Overnight Mail**

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| 1407 Broadway Real Estate LLC | | 1407 Broadway | Suite 2200 | | New York | NY | 10018 |
| 8 x 8 Inc | | 2125 ONel Drive | | | San Jose | CA | 95131 |
| A Plus Messenger Service Inc | | 160 Broadway | Lower Level | | New York | NY | 10038 |
| Alpine Creations Limited | | 17 E 48th St, Rm 601 | | | New York | NY | 10017 |
| Alvarez & Marsal | | 600 Madison Ave., 8th Floor | | | New York | NY | 10022 |
| Ashley Chansler | Elaine T. Corey, Esq. (Taussig & Smith) | 5377 Manhattan Circle | Suite 203 | | Boulder | CO | 80303 |
| Bank of America, N.A. | | 100 N Tryon St | | | Charlotte | NC | 28202 |
| Bank of America, N.A., as agent | | 100 N Tryon St | | | Charlotte | NC | 28202 |
| Bank of America, N.A., PPP loan | | 100 N Tryon St | | | Charlotte | NC | 28202 |
| Ben Arie | Michael J. Kapin, Esq. | Kapin PLLC | 1133 Broadway | Suite 10001 | New York | NY | 10010 |
| Centri Business Consulting LLC | | 530 Seventh Avenue | Suite 907 | | New York | NY | 10018 |
| Centric Brands LLC | | 350 Fifth Avenue | | | New York | NY | 10018 |
| Chatham Hedging Advisors | | 235 Whitehorse Lane | | | Kennett Square | PA | 19348 |
| Christopher Delmonico | Brian E. Farnan | Farnan LLP | 919 North Market Street | 12th FL | Wilmington | DE | 19801 |
| CohnReznick | | 100 Jericho Quadrangle | | | Jericho | NY | 11753 |
| Computershare | | 480 Washington Blvd | 26th floor | | Jersey City | NJ | 07310 |
| Corporation Service Company | | PO Box 13397 | | | Philadelphia | PA | 19101 |
| Department of Treasury - Internal Revenue Service | Internal Revenue Service | PO Box 7346 | | | Philadelphia | PA | 19101-7346 |
| Eisner Amper LLP | | 733 3rd Ave Fl 9 | | | New York | NY | 10017-3242 |
| Fifth Third Bank | | 38 Fountain Square Plaza | | | Cincinnati | OH | 45263 |
| Fit For Life, LLC | Lee Anchin | 10 West 33rd Street | Suite 802 | | New York | NY | 10001 |
| Golenbock Eiseman Assor Bell & Pesoke LLP | | 711 Third Avenue | | | New York | NY | 10017 |
| Grimes LLC | | 8890 Terrene Court | Unit 102 | | Bonita Springs | FL | 34135 |
| Hartford Fire Insurance Company | The Hartford | PO Box 660916 | | | Dallas | TX | 75266-0916 |
| Hartford Fire Insurance Company | | Bankruptcy Unit, HO2-R, Home Office | | | Hartford | CT | 06155 |
| Hartford Fire Insurance Company | | One Hartford Plaza | | | Hartford | CT | 06115 |
| Joon | | 4300 W Lake Mary Blvd | #1010-346 | | Lake Mary | FL | 32746 |
| Julissa Cota | Thiago M. Coelho | Wilshire Law Firm | 3055 Wilshire Blvd | 12th FL | Los Angeles | CA | 90010 |
| Just Because Productions Inc | c/o Nigro, Karlin Segal Feldstein & Bolno LLC | 10960 Wilshire Blvd | 5th FL | | Los Angeles | CA | 90024 |
| Ken Wigchert | Joshua Bordin-Wosk and Benjamin A. Sampson | 6100 Center Drive | Suite 1100 | | Los Angeles | CA | 90045 |

