**EXHIBIT B**

Sequential Brands Group, Inc.
601 West 26th Street, 9th Floor
New York, NY  10001

BK22 DISBURSEMENTS
90887-00022

---

| COSTS/CHARGES | TOTAL |
|---|---:|
| CERTIFIED COPIES | $ 6,362.15 |
| CONFERENCE CALL CHARGES | 486.68 |
| DOCUMENT RETRIEVAL SERVICE | 338.49 |
| FILING FEES | 869.60 |
| IN HOUSE DUPLICATION | 20.95 |
| MESSENGER AND COURIER EXPENSE | 106.68 |
| ON-LINE RESEARCH (WESTLAW) | 3,525.30 |
| SPECIALIZED RESEARCH | 2,113.25 |
| TRAVEL - TAXI & OTHER MODES/MILES | 207.49 |
| **Total Costs/Charges** | 14,030.59 |
| **BALANCE DUE** | $ 14,030.59 |

BK22 DISBURSEMENTS
90887-00022
_____

Detail Costs/Charges:

Certified Copies

| Date | Amount | Description |
|---|---|---|
| 09/02/21 | 6,218.79 | VENDOR: CORPORATION SERVICE COMPANY dba CSC INVOICE#: 86111485899 DATE: 9/2/2021  7998424/Certified Copies/SEQUENTIAL BRANDS GROUP, INC.    CERTIFICATE OF STATUS SEQUENTIAL BRANDS GROUP, INC.    CERTIFIED COPY OF DOCUMENT SQBG, INC.    CERTIFICATE OF STATUS SQBG, INC.    CERTIFIED COPY OF DOCUMENT SEQUENTIAL LICENSING, INC.    CERTIFICATE OF STATUS SEQUENTIAL LICENSING, INC.    CERTIFIED COPY OF DOCUMENT WILLIAM RAST LICENSING, LLC    CERTIFICATE OF STATUS WILLIAM RAST LICENSING, LLC    CERTIFIED COPY OF DOCUMENT HEELING SPORTS LIMITED   CERTIFICATE OF STATUS HEELING SPORTS LIMITED   CERTIFIED COPY OF DOCUMENT BRAND MATTER, LLC    CERTIFICATE OF STATUS BRAND MATTER, LLC    CERTIFIED COPY OF DOCUMENT SBG FM, LLC    CERTIFICATE OF STATUS SBG FM, LLC    CERTIFIED COPY OF DOCUMENT SBG UNIVERSE BRANDS, LLC    CERTIFICATE OF STATUS SBG UNIVERSE BRANDS, LLC    CERTIFIED COPY OF DOCUMENT GALAXY BRANDS, LLC    CERTIFICATE OF STATUS GALAXY BRANDS, LLC    CERTIFIED COPY OF DOCUMENT BASKETBALL MARKETING COMPANY, INC.   CERTIFICATE OF STATUS BASKETBALL MARKETING COMPANY, INC.    CERTIFIED COPY OF DOCUMENT AMERICAN SPORTING GOODS CORP.    CERTIFICATE OF STATUS AMERICAN SPORTING GOODS CORP.  LNT BRANDS LLC    CERTIFICATE OF STATUS LNT BRANDS LLC  JOE'S HOLDING LLC    CERTIFICATE OF STATUS JOE'S HOLDING LLC  SBG-GAIAM HOLDINGS, LLC    CERTIFICATE OF STATUS SBG-GAIAM HOLDINGS, LLC  GAIAM BRAND HOLDCO, LLC    CERTIFICATE OF STATUS GAIAM BRAND HOLDCO, LLC    CERTIFIED COPY OF DOCUMENT GAIAM AMERICAS, INC.    CERTIFICATE OF STATUS GAIAM AMERICAS, INC.    CERTIFIED COPY OF DOCUMENT |
| 09/15/21 | 143.36 | VENDOR: CORPORATION SERVICE COMPANY dba CSC INVOICE#: 86111516883 DATE: 9/15/2021  7998424/Certified Copies/JOE'S HOLDINGS LLC    CERTIFICATE OF STATUS |

