**UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| SEQUENTIAL BRANDS GROUP, INC., *et al.*, | : | Case No. 21-11194 (JTD) |
| | : | |
| | : | Jointly Administered |
| Debtors.[1] | : | |
| | : | **Objection Deadline: December 30, 2021 at 4:00 p.m. (ET)** |
| | : | **Hearing Date: To be scheduled if necessary** |

**SUMMARY OF THIRD MONTHLY APPLICATION OF GIBSON, DUNN & CRUTCHER LLP AS ATTORNEYS FOR THE DEBTORS AND DEBTORS-IN-POSSESSION FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD FROM NOVEMBER 1, 2021 THROUGH AND INCLUDING NOVEMBER 30, 2021**

| | |
|---|---|
| Names of Applicant: | Gibson, Dunn & Crutcher LLP |
| Authorized to Provide Professional Services to: | Debtors and Debtors in Possession |
| Date of Retention: | Effective as of August 31, 2021 by order signed on or about October 4, 2021 |
| Period for which compensation and reimbursement is sought: | November 1, 2021 through and including November 30, 2021 |
| Amount of Compensation sought as actual, reasonable and necessary: | $591,310.50 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary | $2,722.54 |
| This is an/a: ___ interim ___ final application  _X_ monthly | |
| This application includes 62.3 hours and $58,380.00 in fees incurred in connection with the preparation of Fee Applications.[2] | |
| Prior Applications: | Two – First Monthly Fee Application and Second Monthly Fee Application |

---

[1]  The Debtors, along with the last four digits of each Debtor's tax identification number, are: Sequential Brands Group, Inc. (2789), SQBG, Inc. (9546), Sequential Licensing, Inc. (7108), William Rast Licensing, LLC (4304), Heeling Sports Limited (0479), Brand Matter, LLC (1258), SBG FM, LLC (8013), Galaxy Brands LLC (9583), The Basketball Marketing Company, Inc. (7003), American Sporting Goods Corporation (1696), LNT Brands LLC (3923), Joe's Holdings LLC (3085), Gaiam Brand Holdco, LLC (1581), Gaiam Americas, Inc. (8894), SBG-Gaiam Holdings, LLC (8923), SBG Universe Brands, LLC (4322), and GBT Promotions LLC (7003). The Debtors' corporate headquarters and the mailing address for each Debtor is 105 E. 34th Street, St. #249, New York, NY 10016.

[2]  For the period from November 1, 2021 through and including November 30, 2021, the total amount billed in connection with the preparation of Fee Applications includes the preparation of three separate monthly fee applications – the First Monthly Fee Application, the Second Monthly Fee Application, and the Third Monthly Fee Application.

## THIRD MONTHLY COMPENSATION BY INDIVIDUAL[3]

| Name of Professional | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | 2021 Hourly Billing Rate ($) | Total Billed Hours | Total Compensation ($) |
|---|---|---|---|---|
| Endreny, Pamela L. | Partner since 2020. Joined the firm as a partner in 2020. Member of NY bar since 1995; MA bar since 1995.<br><br>Practice Area: Tax, Corporate | 1705 | 0.5 | $852.50 |
| Greenberg, Scott J. | Partner since 2019. Joined the firm as a partner in 2019. Member of NY bar since 2003.<br><br>Practice Area: Business Restructuring & Reorganization | 1695 | 5.7 | $9,661.50 |
| Sorabella, William B. | Partner since 2019. Joined the firm as a partner in 2019. Member of NY bar since 2001.<br><br>Practice Area: Mergers & Acquisitions | 1635 | 33.3 | $54,445.50 |
| Brody, Joshua K. | Partner since 2020. Joined the firm as a partner in 2020. Member of NY bar since 2003.<br><br>Practice Area: Business Restructuring & Reorganization | 1500 | 67.1 | $100,650.00 |
| Maloney, Mary Beth | Partner since 2019. Joined the firm as an associate in 2008. Member of CA bar since 2008; NY bar since 2014.<br><br>Practice Area: Litigation, General | 1325 | 12.2 | $16,165.00 |

---

[3] The chart titled "Third Monthly Compensation by Individual" includes all time billed under both the Bankruptcy Matter (90887-00022) and the SEC D&O Matter (90887-00016).

