**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|

In re:

SEQUENTIAL BRANDS GROUP, INC., *et al.*,

       Debtors.[1]

: 
: Chapter 11
: 
: Case No. 21-11194 (JTD)
: 
: Jointly Administered
: 
: **Objection Deadline: December 30, 2021 at 4:00 p.m. (ET)**
: **Hearing Date: To be scheduled if necessary**

## NOTICE OF THIRD MONTHLY FEE APPLICATION

TO:    (I) THE DEBTORS; (II) THE OFFICE OF THE UNITED STATES TRUSTEE FOR THE DISTRICT OF DELAWARE; (III) COUNSEL TO THE DIP ADMINISTRATIVE AGENT; AND (V) COUNSEL TO THE DIP LENDERS

**PLEASE TAKE NOTICE** that the *Third Monthly Application of Gibson, Dunn & Crutcher LLP as Attorneys for the Debtors and Debtors-in-Possession for Allowance of Compensation and Reimbursement of Expenses Incurred for the Period from November 1, 2021 Through and Including November 30, 2021* (the "Application") has been filed with the United States Bankruptcy Court for the District of Delaware (the "Court").  The Application seeks allowance of monthly fees in the amount of $591,310.50 and monthly expenses in the amount of $2,722.54.

**PLEASE TAKE FURTHER NOTICE** that objections to the Application, if any, are required to be filed on or before **December 30, 2021 at 4:00 p.m. (ET)** (the "Objection Deadline") with the Clerk of the United States Bankruptcy Court for the District of Delaware, 3rd Floor, 824 N. Market Street, Wilmington, Delaware 19801.  You must also serve any such objection so as to be received by the following on or before the Objection Deadline:  (i) the attorneys for the Debtors (a) Gibson, Dunn & Crutcher LLP, 200 Park Avenue, New York, NY 10166 (Attn: Scott J. Greenberg, Esq., Joshua K. Brody, Esq., and Jason Z. Goldstein, Esq.) and (b) Pachulski Stang Ziehl & Jones LLP, 919 N. Market Street, 17th Floor, Wilmington, DE 19801 (Attn: Laura David Jones (ljones@pszjlaw.com)); (ii) counsel to KKR Credit Advisors (US) LLC, (a) King & Spalding LLP, 1185 Avenue of the Americas, New York, NY 10036 (Attn: Roger G. Schwartz (rschwartz@kslaw.com) and Peter Montoni (pmontoni@kslaw.com)), 110 N. Wacker Drive, Suite 3800, Chicago, IL 60606 (Attn: Lindsey Hendrickson

---

[1] The Debtors, along with the last four digits of each Debtor's tax identification number, are: Sequential Brands Group, Inc. (2789), SQBG, Inc. (9546), Sequential Licensing, Inc. (7108), William Rast Licensing, LLC (4304), Heeling Sports Limited (0479), Brand Matter, LLC (1258), SBG FM, LLC (8013), Galaxy Brands LLC (9583), The Basketball Marketing Company, Inc. (7003), American Sporting Goods Corporation (1696), LNT Brands LLC (3923), Joe's Holdings LLC (3085), Gaiam Brand Holdco, LLC (1581), Gaiam Americas, Inc. (8894), SBG-Gaiam Holdings, LLC (8923), SBG Universe Brands, LLC (4322), and GBT Promotions LLC (7003).  The Debtors' corporate headquarters and the mailing address for each Debtor is 105 E. 34th Street, St. #249, New York, NY 10016.

