# EXHIBIT B

Sequential Brands Group, Inc.
601 West 26th Street, 9th Floor
New York, NY  10001

BK22 DISBURSEMENTS
90887-00022

---

| COSTS/CHARGES | | TOTAL |
|---|---|---|
| CONFERENCE CALL CHARGES | $ | 164.42 |
| DATA LINE CHARGE | | 39.95 |
| DOCUMENT RETRIEVAL SERVICE | | 88.00 |
| FILING FEES | | 345.31 |
| IN HOUSE DUPLICATION | | 25.60 |
| ON-LINE RESEARCH (WESTLAW) | | 1,814.34 |
| SPECIALIZED RESEARCH | | 166.27 |
| **Total Costs/Charges** | | 2,643.89 |
| **BALANCE DUE** | $ | 2,643.89 |

BK22 DISBURSEMENTS
90887-00022

---

Detail Costs/Charges:

Conference Call Charges

| 11/01/21 | 6.06 | VENDOR: WEST UNIFIED COMMUNICATIONS SERVICES, IN INVOICE#: US270366-20211110 DATE: 11/10/2021  Conferencing Services by Ashtyn Hemendinger |
| 11/02/21 | 8.29 | VENDOR: WEST UNIFIED COMMUNICATIONS SERVICES, IN INVOICE#: US270366-20211110 DATE: 11/10/2021  Conferencing Services by Tukeni Obasi |
| 11/02/21 | 9.18 | VENDOR: WEST UNIFIED COMMUNICATIONS SERVICES, IN INVOICE#: US270366-20211110 DATE: 11/10/2021  Conferencing Services by Monica Loseman |
| 11/02/21 | 16.64 | VENDOR: WEST UNIFIED COMMUNICATIONS SERVICES, IN INVOICE#: US270366-20211110 DATE: 11/10/2021  Conferencing Services by Jason Goldstein |
| 11/03/21 | 3.05 | VENDOR: WEST UNIFIED COMMUNICATIONS SERVICES, IN INVOICE#: US270366-20211110 DATE: 11/10/2021  Conferencing Services by Monica Loseman |
| 11/03/21 | 4.56 | VENDOR: WEST UNIFIED COMMUNICATIONS SERVICES, IN INVOICE#: US270366-20211110 DATE: 11/10/2021  Conferencing Services by Monica Loseman |
| 11/05/21 | 7.25 | VENDOR: WEST UNIFIED COMMUNICATIONS SERVICES, IN INVOICE#: US270366-20211110 DATE: 11/10/2021  Conferencing Services by Ashtyn Hemendinger |
| 11/05/21 | 2.57 | VENDOR: WEST UNIFIED COMMUNICATIONS SERVICES, IN INVOICE#: US270366-20211110 DATE: 11/10/2021  Conferencing Services by Monica Loseman |
| 11/08/21 | 5.70 | VENDOR: WEST UNIFIED COMMUNICATIONS SERVICES, IN INVOICE#: US270366-20211110 DATE: 11/10/2021  Conferencing Services by Jason Goldstein |
| 11/08/21 | 8.75 | VENDOR: WEST UNIFIED COMMUNICATIONS SERVICES, IN INVOICE#: US270366-20211110 DATE: 11/10/2021  Conferencing Services by Ashtyn Hemendinger |
| 11/10/21 | 6.65 | VENDOR: WEST UNIFIED COMMUNICATIONS SERVICES, IN INVOICE#: US270366-20211119 DATE: 11/19/2021  Conferencing Services by Joshua Brody |
| 11/10/21 | 24.69 | VENDOR: WEST UNIFIED COMMUNICATIONS SERVICES, IN INVOICE#: US270366-20211119 DATE: 11/19/2021  Conferencing Services by Jason Goldstein |
| 11/11/21 | 4.19 | VENDOR: WEST UNIFIED COMMUNICATIONS SERVICES, IN INVOICE#: US270366-20211119 DATE: 11/19/2021  Conferencing Services by Tukeni Obasi |

| 11/12/21 | 28.92 | VENDOR: WEST UNIFIED COMMUNICATIONS SERVICES, IN INVOICE#: US270366-20211119 DATE: 11/19/2021  Conferencing Services by Lisa Phua |
| 11/12/21 | 4.20 | VENDOR: WEST UNIFIED COMMUNICATIONS SERVICES, IN INVOICE#: US270366-20211119 DATE: 11/19/2021  Conferencing Services by Joshua Brody |
| 11/12/21 | 3.95 | VENDOR: WEST UNIFIED COMMUNICATIONS SERVICES, IN INVOICE#: US270366-20211119 DATE: 11/19/2021  Conferencing Services by Ashtyn Hemendinger |
| 11/15/21 | 7.23 | VENDOR: WEST UNIFIED COMMUNICATIONS SERVICES, IN INVOICE#: US270366-20211119 DATE: 11/19/2021  Conferencing Services by Ashtyn Hemendinger |
| 11/16/21 | 4.07 | VENDOR: WEST UNIFIED COMMUNICATIONS SERVICES, IN INVOICE#: US270366-20211119 DATE: 11/19/2021  Conferencing Services by Joshua Brody |
| 11/16/21 | 3.92 | VENDOR: WEST UNIFIED COMMUNICATIONS SERVICES, IN INVOICE#: US270366-20211119 DATE: 11/19/2021  Conferencing Services by Joshua Brody |
| 11/18/21 | 4.55 | VENDOR: WEST UNIFIED COMMUNICATIONS SERVICES, IN INVOICE#: US270366-20211119 DATE: 11/19/2021  Conferencing Services by Jason Goldstein |

