UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  | x |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| SEQUENTIAL BRANDS GROUP, INC., *et al.*,[1] | : | Case No. 21-11194 (JTD) |
|  | : |  |
|  | : | (Jointly Administered) |
| Debtors. | : |  |
|  | : | **Ref. Docket No. 361** |
|  | : |  |
|  | x |  |

### CERTIFICATION OF NO OBJECTION REGARDING MOTION FOR ENTRY OF ORDER APPROVING STIPULATION TO PROVIDE MANFREDI FIUZZI LIMITED RELIEF FROM THE AUTOMATIC STAY TO PROCEED WITH THE PERSONAL INJURY CLAIM AGAINST GAIAM AMERICAS, INC. AND RECOVER SOLELY FROM AVAILABLE INSURANCE PROCEEDS

The undersigned hereby certifies that:

1. On December 21, 2021, the above-captioned debtors and debtors in possession (the "Debtors") filed the *Motion for Entry of Order Approving Stipulation to Provide Manfredi Fiuzzi Limited Relief from the Automatic Stay to Proceed with the Personal Injury Claim Against Gaiam Americas, Inc. and Recover Solely from Available Insurance Proceeds* [Docket No. 361] (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

2. Pursuant to the notice of Motion, responses were due to be filed on, or prior to, January 4, 2022, at 4:00 p.m. (ET) (the "Objection Deadline").

---

[1] The Debtors, along with the last four digits of each Debtor's tax identification number, are: Sequential Brands Group, Inc. (2789), SQBG, Inc. (9546), Sequential Licensing, Inc. (7108), William Rast Licensing, LLC (4304), Heeling Sports Limited (0479), Brand Matter, LLC (1258), SBG FM, LLC (8013), Galaxy Brands LLC (9583), The Basketball Marketing Company, Inc. (7003), American Sporting Goods Corporation (1696), LNT Brands LLC (3923), Joe's Holdings LLC (3085), Gaiam Brand Holdco, LLC (1581), Gaiam Americas, Inc. (8894), SBG-Gaiam Holdings, LLC (8923), SBG Universe Brands, LLC (4322), and GBT Promotions LLC (7003). The Debtors' corporate headquarters and the mailing address for each Debtor is 105 E. 34th Street, #249, New York, NY 10016.

3. The undersigned certifies that the Bankruptcy Court's docket has been reviewed in this case and no answer, objection or other responsive pleading to the Motion appears thereon.

4. Accordingly, the Debtors respectfully request entry of the Proposed Order attached hereto as **Exhibit 1** at the Bankruptcy Court's convenience.

| | |
|---|---|
| Dated: January 7, 2022 | **PACHULSKI STANG ZIEHL & JONES LLP** |
| | |
| | */s/ Timothy P. Cairns* |
| | Laura Davis Jones (Bar No. 2436) |
| | Timothy P. Cairns (Bar No. 4228) |
| | 919 North Market Street, 17th Floor |
| | P.O. Box 8705 |
| | Wilmington, Delaware 19899 (Courier 19801) |
| | Tel:    (302) 652-4100 |
| | Fax:    (302) 652-4400 |
| | Email:  ljones@pszjlaw.com |
| |          tcairns@pszjlaw.com |
| | |
| | -and- |
| | |
| | **GIBSON, DUNN & CRUTCHER LLP** |
| | Scott J. Greenberg  (admitted *pro hac vice*) |
| | Joshua K. Brody (admitted *pro hac vice*) |
| | Jason Zachary Goldstein (admitted *pro hac vice*) |
| | 200 Park Avenue |
| | New York, New York 10166 |
| | Tel:    (212) 351-4000 |
| | Fax:    (212) 351-4035 |
| | Email:  sgreenberg@gibsondunn.com |
| |          jbrody@gibsondunn.com |
| |          jgoldstein@gibsondunn.com |
| | |
| | *Counsel to the Debtors and Debtors in Possession* |