IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| SEQUENTIAL BRANDS GROUP, INC., *et al.*,[1] | ) | Case No. 21-11194 (JTD) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

**Objection Deadline: February 1, 2022 at 4:00 p.m.**
**Hearing Date: To be scheduled if necessary**

**FIRST MONTHLY APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PACHULSKI STANG ZIEHL & JONES LLP, AS CO-COUNSEL FOR THE DEBTORS AND DEBTORS IN POSSESSION FOR THE PERIOD FROM AUGUST 31, 2021 THROUGH SEPTEMBER 30, 2021**

| | |
|---|---|
| Name of Applicant: | Pachulski Stang Ziehl & Jones LLP |
| Authorized to Provide Professional Services to: | Debtors and Debtors in Possession |
| Date of Retention: | Effective *nunc pro tunc* to August 31, 2021 by order signed on or about October 4, 2021 |
| Period for which Compensation and Reimbursement is Sought: | August 31, 2021 through September 30, 2021 |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $130,911.00 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $ 40,968.44 |

This is a: ☒monthly ☐ interim ☐final application.

The total time expended for fee application preparation is approximately 3.0 hours and the corresponding compensation requested is approximately $1,000.00.

[1] The Debtors, along with the last four digits of each Debtor's tax identification number, are: Sequential Brands Group, Inc. (2789), SQBG, Inc. (9546), Sequential Licensing, Inc. (7108), William Rast Licensing, LLC (4304), Heeling Sports Limited (0479), Brand Matter, LLC (1258), SBG FM, LLC (8013), Galaxy Brands LLC (9583), The Basketball Marketing Company, Inc. (7003), American Sporting Goods Corporation (1696), LNT Brands LLC (3923), Joe's Holdings LLC (3085), Gaiam Brand Holdco, LLC (1581), Gaiam Americas, Inc. (8894), SBG-Gaiam Holdings, LLC (8923), SBG Universe Brands, LLC (4322), and GBT Promotions LLC (7003). The Debtors' corporate headquarters and the mailing address for each Debtor is 105 E. 34th Street, #249, New York, NY 10016.

## PRIOR APPLICATIONS FILED

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| | | | | | |

No prior fee applications have been filed.

## PSZ&J PROFESSIONALS

| Name of Professional Individual | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Issac M. Pachulski | Partner 2014; Member of CA Bar since 1974 | $1,695.00 | 0.30 | $ 508.50 |
| Laura Davis Jones | Partner 2000; Joined Firm 2000; Member of DE Bar since 1986 | $1,445.00 | 46.30 | $66,903.50 |
| David J. Barton | Partner 2000; Member of CA Bar since 1981 | $1,345.00 | 1.30 | $ 1,748.50 |
| Mary F. Caloway | Of Counsel 2020; Member of DE Bar since 1990 | $1,095.00 | 0.80 | $ 876.00 |
| James E. O'Neill | Partner 2005; Member of PA Bar since 1985; Member of DE Bar since 2001 | $1,050.00 | 0.50 | $ 525.00 |
| Timothy P. Cairns | Partner 2012; Member of DE Bar since 2002-2014; 2017-Present | $ 875.00 | 57.90 | $50,662.50 |
| Elizabeth C. Thomas | Paralegal 2016 | $ 460.00 | 15.70 | $ 7,222.00 |
| Cheryl A. Knotts | Paralegal 2000 | $ 425.00 | 1.30 | $ 552.50 |
| Andrea R. Paul | Case Management Assistant 2001 | $ 375.00 | 4.70 | $ 1,762.50 |
| Karen S. Neil | Case Management Assistant 2003 | $ 375.00 | 0.40 | $ 150.00 |

