IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | x : | Chapter 11 |
| SEQUENTIAL BRANDS GROUP, INC., *et al.*,[1] | : : : | Case No. 21-11194 (JTD) |
| | : | (Jointly Administered) |
| Debtors. | : : | **Ref. Docket No. 399** |
| | x | |

**CERTIFICATION OF NO OBJECTION (NO ORDER REQUIRED) REGARDING FIRST MONTHLY APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PACHULSKI STANG ZIEHL & JONES LLP AS CO-COUNSEL FOR THE DEBTORS AND DEBTORS IN POSSESSION FOR THE PERIOD FROM AUGUST 31, 2021 THROUGH SEPTEMBER 30, 2021**

The undersigned hereby certifies that:

1. On January 11, 2022, Pachulski Stang Ziehl & Jones LLP ("PSZ&J"), counsel for the above-captioned debtors and debtors in possession (collectively, the "Debtors"), filed the *First Monthly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP as Co-Counsel for the Debtors and Debtors in Possession for the Period from August 31, 2021 through September 30, 2021* [Docket No. 399] (the "Application") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

2. Objections to the Application were to be filed and served no later than February 1, 2022 by 4:00 p.m. (prevailing Eastern Time). The undersigned has caused the Bankruptcy Court's docket in this case to be reviewed, and no answer, objection or other

---

[1] The Debtors, along with the last four digits of each Debtor's tax identification number, are: Sequential Brands Group, Inc. (2789), SQBG, Inc. (9546), Sequential Licensing, Inc. (7108), William Rast Licensing, LLC (4304), Heeling Sports Limited (0479), Brand Matter, LLC (1258), SBG FM, LLC (8013), Galaxy Brands LLC (9583), The Basketball Marketing Company, Inc. (7003), American Sporting Goods Corporation (1696), LNT Brands LLC (3923), Joe's Holdings LLC (3085), Gaiam Brand Holdco, LLC (1581), Gaiam Americas, Inc. (8894), SBG-Gaiam Holdings, LLC (8923), SBG Universe Brands, LLC (4322), and GBT Promotions LLC (7003). The Debtors' corporate headquarters and the mailing address for each Debtor is 105 E. 34th Street, #249, New York, NY 10016.

DOCS_DE:238138.1 78080/001

responsive pleadings to the Application appears thereon. Additionally, no objections to the Application have been received by the undersigned counsel.

3. Pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals*, entered on October 4, 2021 [Docket No. 163], the Debtors are authorized to pay the PSZ&J $104,728.80, which represents 80% of the fees ($130,911.00), and $40,968.44, which represents the expenses requested in the Application, for the period from August 31, 2021 through September 30, 2021, upon the filing of this certificate of no objection and without the need for entry of a Bankruptcy Court order approving the Application.

| | |
|---|---|
| Dated: February 2, 2022 | **PACHULSKI STANG ZIEHL & JONES LLP** |
| | */s/ Laura Davis Jones* |
| | Laura Davis Jones (Bar No. 2436) |
| | Timothy P. Cairns (Bar No. 4228) |
| | 919 North Market Street, 17th Floor |
| | P.O. Box 8705 |
| | Wilmington, Delaware 19899 (Courier 19801) |
| | Tel:   (302) 652-4100 |
| | Fax:   (302) 652-4400 |
| | Email: ljones@pszjlaw.com |
| | tcairns@pszjlaw.com |
| | |
| | -and- |
| | |
| | **GIBSON, DUNN & CRUTCHER LLP** |
| | Scott J. Greenberg (admitted *pro hac vice*) |
| | Joshua K. Brody (admitted *pro hac vice*) |
| | Jason Zachary Goldstein (admitted *pro hac vice*) |
| | 200 Park Avenue |
| | New York, New York 10166 |
| | Tel:   (212) 351-4000 |
| | Fax:   (212) 351-4035 |
| | Email: sgreenberg@gibsondunn.com |
| | jbrody@gibsondunn.com |
| | jgoldstein@gibsondunn.com |
| | |
| | *Counsel to the Debtors and Debtors in Possession* |