**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| SEQUENTIAL BRANDS GROUP, INC., et al.,[1] | ) Case No. 21-11194 (JTD) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |
| | ) **Ref. Docket No. 432** |

**ORDER GRANTING DEBTORS' MOTION FOR ENTRY OF AN ORDER APPROVING STIPULATION GRANTING THE CHUBB COMPANIES LIMITED RELIEF FROM THE AUTOMATIC STAY**

Upon consideration of *Debtors' Motion for Entry of an Order Approving Stipulation Granting Chubb Companies Limited Relief from the Automatic Stay* (the "Motion") seeking approval of the stipulation between the Debtors and the Chubb Companies (the "Stipulation"),[2] a copy of which is attached to this order (this "Order") as **Exhibit 1**; and the Court having determined that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* entered by the United States District Court for the District of Delaware on February 29, 2012; (b) venue is proper in this district pursuant to 28 U.S.C. § 1409; (c) this is a core proceeding pursuant to 28 U.S.C. § 157(b); and (d) notice of the Motion was sufficient under the circumstances; and after due deliberation, the Court, having determined that good and adequate cause exists for approval of the Motion:

---

[1] The Debtors, along with the last four digits of each Debtor's tax identification number, are: Sequential Brands Group, Inc. (2789), SQBG, Inc. (9546), Sequential Licensing, Inc. (7108), William Rast Licensing, LLC (4304), Heeling Sports Limited (0479), Brand Matter, LLC (1258), SBG FM, LLC (8013), Galaxy Brands LLC (9583), The Basketball Marketing Company, Inc. (7003), American Sporting Goods Corporation (1696), LNT Brands LLC (3923), Joe's Holdings LLC (3085), Gaiam Brand Holdco, LLC (1581), Gaiam Americas, Inc. (8894), SBG-Gaiam Holdings, LLC (8923), SBG Universe Brands, LLC (4322), and GBT Promotions LLC (7003). The Debtors' corporate headquarters and the mailing address for each Debtor is 105 E. 34th Street, #249, New York, NY 10016.

[2] Capitalized term used but not defined herein shall have the meanings ascribed to them in the Stipulation or Motion, as applicable.

**IT IS HEREBY ORDERED THAT:**

1. The Motion is **GRANTED** as set forth herein.

2. The terms of the Stipulation attached hereto as **Exhibit 1** are **APPROVED** in their entirety pursuant to sections 105(a) and 363 of the Bankruptcy Code and Bankruptcy Rule 9019.

3. The automatic stay under Section 362 of the Bankruptcy Code, if and to the extent applicable, shall be and hereby is modified to permit ACE to advance and/or reimburse Sequential Brands' and the D&O Defendants' Defense Costs in connection with or relating in any way to the Litigations and payable pursuant to the terms of the Policy, subject to and in accordance with the terms and conditions of the Policy, the Reservation of Rights, the Stipulation and this Order.

4. Without further order of this Court or notice to any party, ACE shall be permitted to advance and/or reimburse the Defense Costs of Sequential Brands and each of the D&O Defendants and to take any actions related thereto in accordance with and subject to all of the terms and conditions of the Policy, the Reservation of Rights, the Stipulation, and this Order.

5. Nothing in this Order alters, amends, modifies, revises, or otherwise changes any term or condition of the Policy or of any other insurance policy issued by any of the Chubb Companies or any agreements related thereto.

6. Nothing in this Order shall be construed as or deemed: (a) an admission as to the validity of any claim against any of the Debtors, the Chubb Companies, or Insured Persons; (b) a waiver of any rights of any of the Debtors, the Chubb Companies, or Insured Persons to dispute any claim on any ground; (c) a promise by any of the Debtors, the Chubb Companies, or Insured Persons to pay any claim; or (d) a waiver of any rights of any of the Debtors under the Bankruptcy Code or any other applicable law.

7.  This Court retains jurisdiction over any and all issues arising from or related to the implementation of this Order.

**Dated: February 17th, 2022**
**Wilmington, Delaware**

**JOHN T. DORSEY**
**UNITED STATES BANKRUPTCY JUDGE**