# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| SEQUENTIAL BRANDS GROUP, INC., *et al.*,[1] | ) Case No. 21-11194 (JTD) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

## DECLARATION OF VAROUJ BAKHSHIAN REGARDING THE SOLICITATION OF VOTES AND TABULATION OF BALLOTS CAST ON THE FIRST AMENDED DISCLOSURE STATEMENT FOR JOINT PLAN OF LIQUIDATION OF SEQUENTIAL BRANDS GROUP, INC AND ITS DEBTOR AFFILIATES PURSUANT TO CHAPTER 11 OF THE BANKRUPTCY CODE SUBMITTED BY THE DEBTORS

I, Varouj Bakhshian, declare under penalty of perjury:

1. I am a Director of Corporate Restructuring Services employed by Kurtzman Carson Consultants LLC ("**KCC**"), located at 222 N. Pacific Coast Highway, Suite 300, El Segundo, CA 90245. I am over the age of 18 and not a party to this action.

2. Kevin Martin, Managing Director of Public Securities Services at KCC, assisted in the service and tabulation described herein.

3. I submit this declaration (the "**Voting Report**") with respect to the solicitation of votes and the tabulation of ballots cast on the *First Amended Joint Plan of Liquidation of Sequential Brands Group, Inc. and its Debtor Affiliates Pursuant to Chapter 11 of the*

---

[1] The Debtors, along with the last four digits of each Debtor's tax identification number, are: Sequential Brands Group, Inc. (2789), SQBG, Inc. (9546), Sequential Licensing, Inc. (7108), William Rast Licensing, LLC (4304), Heeling Sports Limited (0479), Brand Matter, LLC (1258), SBG FM, LLC (8013), Galaxy Brands LLC (9583), TBM Company, Inc. (7003), American Sporting Goods Corporation (1696), LNT Brands LLC (3923), Joe's Holdings LLC (3085), Gaiam Brand Holdco, LLC (1581), G. Americas, Inc. (8894), SBG-Gaiam Holdings, LLC (8923), SBG Universe Brands, LLC (4322), and GBT Promotions LLC (7003). The Debtors' corporate headquarters and the mailing address for each Debtor is 105 E. 34th Street, #249, New York, NY 10016.

*Bankruptcy Code* [Docket No. 380], dated January 3, 2022 (together with all exhibits thereto, including, without limitation, the Plan Supplement, and as it may be amended, modified or supplemented, the "**Plan**"),[2] Except as otherwise noted, all facts set forth herein are based on my personal knowledge, knowledge that I acquired from individuals under my supervision, and/or my review of the relevant documents. I am authorized to submit this Voting Report on behalf of KCC. If I were called to testify, I would testify competently as to the facts set forth herein.

4. On September 1, 2021, the Court entered the *Order Authorizing Retention and Appointment of Kurtzman Carson Consultants LLC as Claims and Noticing Agent* (the "**Noticing Agent Order**") [Docket No. 66]. On October 4, 2021, the Court entered the *Order Authorizing the Debtors to Employ and Retain Kurtzman Carson Consultants LLC as Administrative Advisor Effective Nunc Pro Tunc to the Petition Date* [Docket No. 166] ("**Administrative Advisor Order**" and together with the Noticing Agent Order, the "**Retention Orders**". The Retention Orders authorize KCC to assist the Debtors with, among other things, the service of solicitation materials and tabulation of votes cast to accept or reject the Plan. KCC has considerable experience in soliciting and tabulating votes to accept or reject proposed plans of reorganization.

A. **Service and Transmittal of Solicitation Packages and Tabulation Process**

5. On January 7, 2022, the Court entered the *Order (I) Approving Disclosure Statement, (II) Fixing Voting Record Date, (III) Scheduling Plan Confirmation Hearing and Approving Form and Manner of Related Notice and Objection Procedures, (IV) Approving Solicitation Packages and Procedures and Deadlines for Soliciting, Receiving, and Tabulating Votes on the Plan, and (V) Approving the Form of Ballot and Notice to Non-Voting Classes*

---

[2] All capitalized terms used but not otherwise defined herein shall have the meaning provided to them in the Plan.

[Docket No. 392] (the "**Disclosure Statement Order**")³ establishing, among other things, certain solicitation and voting tabulation procedures and approving the *First Amended Disclosure Statement for Joint Plan of Liquidation of Sequential Brands Group, Inc. and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code Submitted by the Debtors* (the "**Disclosure Statement**").

6. On January 7, 2022, KCC posted links to the electronic versions of the Confirmation Hearing Notice, Disclosure Statement Order, Plan, and Disclosure Statement on the public access website at www.kccllc.net/SQBG. Solicitation versions of the foregoing documents were also posted on the website on January 12, 2022.

