IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| SEQUENTIAL BRANDS GROUP, INC., *et al.* [1] | ) ) ) | Case No. 21-11194 (JTD) |
| Debtors. | ) ) ) | (Jointly Administered) |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Heather Fellows, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtors in the above-captioned case.

On March 24, 2022, at my direction and under my supervision, employees of KCC caused to be served per postal forwarding address the following document via First Class Mail upon the service list attached hereto as **Exhibit A**:

- **Notice of (I) Confirmation and Effective Date of the First Amended Joint Plan of Liquidation of Sequential Brands Group, Inc. and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code and (II) Deadline Under the Plan and Confirmation Order to File Administrative Claims, Professional Fee Claims, and Rejection Claims** [Docket No. 498]

Dated: March 25, 2022

*/s/ Heather Fellows*
Heather Fellows
KCC
222 N Pacific Coast Hwy
Suite 300
El Segundo, CA 90245
Tel 310.823.9000

---

[1] The Debtors, along with the last four digits of each Debtor's tax identification number, are: Sequential BrandsGroup, Inc. (2789), SQBG, Inc. (9546), Sequential Licensing, Inc. (7108), William Rast Licensing, LLC (4304), Heeling Sports Limited (0479), Brand Matter, LLC (1258), SBG FM, LLC (8013), Galaxy Brands LLC(9583), TBM Company, Inc. (7003), American Sporting Goods Corporation (1696), LNT Brands LLC (3923), Joe'sHoldings LLC (3085), Gaiam Brand Holdco, LLC (1581), G. Americas, Inc. (8894), SBG-Gaiam Holdings, LLC(8923), SBG Universe Brands, LLC (4322), and GBT Promotions LLC (7003). The Debtors' corporate headquarters and the mailing address for each Debtor is 105 E. 34th Street, #249, New York, NY 10016.

# Exhibit A

**Exhibit A**
**Creditor Matrix Service List**
**Served via First Class Mail**

| CreditorName | Address | City | State | Zip |
|---|---|---|---|---|
| Elinor Lee | Address Redacted | | | |
| Krystle Healy | Address Redacted | | | |
| Shayna Goldberg | Address Redacted | | | |

In re: Sequential Brands Group, Inc., et al.
Case No. 21-11194

Page 1 of 1