UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | x : | Chapter 11 |
| SEQUENTIAL BRANDS GROUP, INC., *et al.*,[1] | : : : | Case No. 21-11194 (JTD) |
| | : | (Jointly Administered) |
| Debtors. | : : | Ref. Docket No. 523 |
| | x | |

**CERTIFICATION OF NO OBJECTION (NO ORDER REQUIRED) REGARDING FIFTH MONTHLY FEE APPLICATION OF KURTZMAN CARSON CONSULTANTS LLC, AS ADMINISTRATIVE ADVISOR TO THE DEBTORS, FOR THE PERIOD FROM FEBRUARY 1, 2022 THROUGH AND INCLUDING FEBRUARY 28, 2022**

The undersigned hereby certifies that:

1. On April 12, 2022, Kurtzman Carson Consultants LLC ("KCC"), administrative advisor to the above-captioned debtors and debtors in possession (collectively, the "Debtors"), filed and served the *Fifth Monthly Fee Application of Kurtzman Carson Consultants LLC, as Administrative Advisor to the Debtors, for the Period From February 1, 2022 Through and Including February 28, 2022* (the "Application") [Docket No. 523] with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

2. Objections to the Application were to be filed and served no later than May 3, 2022 by 4:00 p.m. (prevailing Eastern Time). The undersigned has caused the Bankruptcy Court's docket in this case to be reviewed, and no answer, objection or other responsive pleadings to the Application appears thereon. Additionally, no objections to the

---

[1] The Debtors, along with the last four digits of each Debtor's tax identification number, are: Sequential Brands Group, Inc. (2789), SQBG, Inc. (9546), Sequential Licensing, Inc. (7108), William Rast Licensing, LLC (4304), Heeling Sports Limited (0479), Brand Matter, LLC (1258), SBG FM, LLC (8013), Galaxy Brands LLC (9583), TBM Company, Inc. (7003), American Sporting Goods Corporation (1696), LNT Brands LLC (3923), Joe's Holdings LLC (3085), Gaiam Brand Holdco, LLC (1581), G. Americas, Inc. (8894), SBG-Gaiam Holdings, LLC (8923), SBG Universe Brands, LLC (4322), and GBT Promotions LLC (7003). The Debtors' corporate headquarters and the mailing address for each Debtor is 105 E. 34th Street, #249, New York, NY 10016.

DOCS_DE:237330.6 78080/001

Application have been received by the undersigned counsel.

        3.      Pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals*, entered on October 4, 2021 [Docket No. 163], the Debtors are authorized to pay the KCC $7,560.70, which represents 80% of the fees ($9,450.87), and $0.00, which represents the expenses requested in the Application, for the period from February 1, 2022 through February 28, 2022, upon the filing of this certificate of no objection and without the need for entry of a Bankruptcy Court order approving the Application.

Dated: June 6, 2022

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Timothy P. Cairns*
Laura Davis Jones (Bar No. 2436)
Timothy P. Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899 (Courier 19801)
Tel:   (302) 652-4100
Fax:   (302) 652-4400
Email:  ljones@pszjlaw.com
           tcairns@pszjlaw.com

-and-

**GIBSON, DUNN & CRUTCHER LLP**
Scott J. Greenberg (admitted *pro hac vice*)
Joshua K. Brody (admitted *pro hac vice*)
Jason Zachary Goldstein (admitted *pro hac vice*)
200 Park Avenue
New York, New York 10166
Tel:   (212) 351-4000
Fax:   (212) 351-4035
Email:  sgreenberg@gibsondunn.com
           jbrody@gibsondunn.com
           jgoldstein@gibsondunn.com

*Counsel to the Debtors and Debtors in Possession*