UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | x : | Chapter 11 |
| SEQUENTIAL BRANDS GROUP, INC., *et al.*,[1] | : : : | Case No. 21-11194 (JTD) |
| | : | (Jointly Administered) |
| Debtors. | : : | **Ref. Docket No. 550** |
| | x | |

## CERTIFICATION OF NO OBJECTION REGARDING FINAL FEE APPLICATION OF KURTZMAN CARSON CONSULTANTS LLC, AS ADMINISTRATIVE ADVISOR TO THE DEBTORS, FOR THE PERIOD FROM AUGUST 31, 2021 THROUGH AND INCLUDING MARCH 3, 2022

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection, or other responsive pleading to the relief requested in the *Final Fee Application of Kurtzman Carson Consultants LLC, as Administrative Advisor to the Debtors, for the Period From August 31, 2021 Through and Including March 3, 2022* (the "Application") [Docket No. 550], filed on May 5, 2022.

The undersigned further certifies that he has reviewed the Court's docket in this case and no answer, objection, or other responsive pleading to the relief requested in the Application appears thereon. Pursuant to the Notice of Application, responses to the Application were to be filed and served no later than May 26, 2022, at 4:00 p.m., prevailing Eastern Time.

A HEARING TO CONSIDER THE APPLICATION WILL BE HELD ON **JUNE 9, 2022 AT 11:00 A.M.** BEFORE THE HONORABLE JOHN T. DORSEY, UNITED STATES BANKRUPTCY JUDGE, AT THE UNITED STATES BANKRUPTCY COURT FOR

---

[1] The Debtors, along with the last four digits of each Debtor's tax identification number, are: Sequential Brands Group, Inc. (2789), SQBG, Inc. (9546), Sequential Licensing, Inc. (7108), William Rast Licensing, LLC (4304), Heeling Sports Limited (0479), Brand Matter, LLC (1258), SBG FM, LLC (8013), Galaxy Brands LLC (9583), TBM Company, Inc. (7003), American Sporting Goods Corporation (1696), LNT Brands LLC (3923), Joe's Holdings LLC (3085), Gaiam Brand Holdco, LLC (1581), G. Americas, Inc. (8894), SBG-Gaiam Holdings, LLC (8923), SBG Universe Brands, LLC (4322), and GBT Promotions LLC (7003). The Debtors' corporate headquarters and the mailing address for each Debtor is 105 E. 34th Street, #249, New York, NY 10016.

DOCS_DE:237330.5 78080/001

THE DISTRICT OF DELAWARE, 824 N. MARKET STREET, FIFTH FLOOR, COURTROOM NO. 5, WILMINGTON, DE 19801.

| | |
|---|---|
| Dated: June 6, 2022 | **PACHULSKI STANG ZIEHL & JONES LLP** |
| | */s/ Timothy P. Cairns* |
| | Laura Davis Jones (Bar No. 2436) |
| | Timothy P. Cairns (Bar No. 4228) |
| | 919 North Market Street, 17th Floor |
| | P.O. Box 8705 |
| | Wilmington, Delaware 19899 (Courier 19801) |
| | Tel:    (302) 652-4100 |
| | Fax:   (302) 652-4400 |
| | Email: ljones@pszjlaw.com |
| |             tcairns@pszjlaw.com |
| | |
| | -and- |
| | |
| | **GIBSON, DUNN & CRUTCHER LLP** |
| | Scott J. Greenberg  (admitted *pro hac vice*) |
| | Joshua K. Brody (admitted *pro hac vice*) |
| | Jason Zachary Goldstein (admitted *pro hac vice*) |
| | 200 Park Avenue |
| | New York, New York 10166 |
| | Tel:    (212) 351-4000 |
| | Fax:   (212) 351-4035 |
| | Email: sgreenberg@gibsondunn.com |
| |             jbrody@gibsondunn.com |
| |             jgoldstein@gibsondunn.com |
| | |
| | *Counsel to the Debtors and Debtors in Possession* |