## EXHIBIT A

## SCHEDULE OF FINAL FEE APPLICATIONS

| PROFESSIONAL | PERIOD COVERED/ DOCKET NO. | FEES REQUESTED | EXPENSES REQUESTED | TOTAL |
|---|---|---|---|---|
| Pachulski Stang Ziehl & Jones LLP (Local Counsel to the Debtors) | 8/31/21-3/3/22 Docket No. 559 | $367,268.50 | $43,592.70 | $410,861.20 |
| Gibson, Dunn & Crutcher LLP (Lead Counsel to the Debtors) | 8/31/21-3/3/22 Docket No. 552 | $3,316,569.50 | $56,694.53 | $3,373,264.03[3] |
| Kurtzman Carson Consultants LLC (Administrative Advisor to the Debtors) | 8/31/21-3/3/22 Docket No. 550 | $82,775.75 | $0.00 | $82,775.75 |
| Miller Buckfire & Co., LLC and Stifel Nicolaus & Co., Inc. (Investment Bankers to the Debtors) | 8/31/21-3/3/22 Docket No. 551 | $6,300,000.00 | $20,642.19 | $6,320,642.19 |

---

[3] This amount reflects an increase to fees in the amount of $232.50 to resolve comments received from the Court.