**Exhibit G**
**Filed and Scheduled Claimants**
**Served via Overnight Mail**

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| LDI COLOR TOOL BOX | | 50 JERICHO QUADRANGLE | | | JERICHO | NY | 11753 |
| Manfredi Fiuzzi | James G. McCarney of McCarney Law P.C | 29 Broadway | 14th FL | | New York | NY | 10006 |
| Merchant Factor Corp | | 1441 Broadway | 22nd Floor | | New York | NY | 10018 |
| MG-IP Law, P.C. | | 4000 Legato Road | Ste 310 | | Fairfax | VA | 22033 |
| New York State Department of Taxation and Finance | Bankruptcy Section | PO Box 5300 | | | Albany | NY | 12205-0300 |
| Olshan Frome Wolosky LLP | | 1325 Avenue of the Americas | | | New York | NY | 10019 |
| Payless Holdings, LLC | Armstrong Teasdale LLP | 7700 Forsyth Blvd | Ste. 1800 | | St. Louis | MO | 63105 |
| Perkins Coie LLP | | 1201 Third Ave Suite 4900 | | | Seattle | WA | 98101 |
| Peter DArcy | Brian E. Farnan | Farnan LLP | 919 North Market Street | 12th FL | Wilmington | DE | 19801 |
| Phillips Nizer LLP | | 485 Lexington Avenue | | | New York | NY | 10017-2643 |
| Pilot Fiber NY LLC | | 1115 Broadway | Floor 12 | | New York | NY | 10010 |
| Proskauer Rose LLP | | Eleven Times Square | | | New York | NY | 10036-8299 |
| REL Consulting LLC | | 38 Whitney St | | | Westport | CT | 06880 |
| Richards Layton & Finger | | One Rodney Square | 920 North King Street | | Wilmington | DE | 19801 |
| Rick Platt | | Address Redacted | | | | | |
| RSM US LLP | | 331 West 3rd Street | Suite 200 | | Davenport | IA | 52801 |
| Securities and Exchange Commission | Sarah Heaton Concannon | 100 F Street, N.E. | | | Washington | DC | 20549 |
| Shearman & Sterling LLP | | 599 Lexington Avenue | | | New York | NY | 10022 |
| Sher Tremonte LLP | | Address Redacted | | | | | |
| Simon Management Associates | | 401 NE Northgate Way | Suite 210 | | Seattle | WA | 98125 |
| Spectrum (f/k/a Time Warner) | | P.O. Box 7186 | | | Pasadena | CA | 91109 |
| Symphony Investment Partners, Inc. | Mick Mankowski | 359 Ortego Ridge Road | | | Santa Barbara | CA | 93108 |
| Tennman Brands LLC | | 10960 Wilshire Blvd | | | Los Angeles | CA | 90024 |
| Tina Simpson | DL Business Management | 244 West 54th Street | 9th Floor | | New York | NY | 10019 |
| Toppan Merrill USA Inc | | 1501 Energy Park Drive | | | St. Paul | MN | 55108 |
| Viralkumar Patel and Bhavita Patel | Simon Greenstone Panatier Bartlett, P.C. | 3232 McKinney Avenue | Ste. 610 | | Dallas | TX | 75204 |
| Wenger S.A. | Maxim Howard Waldbaum | Rimon Law, P.C. | 245 Park Ave. | Ste 39th FL | New York | NY | 10167 |
| Wilmington Trust, N.A. as Trustee | | 50 South Sixth Street | Suite 1290 | | Minneapolis | MN | 55402 |
| With You Inc. | DL Business Management | 244 West 54th Street | 9th Floor | | New York | NY | 10019 |
| Wood, Herron & Evans LLP | | 2700 Carew Tower | 441 Vine Street | | Cincinnati | OH | 45202-2917 |