Conference Call Charges

| Date | Amount | Description |
|---|---|---|
| 08/10/21 | 7.39 | VENDOR: WEST UNIFIED COMMUNICATIONS SERVICES, IN INVOICE#: US270366-20210819 DATE: 8/19/2021  Conferencing Services by Joshua Brody |
| 08/10/21 | 4.72 | VENDOR: WEST UNIFIED COMMUNICATIONS SERVICES, IN INVOICE#: US270366-20210819 DATE: 8/19/2021  Conferencing Services by Ashtyn Hemendinger |
| 08/12/21 | 2.29 | VENDOR: WEST UNIFIED COMMUNICATIONS SERVICES, IN INVOICE#: US270366-20210819 DATE: 8/19/2021  Conferencing Services by Jason Goldstein |
| 08/12/21 | 7.72 | VENDOR: WEST UNIFIED COMMUNICATIONS SERVICES, IN |

| Date | Amount | Description |
|---|---|---|
| | | INVOICE#: US270366-20210819 DATE: 8/19/2021  Conferencing Services by Jason Goldstein |
| 08/13/21 | 7.67 | VENDOR: WEST UNIFIED COMMUNICATIONS SERVICES, IN INVOICE#: US270366-20210819 DATE: 8/19/2021  Conferencing Services by Elliott Grund |
| 08/13/21 | 4.87 | VENDOR: WEST UNIFIED COMMUNICATIONS SERVICES, IN INVOICE#: US270366-20210819 DATE: 8/19/2021  Conferencing Services by Lisa Phua |
| 08/16/21 | 6.18 | VENDOR: WEST UNIFIED COMMUNICATIONS SERVICES, IN INVOICE#: US270366-20210819 DATE: 8/19/2021  Conferencing Services by Jason Goldstein |
| 08/16/21 | 17.21 | VENDOR: WEST UNIFIED COMMUNICATIONS SERVICES, IN INVOICE#: US270366-20210819 DATE: 8/19/2021  Conferencing Services by Jason Goldstein |
| 08/16/21 | 2.52 | VENDOR: WEST UNIFIED COMMUNICATIONS SERVICES, IN INVOICE#: US270366-20210819 DATE: 8/19/2021  Conferencing Services by Ashtyn Hemendinger |
| 08/18/21 | 2.22 | VENDOR: WEST UNIFIED COMMUNICATIONS SERVICES, IN INVOICE#: US270366-20210819 DATE: 8/19/2021  Conferencing Services by Stephen Silverman |
| 08/19/21 | 4.65 | VENDOR: WEST UNIFIED COMMUNICATIONS SERVICES, IN INVOICE#: US270366-20210819 DATE: 8/19/2021  Conferencing Services by Lisa Phua |
| 08/19/21 | 16.43 | VENDOR: WEST UNIFIED COMMUNICATIONS SERVICES, IN INVOICE#: US270366-20210819 DATE: 8/19/2021  Conferencing Services by Jason Goldstein |
| 08/19/21 | 3.94 | VENDOR: WEST UNIFIED COMMUNICATIONS SERVICES, IN INVOICE#: US270366-20210819 DATE: 8/19/2021  Conferencing Services by Jason Goldstein |
| 08/20/21 | 7.72 | VENDOR: WEST UNIFIED COMMUNICATIONS SERVICES, IN INVOICE#: US270366-20210831 DATE: 8/31/2021  Conferencing Services by Jason Goldstein |
| 08/20/21 | 3.50 | VENDOR: WEST UNIFIED COMMUNICATIONS SERVICES, IN INVOICE#: US270366-20210831 DATE: 8/31/2021  Conferencing Services by Stephen Silverman |
| 08/22/21 | 3.94 | VENDOR: WEST UNIFIED COMMUNICATIONS SERVICES, IN INVOICE#: US270366-20210831 DATE: 8/31/2021  Conferencing Services by Jason Goldstein |
| 08/23/21 | 2.36 | VENDOR: WEST UNIFIED COMMUNICATIONS SERVICES, IN INVOICE#: US270366-20210831 DATE: 8/31/2021  Conferencing Services by Ashtyn Hemendinger |
| 08/24/21 | 4.09 | VENDOR: WEST UNIFIED COMMUNICATIONS SERVICES, IN INVOICE#: US270366-20210831 DATE: 8/31/2021  Conferencing Services by Ashtyn Hemendinger |
| 08/24/21 | 2.02 | VENDOR: WEST UNIFIED COMMUNICATIONS SERVICES, IN |