| Name of Professional | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | 2021 Hourly Billing Rate ($) | Total Billed Hours | Total Compensation ($) |
|---|---|---|---|---|
| Kelsey, Matthew K. | Partner since 2013. Joined the firm as an associate in 2008 Member of NY bar since 2004.<br><br>Practice Area: Business Restructuring & Reorganization | 1285 | 4.8 | $6,168.00 |
| Loseman, Monica K. | Partner since 2012. Joined the firm as an associate in 2002. Member of CO bar since 2002; CA bar since 2016.<br><br>Practice Area: Litigation, Securities | 1265 | 2.4 | $3,036.00 |
| LeRoy, Carrie M. | Partner since 2018. Joined the firm as a Partner in 2018. Member of CA bar since 2000.<br><br>Practice Area: Intellectual Property | 1250 | 0.6 | $750.00 |
| Voskanyan, Lilit | Partner since 2021. Joined the firm as a partner in 2021. Member of CA bar since 2013; NY bar since 2009.<br><br>Practice Area: Private Equity Firm | 1220 | 13.7 | $16,714.00 |
| Scarazzo, Eric M. | Of Counsel. Joined the firm in 2005. Member of NY bar since 2006.<br><br>Practice Area: Capital Markets | 1075 | 1.5 | $1,612.50 |
| Vojtisek, John-Paul | Of Counsel. Joined the firm as an associate in 2005. Member of NY bar since 2006.<br><br>Practice Area: Tax, Corporate | 1075 | 6.8 | $7,310.00 |

| Name of Professional | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | 2021 Hourly Billing Rate ($) | Total Billed Hours | Total Compensation ($) |
|---|---|---|---|---|
| Goldstein, Jason Z. | Associate since 2013. Joined the firm as an associate in 2016. Member of NY bar since 2013.<br><br>Practice Area: Business Restructuring & Reorganization | 1060 | 87.4 | $92,644.00 |
| Phua, Lisa L. | Associate since 2015. Joined the firm as an associate in 2020. Member of NY bar since 2016.<br><br>Practice Area: Mergers & Acquisitions | 1010 | 30.4 | $30,704.00 |
| Persons, Melissa L. | Associate since 2013. Joined the firm as an associate in 2013. Member of TX bar since 2009; CO bar since 2018.<br><br>Practice Area: Mergers & Acquisitions | 995 | 24.9 | $24,775.50 |
| Silverman, Stephen D. | Associate since 2016. Joined the firm as an associate in 2020. Member of NY bar since 2016; NJ bar since 2015; PA bar since 2018.<br><br>Practice Area: Business Restructuring & Reorganization | 995 | 25.4 | $25,273.00 |
| Hemendinger, Ashtyn M. | Associate since 2017. Joined the firm as an associate in 2020. Member of NY bar since 2018.<br><br>Practice Area: Business Restructuring & Reorganization | 930 | 109.1 | $101,463.00 |
| Choi, Michelle | Joined the firm as an associate in 2019. Member of | 905 | 11.4 | $10,317.00 |

4

| Name of Professional | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | 2021 Hourly Billing Rate ($) | Total Billed Hours | Total Compensation ($) |
|---|---|---|---|---|
| | the CA bar since 2016 and member of the NY bar since 2019.<br><br>Practice Area: Business Restructuring & Reorganization | | | |
| Hammond, Tyler A. | Associate since 2018. Joined the firm as an associate in 2018 Passed but not yet admitted NY.<br><br>Practice Area: Business Restructuring & Reorganization | 865 | 27.7 | $23,960.50 |
| Obasi, Tukeni | Associate since 2018. Joined the firm as an associate in 2021. Member of TX bar since 2018.<br><br>Practice Area: Mergers & Acquisitions | 775 | 73.1 | $56,652.50 |
| Grund, Elliott B. | Associate since 2019. Joined the firm as an associate in 2019. Member of the New York Bar since 2020.<br><br>Practice Area: Mergers and Acquisitions | 770 | 0.5 | $385.00 |
| LeSavage, Amanda L. | Associate since 2019. Joined the firm as an associate in 2019. Member of NY bar since 2019.<br><br>Practice Area: Litigation, General | 770 | 6.6 | $5,082.00 |
| Coppola, Laura Michelle | Managing Attorney. Joined the firm in 2017. Member of the New York Bar since 2010. | 675 | 1.1 | $742.50 |
| Best, LaToya A. | Assistant Managing Attorney. Joined the firm in 2018. | 605 | 0.1 | $60.50 |