(lhendrickson@kslaw.com) and R. Jacob Jumbeck (jjumbeck@kslaw.com)), and (b) Morris, Nichols, Arsht & Tunnell LLP, 1201 N. Market Street, 16th Floor, P.O. Box 1347, Wilmington, DE 19899-1347 (Attn: Robert J. Dehney (rdehney@morrisnichols.com), Andrew R. Remming (aremming@morrisnichols.com), and Tama K. Mann (tmann@morrisnichols.com)); (iii) the Office of the United States Trustee for the District of Delaware, 844 King Street, Suite 2207 Lockbox 35, Wilmington, DE 19801 (Attn: Richard Schepacarter (Richard.Schepacarter@usdoj.gov)); (iv) counsel to Bank of America N.A, as administrative and collateral agent under the BoA Credit Agreement, (a) Morgan, Lewis & Bockius LLP, One Federal Street, Boston, MA 0211-=1726 (Attn: Julie Frost-Davis (Julia.frost-davies@morganlewis.com) and Christopher L. Carter (Christopher.carter@morganlewis.com)), and (b) Robinson & Cole LLP, 1201 N. Market Street, Suite 1406, Wilmington, DE 19801 (Jamie L. Edmonson (jedmonson@rc.com) and James L. Lanthrop (jlanthrop@rc.com)), 1650 Market Street, Suite 3600, Philadelphia, PA 19103 (Rachel Jaffe Mauceri (rmauceri@rc.com)); (v) counsel to Wilmington Trust, N.A., (a) Morris, Nichols, Arsht & Tunnell LLP, 1201 N. Market Street, 16th Floor, Wilmington, DE 19801 (Attn: Derek C. Abbott (dabbott@morrisnichols.com), Curtis S. Miller (cmiller@morrisnichols.com), Paige N. Topper (ptopper@morrisnichols.com)) and (b) James-Bateman-Brannan-Groover LLP, Buckhead Tower at Lenox Square, 3399 Peachtree Road NE, Suite 1700, Atlanta, GA 30326 (Attn: Doroteya N. Wozniak (dwozniak@jamesbatesllp.com)); and (vi) counsel to any Committee appointed in these cases.

**PLEASE TAKE FURTHER NOTICE** THAT PURSUANT TO THE *ORDER ESTABLISHING PROCEDURES FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR PROFESSIONALS* [DOCKET NO. 163], IF NO OBJECTIONS ARE FILED AND SERVED IN ACCORDANCE WITH THE ABOVE PROCEDURE, THE DEBTORS WILL BE AUTHORIZED TO PAY 80% OF THE REQUESTED FEES AND 100% OF THE REQUESTED EXPENSES WITHOUT FURTHER ORDER OF THE COURT.

**PLEASE TAKE FURTHER NOTICE THAT** ONLY IF AN OBJECTION IS PROPERLY AND TIMELY FILED IN ACCORDANCE WITH THE ABOVE PROCEDURE WILL A HEARING BE HELD ON THE APPLICATION.

[*Remainder of the page intentionally left blank*]

Dated: December 9, 2021                      **PACHULSKI STANG ZIEHL & JONES LLP**


                                             */s/ Timothy P. Cairns*
                                             Laura Davis Jones (DE Bar No. 2436)
                                             Timothy P. Cairns (DE Bar No. 4228)
                                             919 North Market Street, 17th Floor
                                             P.O. Box 8705
                                             Wilmington, Delaware 19899 (Courier 19801)
                                             Tel:    (302) 652-4100
                                             Fax:    (302) 652-4400
                                             Email:  ljones@pszjlaw.com
                                                     tcairns@pszjlaw.com


                                             -and-

                                             **GIBSON, DUNN & CRUTCHER LLP**
                                             Scott J. Greenberg  (admitted *pro hac vice*)
                                             Joshua K. Brody (admitted *pro hac vice*)
                                             Jason Z. Goldstein (admitted *pro hac vice*)
                                             200 Park Avenue
                                             New York, New York 10166
                                             Tel:    (212) 351-4000
                                             Fax:    (212) 351-4035
                                             Email:  sgreenberg@gibsondunn.com
                                                     jbrody@gibsondunn.com
                                                     jgoldstein@gibsondunn.com

                                             *Counsel to the Debtors and Debtors in Possession*