Data Line Charge
| 11/18/21 | 39.95 | VENDOR: ASHTYN M. HEMENDINGER INVOICE#: 4879747012041307 DATE: 11/18/2021  Internet Charges/Delta Airlines/Work on plane - Gogo Wi-Fi |

Document Retrieval Service
| 11/01/21 | 74.00 | VENDOR: NEW YORK LAW INSTITUTE, INC. INVOICE#: 18792 DATE: 11/1/2021  Document Retrieval Service/Service Charges (October 2021) - Copy of Collier on bankruptcy, section 1109.01, .02 and .04 - Requestor Spencer E. Scott |
| 11/01/21 | 14.00 | VENDOR: NEW YORK LAW INSTITUTE, INC. INVOICE#: 18792 DATE: 11/1/2021  Document Retrieval Service/Service Charges (October 2021) - Copy of Natural Chem, 2013 Bankr. LEXIS 3665 (Bankr.N.D.Ind. Feb. 26, 2013) - Requestor Spencer E. Scott |

Filing Fees
| 11/10/21 | 345.31 | VENDOR: CORPORATION SERVICE COMPANY dba CSC INVOICE#: 81111729486 DATE: 11/10/2021  7998424/Filing Fees/WITH YOU LLC     FILE QUALIFICATION (E-FILE) WITH YOU LLC     DOCUMENT RETRIEVAL WORK IN DELAWARE |

In House Duplication
| 11/29/21 | 25.60 | In House Duplication Charge via Equitrac - 11/29/21 |

On-Line Research (Westlaw)
| 11/01/21 | 240.00 | SILVERMAN,STEPHEN    11/01/21    90887-00022    WESTLAW RESEARCH AND PRINTING CHARGES |
| 11/02/21 | 254.34 | SILVERMAN,STEPHEN    11/02/21    90887-00022    WESTLAW |

|  |  | RESEARCH AND PRINTING CHARGES |  |  |
| --- | --- | --- | --- | --- |
| 11/03/21 | 120.00 | LESAVAGE,AMANDA    11/03/21    90887-00022    WESTLAW RESEARCH AND PRINTING CHARGES | | |
| 11/08/21 | 840.00 | LESAVAGE,AMANDA    11/08/21    90887-00022    WESTLAW RESEARCH AND PRINTING CHARGES | | |
| 11/20/21 | 120.00 | HAMMOND,TYLER A    11/20/21    90887-00022    WESTLAW RESEARCH AND PRINTING CHARGES | | |
| 11/24/21 | 120.00 | HAMMOND,TYLER A    11/24/21    90887-00022    WESTLAW RESEARCH AND PRINTING CHARGES | | |
| 11/27/21 | 120.00 | HAMMOND,TYLER A    11/27/21    90887-00022    WESTLAW RESEARCH AND PRINTING CHARGES | | |

Specialized Research

| 11/01/21 | 2.27 | Silverman, Stephen D.  11/01/2021  Intelligize |
| --- | --- | --- |
| 11/02/21 | 7.90 | Goldstein, Jason Z.  11/02/2021  PACER |
| 11/03/21 | 150.00 | Silverman, Stephen D.  11/03/2021  Deal Lawyers |
| 11/22/21 | 1.30 | Goldstein, Jason Z.  11/22/2021  PACER |
| 11/23/21 | 2.10 | Goldstein, Jason Z.  11/23/2021  PACER |
| 11/30/21 | 2.70 | Goldstein, Jason Z.  11/30/2021  PACER |

Sequential Brands Group, Inc.
Attn: Eric Gul, Esq.
General Counsel
601 West 26th Street, 9th Floor
New York, NY  10001


SEC D&O
90887-00016

_____

For Services Rendered Through November 30, 2021

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| MARY BETH MALONEY | 9.70 | $1,325.00 | $ 12,852.50 |
| LATOYA A. BEST | 0.10 | 605.00 | 60.50 |
| **Total Services** | | | $ 12,913.00 |

| COSTS/CHARGES | | TOTAL | |
|---------------|--|-------|--|
| DOCUMENT RETRIEVAL SERVICE | $ | 57.66 | |
| EDISCOVERY DATABASE HOSTING FEES | | 20.99 | |
| **Total Costs/Charges** | | | 78.65 |

| | |
|--|--|
| **Total Services, Costs/Charges** | 12,991.65 |
| **BALANCE DUE** | $  12,991.65 |

SEC D&O
90887-00016

---

Detail Costs/Charges:

Document Retrieval Service

| | | |
|---|---|---|
| 09/30/21 | 57.16 | VENDOR: COURTALERT.COM, INC. INVOICE#: 233050-2109 DATE: 9/30/2021  399242/Document Retrieval Service/CourtAlert for Pacer - Please see attached allocation report. M. Maloney, N. Panjshiri, A. LeSavage   D'Arcy v. Shmidman |
| 10/04/21 | 0.50 | PACER Usage October 2021 |

eDiscovery Database Hosting Fees

| | | |
|---|---|---|
| 11/23/21 | 20.99 | November_2021-eDiscovery_Database_Hosting_Fees-C/M_90887-00016 |