**Grand Total: $130,911.00**
**Total Hours: 129.20**
**Blended Rate: $1,013.24**

## COMPENSATION BY CATEGORY

| Project Categories | Total Hours | Total Fees |
|---|---|---|
| Asset Disposition | 20.10 | $21,914.00 |
| Bankruptcy Litigation | 59.30 | $60,871.50 |
| Case Administration | 3.20 | $ 1,472.00 |
| Claims Admin./Objections | 3.60 | $ 3,918.00 |
| Compensation of Prof./Others | 1.70 | $ 1,631.00 |
| Employee Benefit/Pension | 1.10 | $ 506.00 |
| Executory Contracts | 0.60 | $ 525.00 |
| Financial Filings | 13.50 | $14,527.50 |
| Financing | 4.10 | $ 3,369.00 |
| Meeting of Creditors | 1.40 | $ 1,416.50 |
| Retention of Professional | 7.60 | $ 7,634.50 |
| Retention of Prof./Others | 13.00 | $13,126.00 |

## EXPENSE SUMMARY

| Expense Category | Service Provider[2] (if applicable) | Total Expenses |
|---|---|---|
| Conference Call | AT&T Conference Call | $ 24.49 |
| Delivery/Courier Service | Advita | $ 132.50 |
| Filing Fee | USBC; USDC | $38,574.00 |
| Legal Research | Lexis/Nexis | $ 59.35 |
| Court Research | Pacer | $ 286.30 |
| Reproduction Expense | | $ 4.40 |
| Reproduction/ Scan Copy | | $ 1,427.60 |
| Transcript | Reliable Companies | $ 459.80 |

[2] PSZ&J may use one or more service providers. The service providers identified herein below are the primary service providers for the categories described.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| SEQUENTIAL BRANDS GROUP, INC., *et al.*,[1] | ) | Case No. 21-11194 (JTD) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

**Objection Deadline: February 1, 2022 at 4:00 p.m.**
**Hearing Date: To be scheduled if necessary**

**FIRST MONTHLY APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PACHULSKI STANG ZIEHL & JONES LLP, AS CO-COUNSEL FOR THE DEBTORS AND DEBTORS IN POSSESSION FOR THE PERIOD FROM AUGUST 31, 2021 THROUGH SEPTEMBER 30, 2021**

Pursuant to sections 330 and 331 of Title 11 of the United States Code (the "Bankruptcy Code") and Rule 2016 of the Federal Rules of Bankruptcy Procedure (collectively, the "Bankruptcy Rules"), and the "Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals," signed on or about October 4, 2021 ("Administrative Order"), Pachulski Stang Ziehl & Jones LLP ("PSZ&J" or the "Firm"), Co-Counsel for the Debtors and Debtors in Possession, hereby submits its First Monthly Application for Compensation and for Reimbursement of Expenses for the Period from August 31, 2021 through September 30, 2021 (the "Application").

[1] The Debtors, along with the last four digits of each Debtor's tax identification number, are: Sequential Brands Group, Inc. (2789), SQBG, Inc. (9546), Sequential Licensing, Inc. (7108), William Rast Licensing, LLC (4304), Heeling Sports Limited (0479), Brand Matter, LLC (1258), SBG FM, LLC (8013), Galaxy Brands LLC (9583), The Basketball Marketing Company, Inc. (7003), American Sporting Goods Corporation (1696), LNT Brands LLC (3923), Joe's Holdings LLC (3085), Gaiam Brand Holdco, LLC (1581), Gaiam Americas, Inc. (8894), SBG-Gaiam Holdings, LLC (8923), SBG Universe Brands, LLC (4322), and GBT Promotions LLC (7003). The Debtors' corporate headquarters and the mailing address for each Debtor is 105 E. 34th Street, #249, New York, NY 10016.