7. In accordance with the Disclosure Statement Order, on January 18, 2022, KCC caused to be served: (i) the Confirmation Hearing Notice on the creditor matrix and all other parties required to receive such notice, (ii) Solicitation Packages on all known holders of Claims in Class 3 (Term B Secured Claims) (the "**Voting Class**"), (iii) the Notice of Non-Voting Status to Holders of Classes 1, 2, 4, 5, 6, 7, & 8 Claims and Interests in lieu of a Solicitation Package, and (iv) Notice of Non-Voting Status to Contract and Lease Counterparties in lieu of a Solicitation Package. A Certificate of Service evidencing the service of the foregoing was filed with the Court on January 21, 2022 [Docket No. 416]. Supplemental service of the Confirmation Hearing Notice and Notice of Non-Voting Status to Holders of Classes 1, 2, 4, 5, 6, 7, & 8 Claims and Interests was served on January 27, 2022 and February 11, 2022 and Certificates of Service were filed with the Court on February 1, 2022 and February 15, 2022 [Docket Nos. 429 and 443, respectively]. Supplemental service of the Confirmation Hearing Notice was served on January 21, 2022 and February 15, 2022 and Certificates of Service were filed with the Court on

---

³ Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Disclosure Statement Order and the Plan

3

January 25, 2022 and February 16, 2022 [Docket Nos. 426 and 448, respectively]; and on January 24, 2022 and February 4, 2022 per postal forwarding addresses and Certificates of Service were filed with the Court on February 1, 2022 and February 4, 2022 [Docket Nos 430 and 437, respectively].

### B. Tabulation Process

8. The Disclosure Statement Order established January 11, 2022 as the date for determining which holders of Claims were entitled to receive Solicitation Packages and, where applicable, vote on the Plan (the "**Voting Record Date**"). Pursuant to the Disclosure Statement Order, Holders of Claims in Class 3 were entitled to vote to accept or reject the Plan. No other classes were entitled to vote on the Plan.

9. Pursuant to the Disclosure Statement Order, KCC relied on the Debtors' Schedules of Assets and Liabilities, the Claims information reflected in KCC's CaseView ("CaseView")[4] system and on information provided by Debtors' counsel to identify and solicit Holders of Claims and Interests in the Voting Class.

10. KCC also relied on a security position report provided by The Depository Trust Company as of the Voting Record Date to identify the bank and brokerage firms that held Class 8 Existing Equity Interests on behalf of underlying beneficial owners as well as a report of Registered Holders of Class 8 Equity Interests provided by Computershare Limited. (Debtors' stock transfer agent) who were entitled to receive the Notice of Non-Voting Status to Holders of Classes 1, 2, 4, 5, 6, 7, & 8 Claims and Interests.

11. Using the information outlined above, and with guidance from the Debtors' counsel, KCC created a voting database reflecting the names and addresses of Holders of Claims

---

[4] CaseView is KCC's claims management database, which stores the records and images associated with all scheduled and filed claims.

and Interests, the classification of Claims and Interests, and voting amounts in the Voting Class. Specifically, using its CaseView system and voting database, KCC generated ballots for Holders of Claims entitled to vote to accept or reject the Plan.

12. The Disclosure Statement Order established February 15, 2022 at 4:00 p.m. (prevailing Eastern Time) as the deadline by which ballots for accepting or rejecting the Plan had to be actually received by KCC in order to be counted (the "**Voting Deadline**").

13. Pursuant to the Disclosure Statement Order, KCC received and tabulated the ballots submitted by Holders of Claims and Interests in the Voting Class as follows: (a) each returned ballot was opened and inspected at KCC's office; (b) paper ballots were date-stamped and scanned into the CaseView system; (c) each electronic ballot was electronically received and processed; and (d) all ballots received on or before the Voting Deadline were entered into KCC's CaseView system, and tabulated in accordance with the tabulation rules outlined in the Disclosure Statement Order.

14. The final tabulation of votes cast by timely and properly completed ballots received by KCC is attached hereto as **Exhibit A**.

C. **Conclusion**

15. To the best of my knowledge, information, and belief, the foregoing information concerning the distribution, submission, and tabulation of ballots in connection with the Plan is true. The ballots received by KCC are stored at KCC's office and are available for inspection by or submission to this Court.

Dated: February 18, 2022    */s/ Varouj Bakhshian*
                                                     Varouj Bakhshian
                                                     Director, Corporate Restructuring Services
                                                     Kurtzman Carson Consultants LLC

**Exhibit A**

Voting Tabulation Report

# Exhibit A
# First Amended Joint Plan of Liquidation for
# Sequential Brands Group Inc. and Its Debtor Affiliates
# Ballot Tabulation Summary

**Summary by Class**

| Class Name | Class Description | Members Voted | Members Accepted | Members Rejected | Members Abstained | % Members Accepted | % Members Rejected | Total Amount Voted | Amount Accepted | Amount Rejected | % Amount Accepted | % Amount Rejected |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3 | Term B Secured Claims | 9 | 9 | 0 | 0 | 100.00% | 0.00% | $30,488,780.00 | $30,488,780.00 | $0.00 | 100.00% | 0.00% |