In re: Sequential Brands Group, Inc., et al.
Case No. 21-11194

Page 2 of 2

# Exhibit H

**Exhibit H**
**Counterparties Service List**
**Served via Overnight Mail**

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| 1407 Broadway Real Estate LLC | | PO Box 786171 | | | Philadelphia | PA | 19178 | |
| 1407 Broadway Real Estate LLC | | 1407 Broadway | Suite 2200 | | New York | NY | 10018 | |
| 4 Quarters Documentary LLC | | 1026 Bergen Ave | | | Linden | NJ | 07036 | |
| 8 x 8 Inc | | 2125 ONel Drive | | | San Jose | CA | 95131 | |
| Accessory Innovations, LLC | | 34 West 33rd Street, Suite 600 | | | New York | NY | 10001 | |
| ACI International | Steven Jackson | 844 Moraga Drive | | | Los Angeles | CA | 90049 | |
| ACT 77 | Peleg Norani | 6 Hatnufa Street | | | Tel Aviv | | 6653506 | Israel |
| ADP TotalSource | | One Penn Plaza, 23rd Fl | | | New York | NY | 10119 | |
| Aiweiya (China) Limited | | Room 01, 21/F Prosper Commercial Building | 9 Yin Chong Street | | Kowloon | | | Hong Kong |
| Aiweiya (SE Asia) | | Guichi Industry Park A Qu No. 8 | | | Chizhou | Anhui | | China |
| Alvarez & Marsal | | 600 Madison Ave., 8th Floor | | | New York | NY | 10022 | |
| ASICS Corporation | ASICS America Corporation | 29 Parker | Suite 1005 | | Irvine | CA | 92618 | |
| ASICS Corporation | Attn Mark Schollaert | Corporate Counsel ASICS America Corporation | 29 Parker | Suite 100 | Irvine | CA | 92618 | |
| ASICS Corporation | Attn Michael R. Friscia | McCarter & English, LLP | 100 Mulberry Street | 4 Gateway Center | Newark | NJ | 07102 | |
| ASICS Corporation | | 1-1 Minatojima-Nakamachi | 7 chorne Chuo-ku | | Kobe | | 650-8555 | Japan |
| Atrium Staffing LLC | | 625 Liberty Avenue Suite 200 | | | Pittsburgh | PA | 15222 | |
| Avia Group International Inc. | | 16160 S.W. Upper Boones Ferry Road | | | Portland | OR | 97223 | |
| Avia International | | Badenerstrasse 329 | | | Zurich | | CH-8040 | Switzerland |
| Ball Dynamics International, LLC | c/o Packark and Dierking | Scott H. Culley | 2595 Canyon Boulevard | Suite 200 | Boulder | CO | 80302 | |
| Beiying Sports Technology Co., Ltd | | 95 Yanjiang Road | Xibian Village | | Chendai Town Jiangiang City | Fujian Province | | Peoples Republic of China |
| Bellevue Brands | Ricky Ramnani | 2 Jill Court | Building 21 | | Hillsborough | NJ | 08844 | |
| Bernijuh Laney | | 18 Gravelly Run Branch Rd. | | | Clayton | DE | 19938 | |
| Bespoke Fashion | Ariana Gailie | 350 Madison Avenue | Suite 1501 | | New York | NY | 10017 | |
| BH26 Consultaria e Participacoes Ltda | | Avenida Angelica, 2510 | Floor 9 Conj 95 TO 98 | | CONSOLACAO | SP | 01228-200 | Brazil |
| BIEN CUIT WHOLESALE LLC. | | 120 Smith Street | | | Brooklyn | NY | 11201 | |
| BMG Import Exports, Inc | Daniel Bouskila | 19 W. 34th Street | Suite 914 | | New York | NY | 10001 | |
| Brian Nunez | | 615 Eaton St. | | | Santa Cruz | CA | 95062 | |
| Brian Valmond | | 1411 Stonebridge Blvd | | | New Castle | DE | 19720 | |
| Brixton, LLC | Friedman Stroffe & Gerard, P.C. | Bryan M. Friedman | 19800 MacArthur Boulevard | Suite 1100 | Irvine | CA | 92612 | |
| Brixton, LLC | Mike Chapin | 4040 Calle Platino, #102 | | | Oceanside | CA | 92056 | |
| Brixton, LLC | | 3821 Ocean Ranch Blvd. | | | Oceanside | CA | 92056 | |
| Burma Bibas | Steve Martucci | 9725 Beach Channel Drive | | | Rockaway Park | NY | 11693 | |