| Date | Amount | Description |
|---|---|---|
| | | INVOICE#: US270366-20210831 DATE: 8/31/2021  Conferencing Services by Jason Goldstein |
| 08/25/21 | 3.76 | VENDOR: WEST UNIFIED COMMUNICATIONS SERVICES, IN INVOICE#: US270366-20210831 DATE: 8/31/2021  Conferencing Services by Stephen Silverman |
| 08/25/21 | 3.48 | VENDOR: WEST UNIFIED COMMUNICATIONS SERVICES, IN INVOICE#: US270366-20210831 DATE: 8/31/2021  Conferencing Services by Joshua Brody |
| 08/25/21 | 5.03 | VENDOR: WEST UNIFIED COMMUNICATIONS SERVICES, IN INVOICE#: US270366-20210831 DATE: 8/31/2021  Conferencing Services by Jason Goldstein |
| 08/25/21 | 4.52 | VENDOR: WEST UNIFIED COMMUNICATIONS SERVICES, IN INVOICE#: US270366-20210831 DATE: 8/31/2021  Conferencing Services by Jason Goldstein |
| 08/26/21 | 2.38 | VENDOR: WEST UNIFIED COMMUNICATIONS SERVICES, IN INVOICE#: US270366-20210831 DATE: 8/31/2021  Conferencing Services by Jason Goldstein |
| 08/27/21 | 5.86 | VENDOR: WEST UNIFIED COMMUNICATIONS SERVICES, IN INVOICE#: US270366-20210831 DATE: 8/31/2021  Conferencing Services by Tukeni Obasi |
| 08/27/21 | 3.77 | VENDOR: WEST UNIFIED COMMUNICATIONS SERVICES, IN INVOICE#: US270366-20210831 DATE: 8/31/2021  Conferencing Services by Lisa Phua |
| 08/27/21 | 18.51 | VENDOR: WEST UNIFIED COMMUNICATIONS SERVICES, IN INVOICE#: US270366-20210831 DATE: 8/31/2021  Conferencing Services by Ashtyn Hemendinger |
| 08/29/21 | 1.34 | VENDOR: WEST UNIFIED COMMUNICATIONS SERVICES, IN INVOICE#: US270366-20210831 DATE: 8/31/2021  Conferencing Services by Stephen Silverman |
| 08/29/21 | 5.06 | VENDOR: WEST UNIFIED COMMUNICATIONS SERVICES, IN INVOICE#: US270366-20210831 DATE: 8/31/2021  Conferencing Services by Ashtyn Hemendinger |
| 08/30/21 | 17.08 | VENDOR: WEST UNIFIED COMMUNICATIONS SERVICES, IN INVOICE#: US270366-20210831 DATE: 8/31/2021  Conferencing Services by Elliott Grund |
| 08/30/21 | 2.88 | VENDOR: WEST UNIFIED COMMUNICATIONS SERVICES, IN INVOICE#: US270366-20210831 DATE: 8/31/2021  Conferencing Services by Elliott Grund |
| 08/30/21 | 1.19 | VENDOR: WEST UNIFIED COMMUNICATIONS SERVICES, IN INVOICE#: US270366-20210831 DATE: 8/31/2021  Conferencing Services by Elliott Grund |
| 08/30/21 | 3.90 | VENDOR: WEST UNIFIED COMMUNICATIONS SERVICES, IN INVOICE#: US270366-20210831 DATE: 8/31/2021  Conferencing Services by William Sorabella |
| 08/30/21 | 22.86 | VENDOR: WEST UNIFIED COMMUNICATIONS SERVICES, IN |