5

| Name of Professional | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | 2021 Hourly Billing Rate ($) | Total Billed Hours | Total Compensation ($) |
|---|---|---|---|---|
| Ogowewo, Imole O. | Corporate Paralegal | 565 | 2.9 | $1,638.50 |
| Daniels, Ryan | Litigation Docket Specialist. | 495 | 0.5 | $247.50 |
| | | **Total** | **549.7** | **$591,310.50** |
| | | **Blended Rate** | | **$1,076** |

## THIRD MONTHLY COMPENSATION BY PROJECT CATEGORY FOR BANKRUPTCY MATTER 90887-00022

| Task Code | Project Category | Total Hours | Total Fees |
|---|---|---|---|
| BK01 | Asset Disposition/Sale Transactions | 239.8 | $257,375.00 |
| BK02 | Assumption and Rejection of Leases and Contracts | 3.7 | $3,493.00 |
| BK03 | Avoidance Action Analysis | 0 | $0.00 |
| BK04 | Budgeting (Case) | 0 | $0.00 |
| BK05 | Business Operations | 6.4 | $6,043.00 |
| BK06 | Case Administration | 25.2 | $24,392.50 |
| BK07 | Claims Administration and Objections | 3.6 | $3,400.00 |
| BK08 | Corporate Governance and Board Matters | 11.3 | $13,028.50 |
| BK09 | Communications and Meetings with Creditors | 0 | $0.00 |
| BK10 | Employee Matters and Benefits | 0.5 | $504.00 |
| BK11 | Employment and Fee Applications (Gibson) | 62.3 | $58,380.00 |
| BK12 | Employment and Fee Applications (Others) | 2.3 | $2,106.50 |
| BK13 | Financing, Cash Collateral and Cash Management | 2.3 | $2,703.00 |
| BK14 | Hearings | 0.3 | $279.00 |
| BK15 | Insurance | 37.9 | $36,500.00 |
| BK16 | Litigation | 47.6 | $51,861.50 |
| BK17 | Plan and Disclosure Statement | 91.0 | $112,991.50 |
| BK18 | Real Estate | 0 | $0.00 |
| BK19 | Relief from Stay and Adequate Protection | 5.7 | $5,340.00 |
| BK20 | Reporting | 0 | $0.00 |
| BK21 | Tax | 0 | $0.00 |
| | **TOTAL** | **539.9** | **$578,397.50** |

## THIRD MONTHLY COMPENSATION FOR SEC D&O MATTER 90887-00016

| | Total Hours | Total Fees |
|---|---|---|
| | | |
| TOTAL | **9.8** | **$12,913.00** |
| **COMBINED TOTAL (BANKRUPTCY MATTER & SEC D&O MATTER)** | **751.8** | **$591,310.50** |

## THIRD MONTHLY EXPENSE SUMMARY FOR
## BANKRUPTCY MATTER 90887-00022

| Expenses Category | Total Expenses |
|---|---|
| Conference Call Charges | $164.42 |
| Data Line Charge | $39.95 |
| Document Retrieval Services | $88.00 |
| Filing Fees | $345.31 |
| In House Duplication | $25.60 |
| On-Line Research (Westlaw) | $1,814.34 |
| Specialized Research | $166.27 |
| TOTAL | **$2,643.89** |

## THIRD MONTHLY EXPENSE SUMMARY FOR
## BANKRUPTCY MATTER 90887-00016

| Expenses Category | Total Expenses |
|---|---|
| Document Retrieval Services | $57.66 |
| eDiscovery Database Hosting Fees | $20.99 |
| TOTAL | **$78.65** |
| **COMBINED TOTAL (BANKRUPTCY MATTER & SEC D&O MATTER)** | **$2,722.54** |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| SEQUENTIAL BRANDS GROUP, INC., *et al.*, | Case No. 21-11194 (JTD) |
| Debtors.[4] | Jointly Administered |
| | **Objection Deadline: December 30, 2021 at 4:00 pm (ET)** |
| | **Hearing Date: To be scheduled if necessary** |

**THIRD MONTHLY APPLICATION OF GIBSON, DUNN & CRUTCHER LLP AS ATTORNEYS FOR THE DEBTORS AND DEBTORS-IN-POSSESSION FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD FROM NOVEMBER 1, 2021 THROUGH AND INCLUDING NOVEMBER 30, 2021**