By this Application PSZ&J seeks a monthly interim allowance of compensation in the amount of $130,911.00 and actual and necessary expenses in the amount of $40,968.44 for a total allowance of $171,879.44 and payment of $104,728.80 (80% of the allowed fees) and reimbursement of $40,968.44 (100% of the allowed expenses) for a total payment of $145,697.24 for the period August 31, 2021 through September 30, 2021 (the "Interim Period"). In support of this Application, PSZ&J respectfully represents as follows:

**Background**

1. On August 31, 2021 (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code. The Debtors have continued in possession of their property and continued to operate and manage their businesses as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. No trustee or examiner has been appointed in the Debtors' chapter 11 cases.

2. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

3. On or about October 4, 2021, the Court signed the Administrative Order, authorizing certain professionals ("Professionals") to submit monthly applications for interim compensation and reimbursement for expenses, pursuant to the procedures specified therein. The Administrative Order provides, among other things, that a Professional may submit monthly fee applications. If no objections are made within twenty-one (21) days after service of the monthly fee application the Debtors are authorized to pay the Professional eighty percent (80%) of the requested fees and one hundred percent (100%) of the requested expenses. Beginning

with the period ending October 31, 2021 and at three-month intervals thereafter or such other intervals convenient to the Court, each of the Professionals may file and serve an interim application for allowance of the amounts sought in its monthly fee applications for that period. All fees and expenses paid are on an interim basis until final allowance by the Court.

4. The retention of PSZ&J, as Co-Counsel for the Debtors and Debtors in Possession, was approved effective *nunc pro tunc* to August 31, 2021 by this Court's "Order Pursuant to Section 327(a) of the Bankruptcy Code, Rule 2014 of the Federal Rules of Bankruptcy Procedure and Local Rule 2014-1 Authorizing the Employment and Retention of Pachulski Stang Ziehl & Jones LLP as Co-Counsel for the Debtors and Debtors in Possession *Nunc Pro Tunc* to the Petition Date," signed on or about October 4, 2021 (the "Retention Order"). The Retention Order authorized PSZ&J to be compensated on an hourly basis and to be reimbursed for actual and necessary out-of-pocket expenses.

**PSZ&J's APPLICATION FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES**

**<u>Compensation Paid and Its Source</u>**

5. All services for which PSZ&J requests compensation were performed for or on behalf of the Debtors.

6. PSZ&J has received no payment and no promises for payment from any source other than the Debtors for services rendered or to be rendered in any capacity whatsoever in connection with the matters covered by this Application. There is no agreement or understanding between PSZ&J and any other person other than the partners of PSZ&J for the sharing of compensation to be received for services rendered in these cases. PSZ&J has received

payments from the Debtors during the year prior to the Petition Date in the amount of $350,000 in connection with the preparation of initial documents and the prepetition representation of the Debtors. Upon final reconciliation of the amount actually expended prepetition, any balance remaining from the payments to PSZ&J was credited to the Debtors and utilized as PSZ&J's retainer to apply to postpetition fees and expenses pursuant to the compensation procedures approved by this Court in accordance with the Bankruptcy Code.

**Fee Statements**

7. The fee statements for the Interim Period are attached hereto as Exhibit A. These statements contain daily time logs describing the time spent by each attorney and paraprofessional during the Interim Period. To the best of PSZ&J's knowledge, this Application complies with sections 330 and 331 of the Bankruptcy Code and the Bankruptcy Rules. PSZ&J's time reports are initially handwritten by the attorney or paralegal performing the described services. The time reports are organized on a daily basis. PSZ&J is particularly sensitive to issues of "lumping" and, unless time was spent in one time frame on a variety of different matters for a particular client, separate time entries are set forth in the time reports. PSZ&J's charges for its professional services are based upon the time, nature, extent and value of such services and the cost of comparable services other than in a case under the Bankruptcy Code. PSZ&J has reduced its charges related to any non-working "travel time" to fifty percent (50%) of PSZ&J's standard hourly rate. To the extent it is feasible, PSZ&J professionals attempt to work during travel.