**Summary by Debtor**

| Debtor Name | Class & Description | Members Voted | Members Accepted | Members Rejected | Members Abstained | % Members Accepted | % Members Rejected | Total Amount Voted | Amount Accepted | Amount Rejected | % Amount Accepted | % Amount Rejected |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| American Sporting Goods Corp. | 3 - Term B Secured Claims | 9 | 9 | 0 | 0 | 100.00% | 0.00% | $9.00 | $9.00 | $0.00 | 100.00% | 0.00% |
| Brand Matter, LLC | 3 - Term B Secured Claims | 9 | 9 | 0 | 0 | 100.00% | 0.00% | $9.00 | $9.00 | $0.00 | 100.00% | 0.00% |
| Gaiam Americas, Inc. | 3 - Term B Secured Claims | 9 | 9 | 0 | 0 | 100.00% | 0.00% | $9.00 | $9.00 | $0.00 | 100.00% | 0.00% |
| Gaiam Brand Holdco, LLC | 3 - Term B Secured Claims | 9 | 9 | 0 | 0 | 100.00% | 0.00% | $9.00 | $9.00 | $0.00 | 100.00% | 0.00% |
| Galaxy Brands, LLC | 3 - Term B Secured Claims | 9 | 9 | 0 | 0 | 100.00% | 0.00% | $9.00 | $9.00 | $0.00 | 100.00% | 0.00% |
| Heeling Sports Limited | 3 - Term B Secured Claims | 9 | 9 | 0 | 0 | 100.00% | 0.00% | $9.00 | $9.00 | $0.00 | 100.00% | 0.00% |
| Joe's Holdings, LLC | 3 - Term B Secured Claims | 9 | 9 | 0 | 0 | 100.00% | 0.00% | $9.00 | $9.00 | $0.00 | 100.00% | 0.00% |
| LNT Brands, LLC | 3 - Term B Secured Claims | 9 | 9 | 0 | 0 | 100.00% | 0.00% | $9.00 | $9.00 | $0.00 | 100.00% | 0.00% |
| SBG FM, LLC | 3 - Term B Secured Claims | 9 | 9 | 0 | 0 | 100.00% | 0.00% | $9.00 | $9.00 | $0.00 | 100.00% | 0.00% |
| SBG Universe Brands, LLC | 3 - Term B Secured Claims | 9 | 9 | 0 | 0 | 100.00% | 0.00% | $9.00 | $9.00 | $0.00 | 100.00% | 0.00% |
| SBG-Gaiam Holdings, LLC | 3 - Term B Secured Claims | 9 | 9 | 0 | 0 | 100.00% | 0.00% | $9.00 | $9.00 | $0.00 | 100.00% | 0.00% |
| Sequential Brands Group, Inc. | 3 - Term B Secured Claims | 9 | 9 | 0 | 0 | 100.00% | 0.00% | $30,488,645.00 | $30,488,645.00 | $0.00 | 100.00% | 0.00% |
| Sequential Licensing, Inc. | 3 - Term B Secured Claims | 9 | 9 | 0 | 0 | 100.00% | 0.00% | $9.00 | $9.00 | $0.00 | 100.00% | 0.00% |
| SQBG, Inc. | 3 - Term B Secured Claims | 9 | 9 | 0 | 0 | 100.00% | 0.00% | $9.00 | $9.00 | $0.00 | 100.00% | 0.00% |
| The Basketball Marketing Company, Inc. | 3 - Term B Secured Claims | 9 | 9 | 0 | 0 | 100.00% | 0.00% | $9.00 | $9.00 | $0.00 | 100.00% | 0.00% |
| William Rast Licensing, LLC | 3 - Term B Secured Claims | 9 | 9 | 0 | 0 | 100.00% | 0.00% | $9.00 | $9.00 | $0.00 | 100.00% | 0.00% |

In re: Sequential Brands, Inc., et al.
Case No. 21-11194 (JTD)