**Exhibit H**
**Counterparties Service List**
**Served via Overnight Mail**

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Burma Bibas | | 597 5th Ave, Fl 10 | | | New York | NY | 10017 | |
| Centri Business Consulting LLC | | 530 Seventh Avenue | Suite 907 | | New York | NY | 10018 | |
| Centri Business Consulting, LLC | | 651 Township Line Rd | Suite 1663 | | Blue Bell | PA | 19422 | |
| Centric | Eric Chumpitaz | 390 Fifth Avenue | | | New York | NY | 10018 | |
| Centric | Jennifer Stender Hawkins | 350 FIFTH AVENUE | | | NEW YORK | NY | 10118 | |
| Centric Brands LLC | Akin Gump Strauss Hauer & Feld LLP | Attn Daniel I. Fisher & Brad Kahn | One Bryant Park | | New York | NY | 10036 | |
| Centric Brands LLC | | 350 Fifth Avenue | | | New York | NY | 10018 | |
| Centric West LLC | | Centric Brands Holding LLC | 4620 Grnadover Parkway | | Greensboro | NC | 27407 | |
| Centric West LLC | | 350 FIFTH AVENUE | | | New York | NY | 10118 | |
| Chatham Hedging Advisors | | 235 Whitehorse Lane | | | Kennett Square | PA | 19348 | |
| CIT | | 21146 Network Place | | | Chicago | IL | 60673-1211 | |
| Clarion Medical Technologies Inc. | Sam Ling, President | 125 Fleming Drive | | | Cambrige | ON | N1T 2B8 | Canada |
| Cohn Reznick LLP | | 1212 Avenue of the Americas | | | New York | NY | 10036-1602 | |
| CohnReznick | | 100 Jericho Quadrangle | | | Jericho | NY | 11753 | |
| Computershare | | PO Box 505004 | | | Louisville | KY | 40233-5004 | |
| Computershare | | 480 Washington Blvd | 26th floor | | Jersey City | NJ | 07310 | |
| Corporation Service Company | | PO Box 13397 | | | Philadelphia | PA | 19101 | |
| David Conn | | 100 W. 18th Street | # 10C | | New York | NY | 10011 | |
| Daytona Apparel | David Sweedler | 200 Madison Ave | 5th Floor | | New York | NY | 10016 | |
| Delta Galil USA Inc | | P.O. Box 870014 | | | Kansas City | MO | 64187-0014 | |
| Delta Galil USA Inc | | 564 Fifth Ave | | | New York | NY | 10036 | |
| Delta Galil USA, Inc. | | Hanibuhlstrasse 8 | | | Zug | | CH-6300 | Switzerland |
| DVS Shoe Co | | 955 Francisco St | | | Torrance | CA | 90502 | |
| E.S. Originals Inc | | 440 Ninth Avenue | 7th Floor | | New York | NY | 10001 | |
| Eclipse IP LLC | Olavi Dunne LLP | Matt Olavi | 800 Wilshire Blvd | Suite 320 | Los Angeles | CA | 90017 | |
| Eclipse IP LLC | Peter A. Siranni, III | 115 NW 17th Street | | | Delrey Beach | FL | 33444 | |
| EIJV Pty Ltd | | Herengracht 469 | 1017 BS | | Amsterdam | | | Netherlands |
| EIJV Pty Ltd | | 431 Warringah Road | Frenchs Forest | | Sydney | NSW | 2086 | Australia |
| Eisner Amper LLP | | 733 3rd Ave Fl 9 | | | New York | NY | 10017-3242 | |
| ES Originals | Mari Chamberlin | 440 Ninth Avenue | | | New York | NY | 10001 | |
| ES Originals (Galaxy Active) | Edward Anteby | 440 Ninth Ave | 6th Floor | | New York | NY | 10018 | |
| ESP Group | Danny Lo | 2397 Bateman Avenue Duarte | | | Duarte | CA | 91010 | |
| ESP Group | | 3 James Chalmers Rd | Arbroath Enterprise Pk | Kirkton Ind Est | Arbroath | | DD11 3RQ | Scotland |
| Esquire Footwear Brands, LLC | Peter Roccamo, President | 385 Fifth Avenue | 2nd FL | | New York | NY | 10016 | |
| Euravia AG | | Punta Pacifica | Torre Metro Bank | Piso 7 | Ciudad de Panama | | | Panama |
| Euravia AG | | Hanibuhlstrasse 8 | CH-6300 | | Zug | | | Switzerland |
| FFL.com LLC | Michael B. Goldsmith | 101 Park Avenue | Sills Cummis and Gross P.C. | | New York | NY | 10178 | |
| FFL.com LLC | | 31 West 34th Street | | | New York | NY | 10001 | |
| Fit 2 Live (First Choice Brands) | Ilan Elkeslassy | 6900 Decarie Blvd | Ste 225A | | Cote Saint-Luc | QC | H3X 2T8 | Canada |
| Fit For Life | Lee Anchin | 10 West 33rd Street | Suite 802 | | New York | NY | 10001 | |
| Fit For Life LLC | | 75 Remittance Drive | Dept 6154 | | Chicago | IL | 60675 | |