| | | |
|---|---|---|
| | | INVOICE#: US270366-20210831 DATE: 8/31/2021  Conferencing Services by Jason Goldstein |
| 08/30/21 | 1.72 | VENDOR: WEST UNIFIED COMMUNICATIONS SERVICES, IN INVOICE#: US270366-20210831 DATE: 8/31/2021  Conferencing Services by Jason Goldstein |
| 08/30/21 | 45.88 | VENDOR: WEST UNIFIED COMMUNICATIONS SERVICES, IN INVOICE#: US270366-20210831 DATE: 8/31/2021  Conferencing Services by Jason Goldstein |
| 08/30/21 | 26.66 | VENDOR: WEST UNIFIED COMMUNICATIONS SERVICES, IN INVOICE#: US270366-20210831 DATE: 8/31/2021  Conferencing Services by Jason Goldstein |
| 08/31/21 | 1.18 | VENDOR: WEST UNIFIED COMMUNICATIONS SERVICES, IN INVOICE#: US270366-20210831 DATE: 8/31/2021  Conferencing Services by Jason Goldstein |
| 08/31/21 | 3.22 | VENDOR: WEST UNIFIED COMMUNICATIONS SERVICES, IN INVOICE#: US270366-20210831 DATE: 8/31/2021  Conferencing Services by Elliott Grund |
| 08/31/21 | 2.52 | VENDOR: WEST UNIFIED COMMUNICATIONS SERVICES, IN INVOICE#: US270366-20210831 DATE: 8/31/2021  Conferencing Services by Monica Loseman |
| 08/31/21 | 4.79 | VENDOR: WEST UNIFIED COMMUNICATIONS SERVICES, IN INVOICE#: US270366-20210831 DATE: 8/31/2021  Conferencing Services by Ashtyn Hemendinger |
| 08/31/21 | 6.55 | VENDOR: WEST UNIFIED COMMUNICATIONS SERVICES, IN INVOICE#: US270366-20210831 DATE: 8/31/2021  Conferencing Services by Ashtyn Hemendinger |
| 08/31/21 | 15.40 | VENDOR: WEST UNIFIED COMMUNICATIONS SERVICES, IN INVOICE#: US270366-20210831 DATE: 8/31/2021  Conferencing Services by William Sorabella |
| 08/31/21 | 2.27 | VENDOR: WEST UNIFIED COMMUNICATIONS SERVICES, IN INVOICE#: US270366-20210831 DATE: 8/31/2021  Conferencing Services by Eric Scarazzo |
| 08/31/21 | 2.01 | VENDOR: WEST UNIFIED COMMUNICATIONS SERVICES, IN INVOICE#: US270366-20210831 DATE: 8/31/2021  Conferencing Services by Eric Scarazzo |
| 09/03/21 | 3.98 | VENDOR: WEST UNIFIED COMMUNICATIONS SERVICES, IN INVOICE#: US270366-20210910 DATE: 9/10/2021  Conferencing Services by Joshua Brody |
| 09/03/21 | 1.62 | VENDOR: WEST UNIFIED COMMUNICATIONS SERVICES, IN INVOICE#: US270366-20210910 DATE: 9/10/2021  Conferencing Services by Tyler Hammond |
| 09/03/21 | 7.43 | VENDOR: WEST UNIFIED COMMUNICATIONS SERVICES, IN INVOICE#: US270366-20210910 DATE: 9/10/2021  Conferencing Services by Tyler Hammond |
| 09/08/21 | 5.88 | VENDOR: WEST UNIFIED COMMUNICATIONS SERVICES, IN |