Pursuant to sections 330 and 331 of title 11 of the United States Code (the "Bankruptcy Code"), and Rule 2016 of the Federal Rules of Bankruptcy Procedure, and in accordance with that certain *Order Authorizing the Retention and Employment of Gibson, Dunn & Crutcher LLP as Attorneys for the Debtors and Debtors in Possession Nunc Pro Tunc to the Petition Date* [Docket No. 164] (the "Retention Order") and that certain *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 163] (the "Interim Compensation Order"), Gibson, Dunn & Crutcher LLP ("Gibson Dunn") hereby applies (the "Application") to the United States Bankruptcy Court for the District of Delaware (the "Court") for reasonable compensation for professional legal services rendered as counsel to

---

[4] The Debtors, along with the last four digits of each Debtor's tax identification number, are: Sequential Brands Group, Inc. (2789), SQBG, Inc. (9546), Sequential Licensing, Inc. (7108), William Rast Licensing, LLC (4304), Heeling Sports Limited (0479), Brand Matter, LLC (1258), SBG FM, LLC (8013), Galaxy Brands LLC (9583), The Basketball Marketing Company, Inc. (7003), American Sporting Goods Corporation (1696), LNT Brands LLC (3923), Joe's Holdings LLC (3085), Gaiam Brand Holdco, LLC (1581), Gaiam Americas, Inc. (8894), SBG-Gaiam Holdings, LLC (8923), SBG Universe Brands, LLC (4322), and GBT Promotions LLC (7003). The Debtors' corporate headquarters and the mailing address for each Debtor is 105 E. 34th Street, St. #249, New York, NY 10016.

Sequential Brands Group, Inc. and its above-captioned affiliated debtors and debtors in possession (each, a "Debtor," and collectively, the "Debtors"), in the amount of $591,310.50 together with a reimbursement for actual and necessary expenses incurred in the amount of $2,722.54 for the period from November 1, 2021 through and including November 30, 2021 (the "Compensation Period").  In support of this Application, Gibson Dunn respectfully represents as follows:

## BACKGROUND

1. On August 31, 2021 (the "Petition Date"), each of the Debtors filed a voluntary petition with the Court under chapter 11 of the Bankruptcy Code.

2. Pursuant to the Retention Order, Gibson Dunn was retained to represent the Debtors as bankruptcy co-counsel in connection with these chapter 11 cases, *nunc pro tunc* to the Petition Date.  In addition, prior to August 31, 2021, Gibson Dunn served as general bankruptcy co-counsel as described in the *Application of Debtors for Entry of an Order Authorizing the Retention and Employment of Gibson, Dunn & Crutcher LLP as Attorneys for the Debtors and Debtors in Possession Nunc Pro Tunc to the Petition Date* [Docket No. 95] (the "Retention Application").  The Retention Order authorizes Gibson Dunn to be compensated on an hourly basis and to be reimbursed for actual and necessary out-of-pocket expenses.

3. After the reconciliation described in the Retention Application, the remaining Advance Payment (as defined in the Retention Application) is $282,897.06.

4. All services for which compensation is requested herein by Gibson Dunn were performed for or on behalf of the Debtors.

### (a) SUMMARY OF SERVICES RENDERED

5.     Attached hereto as Exhibit A is a detailed statement of fees incurred during the Compensation Period, showing the amount of $591,310.50 due.

6.     The services rendered by Gibson Dunn during the Compensation Period are grouped into separate task codes as set forth in Exhibit A.  The time entries billed in connection with Gibson Dunn's defense of the Debtors in *Securities and Exchange Commission v. Sequential Brands Group, Inc.*, No. 20-10471 (JPO) (S.D.N.Y. Dec. 11, 2020) (the "SEC Matter Invoice") are also included in Exhibit A and the invoice total, but are placed in a separate matter number so the Debtors may submit the SEC Matter Invoice to their insurance providers for reimbursement.   The attorneys and paralegals who rendered services relating to the task codes are identified, along with the number of hours for each individual and the total compensation sought for each task code, in the attachments hereto.

### (b) DISBURSEMENTS

7.     Attached hereto as Exhibit B is a detailed statement of expenses paid by Gibson Dunn during the Compensation Period, showing the amount of $2,722.54.  This out-of-pocket disbursement sum is broken down into categories of charges, including, among other things, certified copies charges, conference call charges, document retrieval service charges, photocopying charges, mail and express mail charges, special or hand delivery charges, charges for mailing supplies (including, without limitation, envelopes and labels) provided by Gibson Dunn to outside copying services for use in mass mailings, computerized research charges, travel expenses, as well as non-ordinary overhead expenses such as secretarial and other overtime.  A complete review by category of the expenses incurred for the Compensation Period may be found in the attachments hereto as Exhibit B.