**Actual and Necessary Expenses**

8. A summary of actual and necessary expenses incurred by PSZ&J for the Interim Period is attached hereto as part of Exhibit A. PSZ&J customarily charges $0.10 per page for photocopying expenses related to cases, such as these, arising in Delaware. PSZ&J's photocopying machines automatically record the number of copies made when the person that is doing the copying enters the client's account number into a device attached to the photocopier. PSZ&J summarizes each client's photocopying charges on a daily basis.

9. PSZ&J charges $.25 per page for out-going facsimile transmissions. There is no additional charge for long distance telephone calls on faxes. The charge for outgoing facsimile transmissions reflects PSZ&J's calculation of the actual costs incurred by PSZ&J for the machines, supplies and extra labor expenses associated with sending telecopies and is reasonable in relation to the amount charged by outside vendors who provide similar services. PSZ&J does not charge the Debtors for the receipt of faxes in these cases.

10. With respect to providers of on-line legal research services (e.g., LEXIS and WESTLAW), PSZ&J charges the standard usage rates these providers charge for computerized legal research. PSZ&J bills its clients the actual amounts charged by such services, with no premium. Any volume discount received by PSZ&J is passed on to the client.

11. PSZ&J believes the foregoing rates are the market rates that the majority of law firms charge clients for such services. In addition, PSZ&J believes that such charges are in accordance with the American Bar Association's ("ABA") guidelines, as set forth in the

ABA's Statement of Principles, dated January 12, 1995, regarding billing for disbursements and other charges.

**Summary of Services Rendered**

12. The names of the partners and associates of PSZ&J who have rendered professional services in these cases during the Interim Period, and the paralegals and case management assistants of PSZ&J who provided services to these attorneys during the Interim Period, are set forth in the attached Exhibit A.

13. PSZ&J, by and through such persons, has prepared and assisted in the preparation of various motions and orders submitted to the Court for consideration, advised the Debtors on a regular basis with respect to various matters in connection with the Debtors' bankruptcy cases, and performed all necessary professional services which are described and narrated in detail below. PSZ&J's efforts have been extensive due to the size and complexity of the Debtors' bankruptcy cases.

**Summary of Services by Project**

14. The services rendered by PSZ&J during the Interim Period can be grouped into the categories set forth below. PSZ&J attempted to place the services provided in the category that best relates to such services. However, because certain services may relate to one or more categories, services pertaining to one category may in fact be included in another category. These services performed, by categories, are generally described below, with a more detailed identification of the actual services provided set forth on the attached Exhibit A. Exhibit A identifies the attorneys and paraprofessionals who rendered services relating to each category,

along with the number of hours for each individual and the total compensation sought for each category.

**A. Asset Disposition**

15. This category relates to work regarding sales and other asset disposition issues. During the Interim Period, the Firm, among other things: (1) reviewed and analyzed deposit issues; (2) performed work regarding a notice of hearing on a bid procedures motion; (3) reviewed and analyzed issues regarding an Asset Purchase Agreement; (4) reviewed and analyzed stalking horse issues; (5) performed research; (6) performed work regarding a revised bid procedures order and a notice of revised bid procedures order; (7) performed work regarding a notice of sale hearing; (8) performed work regarding a notice of amended Asset Purchase Agreement; (9) reviewed and analyzed sale strategy issues; and (10) corresponded regarding asset disposition issues.

Fees: $21,914.00; Hours: 20.10

**B. Bankruptcy Litigation**

16. This category relates to work regarding motions and adversary proceedings in the Bankruptcy Court. During the Interim Period, the Firm, among other things: (1) performed work regarding *Pro Hac Vice* motions; (2) performed work regarding First Day Motions; (3) performed work regarding negotiations; (4) attended to scheduling issues; (5) performed work regarding Agenda Notices and Hearing Binders; (6) attended to confidentiality issues; (7) performed work regarding a notice of hearing on First Day Motions; (8) reviewed and analyzed issues regarding an SEC action; (9) prepared for and attended a

hearing on September 1, 2021 regarding First Day Motions; (10) performed work regarding orders on First Day Motions; (11) performed work regarding Second Day Motions; (12) prepared for and attended a hearing on September 24, 2021; (13) reviewed and analyzed comments of the United States Trustee regarding Second Day Motions; and (14) conferred and corresponded regarding bankruptcy litigation issues.