1 of 1

| Date Filed | Ballot No. | Creditor Name | Class & Description | Voting Amount | Vote | Third Party Release Opt-Out Election | Debtor Name |
|---|---|---|---|---|---|---|---|
| 02/14/2022 | 49 | Apollo Centre Street Partnership, L.P. | 3 - Term B Secured Claims | $708,848.48 | Accept | No | Sequential Brands Group, Inc. |
| 02/14/2022 | 85 | Apollo Centre Street Partnership, L.P. | 3 - Term B Secured Claims | $1.00 | Accept | No | The Basketball Marketing Company, Inc. |
| 02/14/2022 | 86 | Apollo Centre Street Partnership, L.P. | 3 - Term B Secured Claims | $1.00 | Accept | No | William Rast Licensing, LLC |
| 02/14/2022 | 87 | Apollo Centre Street Partnership, L.P. | 3 - Term B Secured Claims | $1.00 | Accept | No | LNT Brands, LLC |
| 02/14/2022 | 88 | Apollo Centre Street Partnership, L.P. | 3 - Term B Secured Claims | $1.00 | Accept | No | Gaiam Americas, Inc. |
| 02/14/2022 | 89 | Apollo Centre Street Partnership, L.P. | 3 - Term B Secured Claims | $1.00 | Accept | No | SBG Universe Brands, LLC |
| 02/14/2022 | 90 | Apollo Centre Street Partnership, L.P. | 3 - Term B Secured Claims | $1.00 | Accept | No | Gaiam Brand Holdco, LLC |
| 02/14/2022 | 92 | Apollo Centre Street Partnership, L.P. | 3 - Term B Secured Claims | $1.00 | Accept | No | Joe's Holdings, LLC |
| 02/14/2022 | 94 | Apollo Centre Street Partnership, L.P. | 3 - Term B Secured Claims | $1.00 | Accept | No | SBG-Gaiam Holdings, LLC |
| 02/14/2022 | 136 | Apollo Centre Street Partnership, L.P. | 3 - Term B Secured Claims | $1.00 | Accept | No | American Sporting Goods Corp. |
| 02/14/2022 | 137 | Apollo Centre Street Partnership, L.P. | 3 - Term B Secured Claims | $1.00 | Accept | No | SBG FM, LLC |
| 02/14/2022 | 139 | Apollo Centre Street Partnership, L.P. | 3 - Term B Secured Claims | $1.00 | Accept | No | Galaxy Brands, LLC |
| 02/14/2022 | 140 | Apollo Centre Street Partnership, L.P. | 3 - Term B Secured Claims | $1.00 | Accept | No | Brand Matter, LLC |
| 02/14/2022 | 141 | Apollo Centre Street Partnership, L.P. | 3 - Term B Secured Claims | $1.00 | Accept | No | SQBG, Inc. |
| 02/14/2022 | 142 | Apollo Centre Street Partnership, L.P. | 3 - Term B Secured Claims | $1.00 | Accept | No | Sequential Licensing, Inc. |
| 02/14/2022 | 143 | Apollo Centre Street Partnership, L.P. | 3 - Term B Secured Claims | $1.00 | Accept | No | Heeling Sports Limited |
| 02/14/2022 | 50 | Apollo Investment Corporation | 3 - Term B Secured Claims | $1,293,012.41 | Accept | No | Sequential Brands Group, Inc. |
| 02/14/2022 | 55 | Apollo Investment Corporation | 3 - Term B Secured Claims | $1.00 | Accept | No | SBG Universe Brands, LLC |
| 02/14/2022 | 56 | Apollo Investment Corporation | 3 - Term B Secured Claims | $1.00 | Accept | No | SBG-Gaiam Holdings, LLC |
| 02/14/2022 | 57 | Apollo Investment Corporation | 3 - Term B Secured Claims | $1.00 | Accept | No | Gaiam Americas, Inc. |
| 02/14/2022 | 58 | Apollo Investment Corporation | 3 - Term B Secured Claims | $1.00 | Accept | No | Gaiam Brand Holdco, LLC |
| 02/14/2022 | 59 | Apollo Investment Corporation | 3 - Term B Secured Claims | $1.00 | Accept | No | Joe's Holdings, LLC |
| 02/14/2022 | 60 | Apollo Investment Corporation | 3 - Term B Secured Claims | $1.00 | Accept | No | LNT Brands, LLC |
| 02/14/2022 | 61 | Apollo Investment Corporation | 3 - Term B Secured Claims | $1.00 | Accept | No | American Sporting Goods Corp. |
| 02/14/2022 | 62 | Apollo Investment Corporation | 3 - Term B Secured Claims | $1.00 | Accept | No | The Basketball Marketing Company, Inc. |
| 02/14/2022 | 63 | Apollo Investment Corporation | 3 - Term B Secured Claims | $1.00 | Accept | No | Galaxy Brands, LLC |
| 02/14/2022 | 64 | Apollo Investment Corporation | 3 - Term B Secured Claims | $1.00 | Accept | No | SBG FM, LLC |
| 02/14/2022 | 65 | Apollo Investment Corporation | 3 - Term B Secured Claims | $1.00 | Accept | No | Brand Matter, LLC |
| 02/14/2022 | 66 | Apollo Investment Corporation | 3 - Term B Secured Claims | $1.00 | Accept | No | Heeling Sports Limited |
| 02/14/2022 | 67 | Apollo Investment Corporation | 3 - Term B Secured Claims | $1.00 | Accept | No | William Rast Licensing, LLC |
| 02/14/2022 | 68 | Apollo Investment Corporation | 3 - Term B Secured Claims | $1.00 | Accept | No | Sequential Licensing, Inc. |
| 02/14/2022 | 69 | Apollo Investment Corporation | 3 - Term B Secured Claims | $1.00 | Accept | No | SQBG, Inc. |
| 02/14/2022 | 51 | Apollo Kings Alley Credit Fund, LP | 3 - Term B Secured Claims | $279,613.49 | Accept | No | Sequential Brands Group, Inc. |
| 02/14/2022 | 70 | Apollo Kings Alley Credit Fund, LP | 3 - Term B Secured Claims | $1.00 | Accept | No | SQBG, Inc. |
| 02/14/2022 | 71 | Apollo Kings Alley Credit Fund, LP | 3 - Term B Secured Claims | $1.00 | Accept | No | Sequential Licensing, Inc. |
| 02/14/2022 | 72 | Apollo Kings Alley Credit Fund, LP | 3 - Term B Secured Claims | $1.00 | Accept | No | William Rast Licensing, LLC |
| 02/14/2022 | 73 | Apollo Kings Alley Credit Fund, LP | 3 - Term B Secured Claims | $1.00 | Accept | No | Heeling Sports Limited |
| 02/14/2022 | 74 | Apollo Kings Alley Credit Fund, LP | 3 - Term B Secured Claims | $1.00 | Accept | No | Brand Matter, LLC |
| 02/14/2022 | 75 | Apollo Kings Alley Credit Fund, LP | 3 - Term B Secured Claims | $1.00 | Accept | No | SBG FM, LLC |
| 02/14/2022 | 76 | Apollo Kings Alley Credit Fund, LP | 3 - Term B Secured Claims | $1.00 | Accept | No | Galaxy Brands, LLC |
| 02/14/2022 | 77 | Apollo Kings Alley Credit Fund, LP | 3 - Term B Secured Claims | $1.00 | Accept | No | The Basketball Marketing Company, Inc. |