**Exhibit H**
**Counterparties Service List**
**Served via Overnight Mail**

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Fitness E-Commerce Platform LLC | | 10 West 33rd Street | Suite 802 | | New York | NY | 10001 | |
| Four Quarters Documentary | | 1026 Bergen Avenue | | | Linden | NJ | 07036 | |
| Four Quarters Documentary LLC (Gstate) | | 500 Chandler Avenue | | | Linden | NJ | 07036 | |
| Four Quarters Documentary LLC (New Life CDC) | | 225 N. 8th Street | | | Kenilworth | NJ | 07033 | |
| GAIA Herbs, Inc. | | 101 Gaia Herbs Drive | | | Brevard | NC | 28712 | |
| Gaia Inc | | 833 S So Boulder Rd | | | Boulder | CO | 80307 | |
| Gaiam America, Inc. | | 601 West 26th Street | | | New York | NY | 10001 | |
| Gaiam International B.V. | | Herengracht 469 | 1017 BS | | Amsterdam | | | Netherlands |
| Gaiam International B.V. | | 431 Warringah Road | Frenchs Forest | | Sydney | NSW | 2086 | Australia |
| Gaiam International B.V. | | 360 Interlocken Boulevard | | | Broomfield | CO | 80021 | |
| Gaiam Pty Limited | | 431 Warringah Road | Frenchs Forest | | Sydney | NSW | 2086 | Australia |
| Gaiam Shared Services Inc. | | 833 S So Boulder Rd | | | Boulder | CO | 80307 | |
| Gaiam, Inc. | Brownstein Hyatt Farbor Schreck, LLP | Richard Berenson | 410 17th Street | Suite 2200 | Denver | CO | 80202 | |
| Gaiam, Inc. | John Jackson, VP Corp. Dev. | 833 West South Boulder Road | | | Louisville | CO | 80027 | |
| Gaiam, Inc. | | 360 Interlocken Boulevard | | | Broomfield | CO | 80021 | |
| Gainline Capital Partners LP | | 700 Canal Street | 5th Floor | | Stamford | CT | 06902 | |
| Galaxy | Gainline Capital Partners LP | Attn Allan Weinstein | 700 Canal Street, 5th Floor | | Stamford | CT | 06902 | |
| Galaxy | Willkie Farr & Gallagher LLP | Attn Gregory B. Astrachan, Paul V. Shalhoub, Jonathan S. Kubek | 787 Seventh Avenue | | New York | NY | 10019 | |
| Galaxy Brand Holdings, Inc | | 1407 Broadway | | | New York | NY | 10018 | |
| Galaxy Universal LLC | | 440 9th Ave | | | New York | NY | 10001 | |
| Gem Park Development | Ilona de Rauch | 15 Tudor St | | | Burwood | VIC | 3125 | Australia |
| Golenbock Eiseman Assor Bell & Pesoke | | 437 Madison Ave | | | New York | NY | 10022 | |
| Golenbock Eiseman Assor Bell & Pesoke LLP | | 711 Third Avenue | | | New York | NY | 10017 | |
| Grimes LLC | | 8890 Terrene Court AB111Unit 102 | | | Bonita Springs | FL | 34135 | |
| Grimes LLC | | 3501 Bonita Bay Blvd | | | Bonita Springs | FL | 34134 | |
| Gstate | | 500 Chandler Avenue | | | Linden | NJ | 07036 | |
| Guirenniao Co., Ltd | | Chen Dai Gou Xi Industrial Area | | | Jin Jiang City | Fujian Provi nce | | China |
| Guirenniao Co., Ltd. | | 629 Sishui Road, 18th floor | Xiangan Commercial Building | Wuyuanwan Operation Centre | Huli District | Xiam en | | China |
| Guirenniao Co., Ltd. and Xiamen EnWan Sports Industry Company Limited | | 18th floor | Xiangan Commercial Building | Wuyuanwan Operation Centre | 629 Sishui Road | Huli Distric t | XIAMEN | China |
| High Life | Rachel Barnett | 31 West 34th Street | 6th Floor | | New York | NY | 10001 | |