| Date | Amount | Description |
|---|---|---|
| | | INVOICE#: US270366-20210910 DATE: 9/10/2021  Conferencing Services by Ashtyn Hemendinger |
| 09/08/21 | 5.92 | VENDOR: WEST UNIFIED COMMUNICATIONS SERVICES, IN INVOICE#: US270366-20210910 DATE: 9/10/2021  Conferencing Services by Tyler Hammond |
| 09/09/21 | 6.56 | VENDOR: WEST UNIFIED COMMUNICATIONS SERVICES, IN INVOICE#: US270366-20210910 DATE: 9/10/2021  Conferencing Services by Eric Scarazzo |
| 09/10/21 | 7.26 | VENDOR: WEST UNIFIED COMMUNICATIONS SERVICES, IN INVOICE#: US270366-20210920 DATE: 9/20/2021  Conferencing Services by Jason Goldstein |
| 09/13/21 | 7.95 | VENDOR: WEST UNIFIED COMMUNICATIONS SERVICES, IN INVOICE#: US270366-20210920 DATE: 9/20/2021  Conferencing Services by Ashtyn Hemendinger |
| 09/14/21 | 3.87 | VENDOR: WEST UNIFIED COMMUNICATIONS SERVICES, IN INVOICE#: US270366-20210920 DATE: 9/20/2021  Conferencing Services by Jason Goldstein |
| 09/14/21 | 8.35 | VENDOR: WEST UNIFIED COMMUNICATIONS SERVICES, IN INVOICE#: US270366-20210920 DATE: 9/20/2021  Conferencing Services by Ashtyn Hemendinger |
| 09/14/21 | 4.71 | VENDOR: WEST UNIFIED COMMUNICATIONS SERVICES, IN INVOICE#: US270366-20210920 DATE: 9/20/2021  Conferencing Services by Lisa Phua |
| 09/15/21 | 5.04 | VENDOR: WEST UNIFIED COMMUNICATIONS SERVICES, IN INVOICE#: US270366-20210920 DATE: 9/20/2021  Conferencing Services by Joshua Brody |
| 09/15/21 | 12.08 | VENDOR: WEST UNIFIED COMMUNICATIONS SERVICES, IN INVOICE#: US270366-20210920 DATE: 9/20/2021  Conferencing Services by Jason Goldstein |
| 09/17/21 | 4.92 | VENDOR: WEST UNIFIED COMMUNICATIONS SERVICES, IN INVOICE#: US270366-20210920 DATE: 9/20/2021  Conferencing Services by Jason Goldstein |
| 09/17/21 | 5.97 | VENDOR: WEST UNIFIED COMMUNICATIONS SERVICES, IN INVOICE#: US270366-20210920 DATE: 9/20/2021  Conferencing Services by Tyler Hammond |
| 09/19/21 | 4.53 | VENDOR: WEST UNIFIED COMMUNICATIONS SERVICES, IN INVOICE#: US270366-20210920 DATE: 9/20/2021  Conferencing Services by Jason Goldstein |
| 09/20/21 | 4.06 | VENDOR: WEST UNIFIED COMMUNICATIONS SERVICES, IN INVOICE#: US270366-20210930 DATE: 9/30/2021  Conferencing Services by Ashtyn Hemendinger |
| 09/20/21 | 4.16 | VENDOR: WEST UNIFIED COMMUNICATIONS SERVICES, IN INVOICE#: US270366-20210930 DATE: 9/30/2021  Conferencing Services by Joshua Brody |
| 09/20/21 | 10.73 | VENDOR: WEST UNIFIED COMMUNICATIONS SERVICES, IN |

| Date | Amount | Description |
|---|---:|---|
| | | INVOICE#: US270366-20210930 DATE: 9/30/2021  Conferencing Services by Jason Goldstein |
| 09/20/21 | 1.55 | VENDOR: WEST UNIFIED COMMUNICATIONS SERVICES, IN INVOICE#: US270366-20210930 DATE: 9/30/2021  Conferencing Services by Jason Goldstein |
| 09/20/21 | 18.63 | VENDOR: WEST UNIFIED COMMUNICATIONS SERVICES, IN INVOICE#: US270366-20210930 DATE: 9/30/2021  Conferencing Services by Jason Goldstein |
| 09/22/21 | 5.96 | VENDOR: WEST UNIFIED COMMUNICATIONS SERVICES, IN INVOICE#: US270366-20210930 DATE: 9/30/2021  Conferencing Services by Jason Goldstein |
| 09/23/21 | 3.25 | VENDOR: WEST UNIFIED COMMUNICATIONS SERVICES, IN INVOICE#: US270366-20210930 DATE: 9/30/2021  Conferencing Services by Lisa Phua |
| 09/23/21 | 10.15 | VENDOR: WEST UNIFIED COMMUNICATIONS SERVICES, IN INVOICE#: US270366-20210930 DATE: 9/30/2021  Conferencing Services by Jason Goldstein |
| 09/27/21 | 4.38 | VENDOR: WEST UNIFIED COMMUNICATIONS SERVICES, IN INVOICE#: US270366-20210930 DATE: 9/30/2021  Conferencing Services by Ashtyn Hemendinger |
| 09/27/21 | 2.48 | VENDOR: WEST UNIFIED COMMUNICATIONS SERVICES, IN INVOICE#: US270366-20210930 DATE: 9/30/2021  Conferencing Services by Ashtyn Hemendinger |