8. Costs incurred for overtime and computer assisted research are not included in Gibson Dunn's normal hourly billing rates and, therefore, are itemized and included in Gibson Dunn's disbursements. Pursuant to Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), Gibson Dunn represents that its rate for duplication is $0.10 per page, its rate for outgoing telecopier transmissions is $0.25 per page (excluding related long distance transmission charges), there is no charge for incoming telecopier transmissions, and there is no surcharge for computerized research.

### (c) VALUATION OF SERVICES

9. Attorneys and paraprofessionals of Gibson Dunn have expended a total of 549.7 hours in connection with this matter during the Compensation Period.

10. The amount of time spent by each of these persons providing services to the Debtors for the Compensation Period is fully set forth in the detail attached hereto as Exhibit A. These are Gibson Dunn's normal hourly rates of compensation for work of this character. The blended rate for the services rendered by Gibson Dunn for the Compensation Period as counsel for the Debtors in these cases is $1,076.

11. Gibson Dunn believes that the time entries included in Exhibit A attached hereto and the expense breakdown set forth in Exhibit B attached hereto are in compliance with the requirements of Local Rule 2016-2.

12. In accordance with the factors enumerated in section 330 of the Bankruptcy Code, the amount requested is fair and reasonable given (a) the complexity of these chapter 11 cases, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such

services, and (e) the costs of comparable services other than in a case under chapter 11 of the Bankruptcy Code.

13. This Application covers the compensation period from November 1, 2021 through and including November 30, 2021. Gibson Dunn has continued, and will continue, to perform additional necessary services for the Debtors subsequent to the Compensation Period, for which Gibson Dunn will file subsequent monthly fee applications.

## CONCLUSION

WHEREFORE, Gibson Dunn requests that allowance be made to it in the sum of $591,310.50 as compensation for necessary professional services rendered to the Debtors for the Compensation Fee Period, and the sum of $2,722.54 for reimbursement of actual necessary costs and expenses incurred during that period, and requests such other and further relief as the Court may deem just and proper.

Dated: December 9, 2021

**GIBSON, DUNN & CRUTCHER LLP**

*/s/ Joshua K. Brody*
**GIBSON, DUNN & CRUTCHER LLP**
Scott J. Greenberg (admitted *pro hac vice*)
Joshua K. Brody (admitted *pro hac vice*)
Jason Z. Goldstein (admitted *pro hac vice*)
200 Park Avenue
New York, New York 10166
Tel:   (212) 351-4000
Fax:   (212) 351-4035
Email: sgreenberg@gibsondunn.com
       jbrody@gibsondunn.com
       jgoldstein@gibsondunn.com

*Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | : | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| SEQUENTIAL BRANDS GROUP, INC., *et al.*, | : | Case No. 21-11194 (JTD) |
| | : | |
| | : | Jointly Administered |
| Debtors.[1] | : | |
| | : | **Objection Deadline: December 30, 2021 at 4:00 p.m. (ET)** |
| | : | **Hearing Date: To be scheduled if necessary** |

## CERTIFICATION OF JOSHUA K. BRODY

1. I am a Partner in the applicant firm, Gibson, Dunn & Crutcher LLP ("Gibson Dunn"), and have been admitted to appear before this Court.

2. I have personally performed many of the legal services rendered by Gibson Dunn to Sequential Brands Group, Inc. and its affiliated debtors and debtors in possession in connection with their chapter 11 cases, and am generally familiar with all other work performed on behalf of the lawyers and paraprofessionals at Gibson Dunn.

3. The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the foregoing is true and correct.

Dated: December 9, 2021                             */s/ Joshua K. Brody*
                                                    JOSHUA K. BRODY

---

[1] The Debtors, along with the last four digits of each Debtor's tax identification number, are: Sequential Brands Group, Inc. (2789), SQBG, Inc. (9546), Sequential Licensing, Inc. (7108), William Rast Licensing, LLC (4304), Heeling Sports Limited (0479), Brand Matter, LLC (1258), SBG FM, LLC (8013), Galaxy Brands LLC (9583), The Basketball Marketing Company, Inc. (7003), American Sporting Goods Corporation (1696), LNT Brands LLC (3923), Joe's Holdings LLC (3085), Gaiam Brand Holdco, LLC (1581), Gaiam Americas, Inc. (8894), SBG-Gaiam Holdings, LLC (8923), SBG Universe Brands, LLC (4322), and GBT Promotions LLC (7003). The Debtors' corporate headquarters and the mailing address for each Debtor is 105 E. 34th Street, St. #249, New York, NY 10016.