Fees: $60,871.50; Hours: 59.30

**C. Case Administration**

17. This category relates to work regarding administration of this case. During the Interim Period, the Firm, among other things: (1) performed work regarding a creditor matrix; and (2) maintained a memorandum of critical dates.

Fees: $1,472.00; Hours: 3.20

**D. Claims Admin/Objections**

18. This category relates to work regarding claims administration and claims objections. During the Interim Period, the Firm, among other things: (1) performed work regarding a bar date motion; (2) performed research; (3) responded to creditor inquiries; (4) performed work regarding a bar date order; and (5) corresponded regarding claim issues.

Fees: $3,918.00; Hours: 3.60

**E. Compensation of Professionals--Others**

19. This category relates to work regarding compensation of professionals, other than the Firm. During the Interim Period, the Firm, among other things, performed work regarding an interim compensation procedures motion and order.

Fees: $1,631.00; Hours: 1.70

**F. Employee Benefits and Pensions**

20. This category relates to work regarding employee benefits, pensions and other employee issues. During the Interim Period, the Firm, among other things, performed work regarding a wage motion and order.

Fees: $506.00; Hours: 1.10

**G. Executory Contracts**

21. This category relates to work regarding executory contracts and unexpired leases of real property. During the Interim Period, the Firm, among other things, reviewed and analyzed assumption and assignment notice issues.

Fees: $525.00; Hours: 0.60

**H. Financial Filings**

22. This category relates to work regarding compliance with reporting requirements. During the Interim Period, the Firm, among other things: (1) performed work regarding a notice of hearing on a motion to extend the time to file Schedules and Statements; (2) performed work regarding Monthly Operating Reports; (3) prepared for and attended an Initial Debtor Interview; and (4) corresponded regarding financial filings issues.

Fees: $14,527.50; Hours: 13.50

**I. Financing**

23. This category relates to issues regarding Debtor in Possession (“DIP”) financing and use of cash collateral. During the Interim Period, the Firm, among other things: (1) performed work regarding a notice of First Day hearing on DIP financing motion; (2) performed work regarding an interim DIP financing order; (3) performed work regarding a

notice of entry of interim cash management order and final hearing; (4) performed work regarding a notice of interim DIP financing order and final hearing; (5) performed work regarding a final DIP financing order; (6) performed work regarding a final cash management order; and (7) corresponded regarding financing issues.

Fees: $3,369.00; Hours: 4.10

**J. Meeting of Creditors**

24. This category relates to work regarding meeting of creditor issues. During the Interim Period, the Firm, among other things, attended to issues regarding notice and scheduling of a Section 341 meeting of creditors, and prepared for and attended a Section 341 meeting of creditors.

Fees: $1,416.50; Hours: 1.40

**K. Retention of Professionals**

25. This category relates to work regarding the retention of the Firm. During the Interim Period, the Firm, among other things: (1) performed work regarding its retention application; (2) reviewed and analyzed comments of the United States Trustee regarding the retention application; and (3) performed work regarding a supplemental declaration in support of the proposed retention.

Fees: $7,634.50; Hours: 7.60

**L. Retention of Professionals--Others**

26. This category relates to work regarding the retention of professionals, other than the Firm. During the Interim Period, the Firm, among other things: (1) performed work regarding the Gibson Dunn, Miller Buckfire, and KCC retention applications;

(2) performed work regarding Ordinary Course Professionals issues; (3) reviewed and analyzed comments of the Unites States Trustee regarding retention applications and Ordinary Course Professionals issues; and (4) corresponded and conferred regarding retention issues.