| Date Filed | Ballot No. | Creditor Name | Class & Description | Voting Amount | Vote | Third Party Release Opt-Out Election | Debtor Name |
|---|---|---|---|---|---|---|---|
| 02/14/2022 | 78 | Apollo Kings Alley Credit Fund, LP | 3 - Term B Secured Claims | $1.00 | Accept | No | American Sporting Goods Corp. |
| 02/14/2022 | 79 | Apollo Kings Alley Credit Fund, LP | 3 - Term B Secured Claims | $1.00 | Accept | No | LNT Brands, LLC |
| 02/14/2022 | 80 | Apollo Kings Alley Credit Fund, LP | 3 - Term B Secured Claims | $1.00 | Accept | No | Joe's Holdings, LLC |
| 02/14/2022 | 81 | Apollo Kings Alley Credit Fund, LP | 3 - Term B Secured Claims | $1.00 | Accept | No | Gaiam Brand Holdco, LLC |
| 02/14/2022 | 82 | Apollo Kings Alley Credit Fund, LP | 3 - Term B Secured Claims | $1.00 | Accept | No | Gaiam Americas, Inc. |
| 02/14/2022 | 83 | Apollo Kings Alley Credit Fund, LP | 3 - Term B Secured Claims | $1.00 | Accept | No | SBG-Gaiam Holdings, LLC |
| 02/14/2022 | 84 | Apollo Kings Alley Credit Fund, LP | 3 - Term B Secured Claims | $1.00 | Accept | No | SBG Universe Brands, LLC |
| 02/14/2022 | 52 | Apollo Moultrie Credit Fund, L.P. | 3 - Term B Secured Claims | $436,214.48 | Accept | No | Sequential Brands Group, Inc. |
| 02/14/2022 | 91 | Apollo Moultrie Credit Fund, L.P. | 3 - Term B Secured Claims | $1.00 | Accept | No | SBG Universe Brands, LLC |
| 02/14/2022 | 93 | Apollo Moultrie Credit Fund, L.P. | 3 - Term B Secured Claims | $1.00 | Accept | No | SBG-Gaiam Holdings, LLC |
| 02/14/2022 | 95 | Apollo Moultrie Credit Fund, L.P. | 3 - Term B Secured Claims | $1.00 | Accept | No | The Basketball Marketing Company, Inc. |
| 02/14/2022 | 96 | Apollo Moultrie Credit Fund, L.P. | 3 - Term B Secured Claims | $1.00 | Accept | No | LNT Brands, LLC |
| 02/14/2022 | 99 | Apollo Moultrie Credit Fund, L.P. | 3 - Term B Secured Claims | $1.00 | Accept | No | SBG FM, LLC |
| 02/14/2022 | 103 | Apollo Moultrie Credit Fund, L.P. | 3 - Term B Secured Claims | $1.00 | Accept | No | William Rast Licensing, LLC |
| 02/14/2022 | 104 | Apollo Moultrie Credit Fund, L.P. | 3 - Term B Secured Claims | $1.00 | Accept | No | American Sporting Goods Corp. |
| 02/14/2022 | 105 | Apollo Moultrie Credit Fund, L.P. | 3 - Term B Secured Claims | $1.00 | Accept | No | Joe's Holdings, LLC |
| 02/14/2022 | 106 | Apollo Moultrie Credit Fund, L.P. | 3 - Term B Secured Claims | $1.00 | Accept | No | Brand Matter, LLC |
| 02/14/2022 | 109 | Apollo Moultrie Credit Fund, L.P. | 3 - Term B Secured Claims | $1.00 | Accept | No | Galaxy Brands, LLC |
| 02/14/2022 | 110 | Apollo Moultrie Credit Fund, L.P. | 3 - Term B Secured Claims | $1.00 | Accept | No | Heeling Sports Limited |
| 02/14/2022 | 114 | Apollo Moultrie Credit Fund, L.P. | 3 - Term B Secured Claims | $1.00 | Accept | No | Sequential Licensing, Inc. |