In re: Sequential Brands Group, Inc., et al.
Case No. 21-11194

Page 3 of 7

**Exhibit H**
**Counterparties Service List**
**Served via Overnight Mail**

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| High Life | | 1411 Broadway | 2nd Floor | | New York | NY | 10018 | |
| High Ridge | James Daniels | 270 Saugatuck Ave. | | | Westport | CT | 06880 | |
| Holmberg Brands | Merja Muikkula | Holmberg Brands Oy | Jonkankatu 4 | | Turku | | 20360 | Finland |
| Implus Footcare, LLC | | 2001 TW Alexander Drive | | | Durham | NC | 27709 | |
| Importadora & Exportadora Rosen, S.A. | Moises Eshkenazi, CEO | PO Box 0302-00538 | Zona Libra de Colon | | Colon | | | Republica de Panama |
| Importadora & Exportadora Rosen, S.A. | | Punta Pacifica | Torre Metro Bank | Piso 7 | Ciudad de Panama | | | Panama |
| INNES Productions | | 1117 3rd Avenue, 10th Floor | | | New York | NY | 10003 | |
| INNES Productions | | 1117 3rd Avenue | | | Longmont | CO | 80501 | |
| Innovations Direct Pty Limited | | 431 Warringah Road | Frenchs Forest | | Sydney | NSW | 2086 | Australia |
| INTERNATIONAL DESIGN | HAROLD MASTER | 2050 N. STEMMONS FREEWAY SUITE #7016 | | | DALLAS | TX | 75207 | |
| Jacob Weber | | 450 Massachusetts Ave NW | | | Washington | DC | 20001 | |
| Jacob Weber | | 346 Gates Ave | | | Brooklyn | NY | 11216 | |
| Jevon Carter | Attn Alex Tarshis | 325 N. LaSalle | Ste 650 | | Chicago | IL | 60654 | |
| Jiangxi Baiying Sports Technology Co., Ltd. | Zeng De Chang, CEO | Guzhang Quanshang Industrial Park | Qinjiang Village | Shicheng County | Ganzhou | Jiang xi | | China |
| Jiangxi Baiying Sports Technology Co., Ltd. | | 95 Yanjiang Road | Xibian Village | Chendai Town Jiangiang City | Fujian Province | | | China |
| Joon | | 4300 W Lake Mary Blvd #1010-346 | | | Lake Mary | FL | 32746 | |
| Just Because Productions Inc | c/o Nigro, Karlin Segal Feldstein & Bolno LLC | 10960 Wilshire Blvd | 5th FL | | Los Angeles | CA | 90024 | |
| Latin Shoes | Florencia Fasanella | Mendez de Andes 1740 | | | Capital Federal | CP 1406 | | Argentina |
| LDI Color Toolbox | | 50 Jericho Quadrangle | | | Jericho | NY | 11753 | |
| Levi Strauss & Company | One Jeanswear Group Inc. | 1441 Broadway | | | New York | NY | 10018 | |
| Lifeworks | Ya Han Wu Feng | 530 7th Ave, 21st Fl | | | New York | NY | 10018 | |
| Lifeworks Technology Group LLC | | 530 7th Avenue | 21st FL | | New York | NY | 10018 | |
| Lippe Taylor, LLC | | 140 Broadway, 28th flr | | | New York | NY | 10005 | |
| Locke Lord LLP | | 2200 Ross Ave | Ste 2200 | | Dalllas | TX | 75201 | |
| Lynn Goodwin | Theresa L. Goodwin | 6 Pine Hill Avenue | | | East Norwalk | CT | 06855 | |
| M. Hidary & Co | Christine Conides | 10 West 33rd Street | | | New York | NY | 10001 | |
| Marr Holdings, Inc. | | 1407 Broadway | Suite 1702 | | New York | NY | 10018 | |
| Merchant Factor Corp | | 1441 Broadway 22nd FL | | | New York | NY | 10018 | |
| MG-IP Law, P.C | | 4000 Legato Road | Ste 310 | | Fairfax | VA | 22033 | |
| Microsoft Azure | Microsoft Corporation | One Microsoft Way | | | Redmond | WA | 98052 | |
| Millennial Apparel Group LLC | Freddy Mamrout | 1384 Broadway 9th Floor | | | New York | NY | 10018 | |
| Navex Global | | 5500 Meadows Rd. Ste. 500 | | | Lake Oswego | OR | 97035 | |
| Navex Global Inc | | PO Box 60941 | | | Charlotte | NC | 28260 | |