<u>Document Retrieval Service</u>

| Date | Amount | Description |
|---|---:|---|
| 08/20/21 | 265.19 | 08/20/2021 90887.00020 TLO Usage August 2021 |
| 08/31/21 | 38.60 | PACER Usage August 2021 |
| 09/11/21 | 3.30 | PACER Usage September 2021 |
| 09/21/21 | 27.90 | PACER Usage September 2021 |
| 09/27/21 | 3.50 | PACER Usage September 2021 |

<u>Filing Fees</u>

| Date | Amount | Description |
|---|---:|---|
| 08/02/21 | 142.40 | VENDOR: CORPORATION SERVICE COMPANY dba CSC INVOICE#: 81111369687 DATE: 8/2/2021  Acct 7998424/Filing Fees/SEQUENTIAL BRANDS GROUP, INC.    LIEN/LITIGATION FILING IN DELAWARE |
| 08/06/21 | 727.20 | VENDOR: CORPORATION SERVICE COMPANY dba CSC INVOICE#: 81111388232 DATE: 8/6/2021  Acct 7998424/Filing Fees/BRAND MATTER, LLC    LIEN/LITIGATION FILING BRAND MATTER, LLC    LIEN/LITIGATION FILING BRAND MATTER, LLC    LIEN/LITIGATION FILING |

<u>In House Duplication</u>

| Date | Amount | Description |
|---|---:|---|
| 08/31/21 | 5.85 | In House Duplication Charge via Equitrac - 08/31/21 |
| 09/01/21 | 15.10 | In House Duplication Charge via Equitrac - 09/01/21 |

Messenger and Courier Expense

| Date | Amount | Description |
|---|---|---|
| 08/13/21 | 40.00 | VENDOR: UNITED PARCEL SERVICE, INC. INVOICE#: UPS-20210821 DATE: 8/21/2021  Ship Date 08/13/2021  Tracking No: 1Z9754632494044530  From: Stephanie Kann, Gibson, Dunn & Crutcher LLP, IRVINE, CA  To: U.S. Copyright Offic, Library of Congress, WASHINGTON, DC |
| 08/13/21 | 40.00 | VENDOR: UNITED PARCEL SERVICE, INC. INVOICE#: UPS-20210821 DATE: 8/21/2021  Ship Date 08/13/2021  Tracking No: 1Z9754632491897320  From: Stephanie Kann, Gibson, Dunn & Crutcher LLP, IRVINE, CA  To: U.S. Copyright Offic, Library of Congress, WASHINGTON, DC |
| 08/31/21 | 26.68 | VENDOR: FEDERAL EXPRESS CORPORATION INVOICE#: FEDX-20210903 DATE: 9/3/2021  Ship Date 08/31/2021  Airbill No: 774690681613  From: ASHTYN HEMENDINGER, Gibson Dunn & Crutcher, NEW YORK, NY  To: Mary Beth Maloney, SOUTHAMPTON, NY |

On-Line Research (Westlaw)

| Date | Amount | Description |
|---|---|---|
| 08/30/21 | 885.30 | GRUND,ELLIOTT    08/30/21    90887-00020    WESTLAW RESEARCH AND PRINTING CHARGES |
| 09/12/21 | 120.00 | HEMENDINGER,ASHTYN    09/12/21    90887-00020 WESTLAW RESEARCH AND PRINTING CHARGES |
| 09/22/21 | 360.00 | HEMENDINGER,ASHTYN    09/22/21    90887-00020 WESTLAW RESEARCH AND PRINTING CHARGES |
| 09/27/21 | 240.00 | NEUMEISTER,MIKE    09/27/21    90887-00022    WESTLAW RESEARCH AND PRINTING CHARGES |
| 09/28/21 | 480.00 | NEUMEISTER,MIKE    09/28/21    90887-00022    WESTLAW RESEARCH AND PRINTING CHARGES |
| 09/29/21 | 120.00 | NEUMEISTER,MIKE    09/29/21    90887-00022    WESTLAW RESEARCH AND PRINTING CHARGES |
| 09/29/21 | 120.00 | NEUMEISTER,MIKE    09/29/21    90887-00022    WESTLAW RESEARCH AND PRINTING CHARGES |
| 09/30/21 | 1,080.00 | HEMENDINGER,ASHTYN    09/30/21    90887-00020 WESTLAW RESEARCH AND PRINTING CHARGES |
| 09/30/21 | 120.00 | NEUMEISTER,MIKE    09/30/21    90887-00022    WESTLAW RESEARCH AND PRINTING CHARGES |