Fees: $13,126.00; Hours: 13.00

**Valuation of Services**

27. Attorneys and paraprofessionals of PSZ&J expended a total 129.20 hours in connection with their representation of the Debtors during the Interim Period, as follows:

| Name of Professional Individual | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Issac M. Pachulski | Partner 2014; Member of CA Bar since 1974 | $1,695.00 | 0.30 | $ 508.50 |
| Laura Davis Jones | Partner 2000; Joined Firm 2000; Member of DE Bar since 1986 | $1,445.00 | 46.30 | $66,903.50 |
| David J. Barton | Partner 2000; Member of CA Bar since 1981 | $1,345.00 | 1.30 | $ 1,748.50 |
| Mary F. Caloway | Of Counsel 2020; Member of DE Bar since 1990 | $1,095.00 | 0.80 | $ 876.00 |
| James E. O'Neill | Partner 2005; Member of PA Bar since 1985; Member of DE Bar since 2001 | $1,050.00 | 0.50 | $ 525.00 |
| Timothy P. Cairns | Partner 2012; Member of DE Bar since 2002-2014; 2017-Present | $ 875.00 | 57.90 | $50,662.50 |
| Elizabeth C. Thomas | Paralegal 2016 | $ 460.00 | 15.70 | $ 7,222.00 |
| Cheryl A. Knotts | Paralegal 2000 | $ 425.00 | 1.30 | $ 552.50 |
| Andrea R. Paul | Case Management Assistant 2001 | $ 375.00 | 4.70 | $ 1,762.50 |
| Karen S. Neil | Case Management Assistant 2003 | $ 375.00 | 0.40 | $ 150.00 |

**Grand Total: $130,911.00**
**Total Hours: 129.20**
**Blended Rate: $1,013.24**

28. The nature of work performed by these persons is fully set forth in Exhibit A attached hereto. These are PSZ&J's normal hourly rates for work of this character. The reasonable value of the services rendered by PSZ&J for the Debtors during the Interim Period is $130,911.00.

29. In accordance with the factors enumerated in section 330 of the Bankruptcy Code, it is respectfully submitted that the amount requested by PSZ&J is fair and reasonable given (a) the complexity of the case, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under the Bankruptcy Code. Moreover, PSZ&J has reviewed the requirements of Del. Bankr. LR 2016-2 and the Administrative Order and believes that this Application complies with such Rule and Order.

WHEREFORE, PSZ&J respectfully requests that, for the period of August 31, 2021 through September 30, 2021, an interim allowance be made to PSZ&J for compensation in the amount of $130,911.00 and actual and necessary expenses in the amount of $40,968.44 for a total allowance of $171,879.44 and payment of $104,728.80 (80% of the allowed fees) and

reimbursement of $40,968.44 (100% of the allowed expenses) be authorized for a total payment of $145,697.24; and for such other and further relief as this Court deems proper.

Dated: January 11, 2022

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Laura Davis Jones*

Laura Davis Jones (Bar No. 2436)
Timothy P. Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899 (Courier 19801)
Tel: (302) 652-4100
Fax: (302) 652-4400
Email: ljones@pszjlaw.com
tcairns@pszjlaw.com

Co-Counsel for the Debtors and Debtors in Possession

**DECLARATION**

STATE OF DELAWARE :
:
COUNTY OF NEW CASTLE :

Laura Davis Jones, after being duly sworn according to law, deposes and says:

a) I am a partner with the applicant law firm Pachulski Stang Ziehl & Jones LLP, and have been admitted to appear before this Court.

b) I am familiar with the work performed on behalf of the debtors and debtors in possession by the lawyers and paraprofessionals of PSZ&J.

c) I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Del. Bankr. LR 2016-2 and the Administrative Order signed on or about October 4, 2021 and submit that the Application substantially complies with such Rule and Order.

*/s/ Laura Davis Jones*
Laura Davis Jones