| 02/14/2022 | 121 | Apollo Moultrie Credit Fund, L.P. | 3 - Term B Secured Claims | $1.00 | Accept | No | Gaiam Brand Holdco, LLC |
| 02/14/2022 | 132 | Apollo Moultrie Credit Fund, L.P. | 3 - Term B Secured Claims | $1.00 | Accept | No | SQBG, Inc. |
| 02/14/2022 | 144 | Apollo Moultrie Credit Fund, L.P. | 3 - Term B Secured Claims | $1.00 | Accept | No | Gaiam Americas, Inc. |
| 02/14/2022 | 53 | Apollo Tactical Value SPN Investments, L.P. | 3 - Term B Secured Claims | $272,634.02 | Accept | No | Sequential Brands Group, Inc. |
| 02/14/2022 | 97 | Apollo Tactical Value SPN Investments, L.P. | 3 - Term B Secured Claims | $1.00 | Accept | No | SQBG, Inc. |
| 02/14/2022 | 98 | Apollo Tactical Value SPN Investments, L.P. | 3 - Term B Secured Claims | $1.00 | Accept | No | Sequential Licensing, Inc. |
| 02/14/2022 | 100 | Apollo Tactical Value SPN Investments, L.P. | 3 - Term B Secured Claims | $1.00 | Accept | No | William Rast Licensing, LLC |
| 02/14/2022 | 101 | Apollo Tactical Value SPN Investments, L.P. | 3 - Term B Secured Claims | $1.00 | Accept | No | Heeling Sports Limited |
| 02/14/2022 | 102 | Apollo Tactical Value SPN Investments, L.P. | 3 - Term B Secured Claims | $1.00 | Accept | No | Brand Matter, LLC |
| 02/14/2022 | 107 | Apollo Tactical Value SPN Investments, L.P. | 3 - Term B Secured Claims | $1.00 | Accept | No | SBG FM, LLC |
| 02/14/2022 | 111 | Apollo Tactical Value SPN Investments, L.P. | 3 - Term B Secured Claims | $1.00 | Accept | No | Galaxy Brands, LLC |
| 02/14/2022 | 112 | Apollo Tactical Value SPN Investments, L.P. | 3 - Term B Secured Claims | $1.00 | Accept | No | The Basketball Marketing Company, Inc. |
| 02/14/2022 | 113 | Apollo Tactical Value SPN Investments, L.P. | 3 - Term B Secured Claims | $1.00 | Accept | No | American Sporting Goods Corp. |
| 02/14/2022 | 115 | Apollo Tactical Value SPN Investments, L.P. | 3 - Term B Secured Claims | $1.00 | Accept | No | Joe's Holdings, LLC |
| 02/14/2022 | 116 | Apollo Tactical Value SPN Investments, L.P. | 3 - Term B Secured Claims | $1.00 | Accept | No | Gaiam Brand Holdco, LLC |
| 02/14/2022 | 117 | Apollo Tactical Value SPN Investments, L.P. | 3 - Term B Secured Claims | $1.00 | Accept | No | LNT Brands, LLC |
| 02/14/2022 | 118 | Apollo Tactical Value SPN Investments, L.P. | 3 - Term B Secured Claims | $1.00 | Accept | No | Gaiam Americas, Inc. |
| 02/14/2022 | 119 | Apollo Tactical Value SPN Investments, L.P. | 3 - Term B Secured Claims | $1.00 | Accept | No | SBG-Gaiam Holdings, LLC |
| 02/14/2022 | 122 | Apollo Tactical Value SPN Investments, L.P. | 3 - Term B Secured Claims | $1.00 | Accept | No | SBG Universe Brands, LLC |
| 02/14/2022 | 54 | Apollo Union Street Partners, L.P. | 3 - Term B Secured Claims | $242,208.11 | Accept | No | Sequential Brands Group, Inc. |
| 02/14/2022 | 108 | Apollo Union Street Partners, L.P. | 3 - Term B Secured Claims | $1.00 | Accept | No | SBG FM, LLC |