In re: Sequential Brands Group, Inc., et al.
Case No. 21-11194

Page 4 of 7

**Exhibit H**
**Counterparties Service List**
**Served via Overnight Mail**

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| New Baillun LP Sports Co., Ltd | | 6-10 Floor Yalan Building | Shuanglong Road | | Jin Jiang | Fujian Province | | China |
| Norman Powell | | 10900 Wilshire Blvd. | Suite 1200 | | Los Angeles | CA | 90024 | |
| NP24 LLC | Wasserman Media Group, LLC | Thaddeus Foucher | 10900 Wilshire Blvd | Suite 1200 | Los Angeles | CA | 90024 | |
| O. P. Solutions, Inc. | | 350 1st Ave | Ste MG | | New York | NY | 10010 | |
| Oakbay | Isaac Charles | 4154 Charlene Drive | | | Los Angeles | CA | 90043 | |
| Olshan Frome Wolosky LLP | | 1325 Avenue of the Americas | | | New York | NY | 10019 | |
| Omega | Natan Bukai | 463 Fashion Avenue | Suite 801 | | New York | NY | 10018 | |
| Perkins Coie | | 1155 6th Ave, 22nd Floor | | | New York | NY | 10036 | |
| Perkins Coie LLP | | 1201 Third Ave Suite 4900 | | | Seattle | WA | 98101 | |
| PFSweb, Inc. | Chlesa Shahinian & Giantomasi PC | One Boland Drive | | | West Orange | NJ | 07052 | |
| PFSweb, Inc. | Ralph Blakley | 505 Millennium Drive | | | Allen | TX | 75013 | |
| Phillips Nizer LLP | | 666 Fifth Ave | | | New York | NY | 10103-0084 | |
| Phillips Nizer LLP | | 485 Lexington Avenue | | | New York | NY | 10017-2643 | |
| Pilot Fiber NY LLC | | 325 Hudson St | Floor 10 | | New York | NY | 10013 | |
| Pilot Fiber NY LLC | | 1115 Broadway | Floor 12 | | New York | NY | 10010 | |
| Priority Fulfillment Services | Ralph Blakley | 505 Millennium Drive | | | Allen | TX | 75013 | |
| Prologis Targeted U.S. Logistics Fund LP | Lisa H. Reddy | 10730 Production Avenue | | | Fontana | CA | 92335 | |
| Prologis Targeted US Logistics Fund LP | | PO Box 846336 | | | Dallas | TX | 75284-6336 | |
| Prologis Targeted US Logistics Fund, L.P. | | 564 Fifth Avenue | | | New York | NY | 10036 | |
| Proskauer Rose | | Eleven Times Square | | | New York | NY | 10036-8299 | |
| REL Consulting LLC | | 38 Whitney St | | | Westport | CT | 06880 | |
| Revelwood | | 25B Vreeland Road, Suite 111 | | | Florham Park | NJ | 07932 | |
| Revelwood | | 14 Walsh Dr | | | Parsippany | NJ | 07054 | |
| Richards Layton & Finger | | One Rodney Square | 920 North King Street | | Wilmington, | DE | 19801 | |
| Rick Platt | | 314 Flanders Rd | | | Easy Lyme | CT | 06333 | |
| Rick Platt | | 224 Old Black Point Rd | | | Niantic | CT | 06357-3724 | |
| Rosen Imports | Esther Cohen | Punta Pacifica | Torre Metro Bank | Piso 7 | Ciudad de Panama | | | Panama |
| Royal Individual | Teddy Sardar | 55 W 47th St. Suite 1180 | | | New York | NY | 10036 | |
| RSM US LLp | | 331 West 3rd Street | Suite 200 | | Davenport | IA | 52801 | |
| Sam Eakins Koppelman | | PO Box 2984 | | | Tybee Island | GA | 31328 | |
| Sam Koppelman | | PO Box 2984 | | | Tybee Island | GA | 31328 | |
| Shearman & Sterling | | 599 Lexington Avenue | | | New York | NY | 10022 | |
| Sher Tremonte LLP | | 90 Broad St 23rd FL | | | New York | NY | 10004 | |
| SHI International Corp | | 290 Davidson Ave | | | Somerset | NJ | 08873 | |
| Simon Management Assoc. | | 401 NE Northgate Way, Suite 210 | | | Seattle | WA | 98125 | |