Specialized Research

| Date | Amount | Description |
|---|---|---|
| 08/31/21 | 368.25 | Hemendinger, Ashtyn M.  08/31/2021  Bloomberg Law |
| 09/13/21 | 450.25 | Edwards-Hogan, Carla M  09/13/2021  Bloomberg Law |
| 09/20/21 | 1,294.75 | Hemendinger, Ashtyn M.  09/20/2021  Bloomberg Law |

Travel - Taxi & Other Modes/Miles

| Date | Amount | Description |
|---|---|---|
| 08/15/21 | 99.20 | VENDOR: DIAL CAR INC. INVOICE#: 33864 DATE: 8/18/2021 Voucher 387717 08/15/2021 10/6, Package From Park Ave NYC To 6-02 Beach 8th St Far Rockaway, QU 11691 |

| Date | Amount | Description |
|---|---|---|
| 08/15/21 | 51.98 | VENDOR: DIAL CAR INC. INVOICE#: 33864 DATE: 8/18/2021 Voucher 387716 08/15/2021 10/6, Package From Park Ave NYC To 80 Madison Ave NYC 10016 |
| 09/01/21 | 56.31 | VENDOR: DIAL CAR INC. INVOICE#: 34404 DATE: 9/8/2021 Voucher 389704 09/01/2021 10/6, Package From Park Ave NYC To 81 Washington St Brooklyn Heights, BK 11201 |

SEC D&O
90887-00016

___

Detail Costs/Charges:

Conference Call Charges

| Date | Amount | Description |
|---|---|---|
| 08/12/21 | 4.11 | VENDOR: WEST UNIFIED COMMUNICATIONS SERVICES, IN INVOICE#: US270366-20210819 DATE: 8/19/2021  Conferencing Services by Mary Beth Maloney |
| 09/28/21 | 3.03 | VENDOR: WEST UNIFIED COMMUNICATIONS SERVICES, IN INVOICE#: US270366-20210930 DATE: 9/30/2021  Conferencing Services by Nealofar Panjshiri |
| 09/30/21 | 3.35 | VENDOR: WEST UNIFIED COMMUNICATIONS SERVICES, IN INVOICE#: US270366-20210930 DATE: 9/30/2021  Conferencing Services by Nealofar Panjshiri |

Document Retrieval Service

| Date | Amount | Description |
|---|---|---|
| 08/31/21 | 59.06 | VENDOR: COURTALERT.COM, INC. INVOICE#: 233050-2108 DATE: 8/31/2021  399242/Document Retrieval Service/CourtAlert for Pacer - Please see attached allocation report. M. Maloney, N. Panjshiri, A. LeSavage   D'Arcy v. Shmidman |
| 08/31/21 | 59.94 | VENDOR: COURTALERT.COM, INC. INVOICE#: 233050-2108 DATE: 8/31/2021  399242/Document Retrieval Service/CourtAlert for Pacer - Please see attached allocation report. M. Maloney, N. Panjshiri, A. LeSavage   Peter D Arcy v. Sequential Brands Group, Inc. et al M. Maloney, N. Panjshiri, A. LeSavage   Peter D Arcy v. Sequential Brands Group, Inc. et al - PDF -at PACER cost |

eDiscovery Database Hosting Fees

| Date | Amount | Description |
|---|---|---|
| 09/27/21 | 20.99 | September_2021-eDiscovery_Database_Hosting_Fees-C/M_90887-00016 |