**Exhibit A**
**First Amended Joint Plan of Liquidation for**
**Sequential Brands Group Inc. and Its Debtor Affiliates**
**Class 3 Voting Detail**

| Date Filed | Ballot No. | Creditor Name | Class & Description | Voting Amount | Vote | Third Party Release Opt-Out Election | Debtor Name |
|---|---|---|---|---|---|---|---|
| 02/14/2022 | 120 | Apollo Union Street Partners, L.P. | 3 - Term B Secured Claims | $1.00 | Accept | No | SBG Universe Brands, LLC |
| 02/14/2022 | 123 | Apollo Union Street Partners, L.P. | 3 - Term B Secured Claims | $1.00 | Accept | No | American Sporting Goods Corp. |
| 02/14/2022 | 124 | Apollo Union Street Partners, L.P. | 3 - Term B Secured Claims | $1.00 | Accept | No | Gaiam Americas, Inc. |
| 02/14/2022 | 125 | Apollo Union Street Partners, L.P. | 3 - Term B Secured Claims | $1.00 | Accept | No | LNT Brands, LLC |
| 02/14/2022 | 126 | Apollo Union Street Partners, L.P. | 3 - Term B Secured Claims | $1.00 | Accept | No | SBG-Gaiam Holdings, LLC |
| 02/14/2022 | 127 | Apollo Union Street Partners, L.P. | 3 - Term B Secured Claims | $1.00 | Accept | No | Joe's Holdings, LLC |
| 02/14/2022 | 128 | Apollo Union Street Partners, L.P. | 3 - Term B Secured Claims | $1.00 | Accept | No | Galaxy Brands, LLC |
| 02/14/2022 | 129 | Apollo Union Street Partners, L.P. | 3 - Term B Secured Claims | $1.00 | Accept | No | Brand Matter, LLC |
| 02/14/2022 | 130 | Apollo Union Street Partners, L.P. | 3 - Term B Secured Claims | $1.00 | Accept | No | Gaiam Brand Holdco, LLC |
| 02/14/2022 | 131 | Apollo Union Street Partners, L.P. | 3 - Term B Secured Claims | $1.00 | Accept | No | Sequential Licensing, Inc. |
| 02/14/2022 | 133 | Apollo Union Street Partners, L.P. | 3 - Term B Secured Claims | $1.00 | Accept | No | SQBG, Inc. |
| 02/14/2022 | 134 | Apollo Union Street Partners, L.P. | 3 - Term B Secured Claims | $1.00 | Accept | No | William Rast Licensing, LLC |
| 02/14/2022 | 135 | Apollo Union Street Partners, L.P. | 3 - Term B Secured Claims | $1.00 | Accept | No | Heeling Sports Limited |
| 02/14/2022 | 138 | Apollo Union Street Partners, L.P. | 3 - Term B Secured Claims | $1.00 | Accept | No | The Basketball Marketing Company, Inc. |
| 02/07/2022 | 3 | Darby Creek LLC | 3 - Term B Secured Claims | $2,196,425.71 | Accept | No | Sequential Brands Group, Inc. |
| 02/10/2022 | 4 | Darby Creek LLC | 3 - Term B Secured Claims | $1.00 | Accept | No | SQBG, Inc. |
| 02/10/2022 | 5 | Darby Creek LLC | 3 - Term B Secured Claims | $1.00 | Accept | No | Sequential Licensing, Inc. |
| 02/10/2022 | 6 | Darby Creek LLC | 3 - Term B Secured Claims | $1.00 | Accept | No | William Rast Licensing, LLC |
| 02/10/2022 | 7 | Darby Creek LLC | 3 - Term B Secured Claims | $1.00 | Accept | No | Heeling Sports Limited |
| 02/10/2022 | 8 | Darby Creek LLC | 3 - Term B Secured Claims | $1.00 | Accept | No | Brand Matter, LLC |
| 02/10/2022 | 9 | Darby Creek LLC | 3 - Term B Secured Claims | $1.00 | Accept | No | SBG FM, LLC |
| 02/10/2022 | 10 | Darby Creek LLC | 3 - Term B Secured Claims | $1.00 | Accept | No | Galaxy Brands, LLC |
| 02/10/2022 | 11 | Darby Creek LLC | 3 - Term B Secured Claims | $1.00 | Accept | No | The Basketball Marketing Company, Inc. |
| 02/10/2022 | 12 | Darby Creek LLC | 3 - Term B Secured Claims | $1.00 | Accept | No | American Sporting Goods Corp. |
| 02/10/2022 | 13 | Darby Creek LLC | 3 - Term B Secured Claims | $1.00 | Accept | No | LNT Brands, LLC |
| 02/10/2022 | 14 | Darby Creek LLC | 3 - Term B Secured Claims | $1.00 | Accept | No | Joe's Holdings, LLC |
| 02/10/2022 | 35 | Darby Creek LLC | 3 - Term B Secured Claims | $1.00 | Accept | No | Gaiam Brand Holdco, LLC |
| 02/10/2022 | 36 | Darby Creek LLC | 3 - Term B Secured Claims | $1.00 | Accept | No | Gaiam Americas, Inc. |
| 02/10/2022 | 37 | Darby Creek LLC | 3 - Term B Secured Claims | $1.00 | Accept | No | SBG-Gaiam Holdings, LLC |
| 02/10/2022 | 38 | Darby Creek LLC | 3 - Term B Secured Claims | $1.00 | Accept | No | SBG Universe Brands, LLC |
| 02/07/2022 | 1 | Dunlap Funding LLC | 3 - Term B Secured Claims | $3,826,526.33 | Accept | No | Sequential Brands Group, Inc. |
| 02/10/2022 | 29 | Dunlap Funding LLC | 3 - Term B Secured Claims | $1.00 | Accept | No | SBG-Gaiam Holdings, LLC |
| 02/10/2022 | 30 | Dunlap Funding LLC | 3 - Term B Secured Claims | $1.00 | Accept | No | Gaiam Americas, Inc. |
| 02/10/2022 | 31 | Dunlap Funding LLC | 3 - Term B Secured Claims | $1.00 | Accept | No | Gaiam Brand Holdco, LLC |
| 02/10/2022 | 32 | Dunlap Funding LLC | 3 - Term B Secured Claims | $1.00 | Accept | No | Joe's Holdings, LLC |
| 02/10/2022 | 33 | Dunlap Funding LLC | 3 - Term B Secured Claims | $1.00 | Accept | No | LNT Brands, LLC |
| 02/10/2022 | 34 | Dunlap Funding LLC | 3 - Term B Secured Claims | $1.00 | Accept | No | American Sporting Goods Corp. |
| 02/10/2022 | 39 | Dunlap Funding LLC | 3 - Term B Secured Claims | $1.00 | Accept | No | The Basketball Marketing Company, Inc. |
| 02/10/2022 | 40 | Dunlap Funding LLC | 3 - Term B Secured Claims | $1.00 | Accept | No | Galaxy Brands, LLC |
| 02/10/2022 | 41 | Dunlap Funding LLC | 3 - Term B Secured Claims | $1.00 | Accept | No | SBG FM, LLC |
| 02/10/2022 | 42 | Dunlap Funding LLC | 3 - Term B Secured Claims | $1.00 | Accept | No | Brand Matter, LLC |