**Exhibit H**
**Counterparties Service List**
**Served via Overnight Mail**

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| SPR Industria de Confecçao S.A. | | R. dos Italianos, 1169 | Bom Retiro | | Sao Paolo | | 01131-000 | Brazil |
| SPR Industria de Confecçao S.A. | | R. Dos Italianos | | | 1169 Sao Paolo | | 01131-000 | Brazil |
| Star Denim | Albert Pardo | 31 W 34th Street | 4th Floor | | New York | NY | 10001 | |
| Supply Accessories | Bernie Hafif | 10 West 33rd St, Suite 803 | | | New York | NY | 10001 | |
| Supply Accessories, LLC | | 10 West 33rd Street | Room 802 | | New York | NY | 10001 | |
| Susan Nichol | | 1512 16th Street, #2 | | | Santa Monica | CA | 90404 | |
| Symphony Investment Partners | | 3220 N Street NW | Suite 147 | | Washington | DC | 20007 | |
| Symphony Investment Partners, Inc. | Mick Mankowski | 359 Ortego Ridge Road | | | Santa Barbara | CA | 93108 | |
| Tengram Capital Management LP | | 15 Riverside Ave | | | Westport | CT | 06880 | |
| Tennman Brands LLC | | 10960 Wilshire Blvd | 5th Floor | | Los Angeles | CA | 90024 | |
| Time Warner Cable | | PO Box 742663 | | | Cincinnati | OH | 45274 | |
| Time Warner Cable | | PO Box 60074 | | | City of Industry | CA | 91716-0074 | |
| Time Warner Cable | | P.O. Box 7186 | | | Pasadena | CA | 91109-7186 | |
| Time Warner Cable | | Box 223085 | | | Pittsburgh | PA | 15251 | |
| Tina Simpson | | DL Business Management | 244 West 54th Street | 9th Floor | New York | NY | 10019 | |
| Tina Simpson Consulting Group LLC | | 200 W 57th Street | Ste 1403 | | New York | NY | 10019 | |
| Toppan Merrill USA Inc | | PO Box 74007295 | | | Chicago | IL | 60674 | |
| Toppan Merrill USA Inc | | 747 Third Ave, 7th Floor | | | New York | NY | 10017 | |
| Toppan Merrill USA Inc | | 1501 Energy Park Drive | | | St. Paul | MN | 55108 | |
| Vianovo, LP | | 327 Congress Ave | Suite 450 | | Austin | TX | 78701 | |
| Vistex Inc | | 2300 Barrington Road | | | Hoffman Estates | IL | 60169 | |
| Vistex UK Ltd | | 74-80 Camden St | | | London | | NW1 0EG | United Kingdom |
| Walmart | Heather Garcia | 702 SW 8th St. | | | Bentonville | AR | 72716-0840 | |
| Walmart Costa Rica | Daniela Gutierrez | 56-1000 San Jose Parque Empresarial Forum II | | | Santa Ana | San Jose | | Costa Rica |
| Walmart Inc. | c/o Bank of America | PO Box 500787 | | | St. Louis | MO | 63150-0787 | |
| Wal-Mart Stores Inc | | PO Box 500787 | | | St Louis | MO | 63150-0787 | |
| Walmart, Inc. | General Counsel | 702 S.W. 8th Street | | | Bentonville | AR | 72716 | |
| With You Inc | c/o DL Entertainment Bus Mgmt | 200 W 57th St | Ste 1403 | | New York | NY | 10019 | |
| With You Inc. | | DL Business Management | 244 West 54th Street | 9th Floor | New York | NY | 10019 | |
| With You, LLC. | | 1407 Broadway | 38th FL | | New York | NY | 10018 | |
| Wood, Herron & Evans LLP | | 2700 Carew Tower | 441 Vine Street | | Cincinnati | OH | 45202-2917 | |
| World Software Corporation (Worldox) | | 266 Harristown Road Suite 201 | | | Glen Rock | NJ | 07452 | |
| Worldox | | 266 Harristown Road Suite 201 | | | Glen Rock | NJ | 07452 | |
| Xiamen EnWan Sports Industry Company Limited | | 629 Sishui Road, 18th floor | Xiangan Commercial Building | Wuyuanwan Operation Centre | Huli District | Xiamen | | China |

In re: Sequential Brands Group, Inc., et al.
Case No. 21-11194

Page 6 of 7

**Exhibit H**
**Counterparties Service List**
**Served via Overnight Mail**

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Xiamen EnWan Sports Industry Company Limited | | 104, 28-33 Lianbin Lane | | | City of Xiamen | Siming District | | China |
| Yoki Fashion | Nabil Basilious | 1410 Broadway Suite 1005 | | | New York | NY | 10018 | |

In re: Sequential Brands Group, Inc., et al.
Case No. 21-11194

Page 7 of 7

# Exhibit I

# Exhibit I

CONFIDENTIAL

All Stalking Horse Bidders'
Information Redacted