In re: Sequential Brands Group, Inc., et al.
Case No. 21-11194 (JTD)

Page 3 of 4

| Date Filed | Ballot No. | Creditor Name | Class & Description | Voting Amount | Vote | Third Party Release Opt-Out Election | Debtor Name |
|---|---|---|---|---|---|---|---|
| 02/10/2022 | 43 | Dunlap Funding LLC | 3 - Term B Secured Claims | $1.00 | Accept | No | Heeling Sports Limited |
| 02/10/2022 | 44 | Dunlap Funding LLC | 3 - Term B Secured Claims | $1.00 | Accept | No | William Rast Licensing, LLC |
| 02/10/2022 | 45 | Dunlap Funding LLC | 3 - Term B Secured Claims | $1.00 | Accept | No | Sequential Licensing, Inc. |
| 02/10/2022 | 46 | Dunlap Funding LLC | 3 - Term B Secured Claims | $1.00 | Accept | No | SQBG, Inc. |
| 02/10/2022 | 47 | Dunlap Funding LLC | 3 - Term B Secured Claims | $1.00 | Accept | No | SBG Universe Brands, LLC |
| 02/14/2022 | 2 | FS KKR Capital Corp | 3 - Term B Secured Claims | $21,233,161.97 | Accept | No | Sequential Brands Group, Inc. |
| 02/14/2022 | 15 | FS KKR Capital Corp | 3 - Term B Secured Claims | $1.00 | Accept | No | SQBG, Inc. |
| 02/10/2022 | 16 | FS KKR Capital Corp | 3 - Term B Secured Claims | $1.00 | Accept | No | Sequential Licensing, Inc. |
| 02/10/2022 | 17 | FS KKR Capital Corp | 3 - Term B Secured Claims | $1.00 | Accept | No | William Rast Licensing, LLC |
| 02/10/2022 | 18 | FS KKR Capital Corp | 3 - Term B Secured Claims | $1.00 | Accept | No | Heeling Sports Limited |
| 02/10/2022 | 19 | FS KKR Capital Corp | 3 - Term B Secured Claims | $1.00 | Accept | No | Brand Matter, LLC |
| 02/10/2022 | 20 | FS KKR Capital Corp | 3 - Term B Secured Claims | $1.00 | Accept | No | SBG FM, LLC |
| 02/10/2022 | 21 | FS KKR Capital Corp | 3 - Term B Secured Claims | $1.00 | Accept | No | Galaxy Brands, LLC |
| 02/10/2022 | 22 | FS KKR Capital Corp | 3 - Term B Secured Claims | $1.00 | Accept | No | The Basketball Marketing Company, Inc. |
| 02/10/2022 | 23 | FS KKR Capital Corp | 3 - Term B Secured Claims | $1.00 | Accept | No | American Sporting Goods Corp. |
| 02/10/2022 | 24 | FS KKR Capital Corp | 3 - Term B Secured Claims | $1.00 | Accept | No | LNT Brands, LLC |
| 02/10/2022 | 25 | FS KKR Capital Corp | 3 - Term B Secured Claims | $1.00 | Accept | No | Joe's Holdings, LLC |
| 02/10/2022 | 26 | FS KKR Capital Corp | 3 - Term B Secured Claims | $1.00 | Accept | No | Gaiam Brand Holdco, LLC |
| 02/10/2022 | 27 | FS KKR Capital Corp | 3 - Term B Secured Claims | $1.00 | Accept | No | Gaiam Americas, Inc. |
| 02/10/2022 | 28 | FS KKR Capital Corp | 3 - Term B Secured Claims | $1.00 | Accept | No | SBG-Gaiam Holdings, LLC |
| 02/10/2022 | 48 | FS KKR Capital Corp | 3 - Term B Secured Claims | $1.00 | Accept | No | SBG Universe Brands, LLC |

In re: Sequential Brands Group, Inc., et al.
Case No. 21-11194 (JTD)

Page 4 of 4