| Date Filed | Claim No. | Name | Creditor Notice Name | Address 1 | Address 2 | City | State | Zip | Country | Claim Amount | Nature | A | R | A/R Date | Debtor Name | Debtor Number |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/30/2021 | 86 | 1407 Broadway Real Estate LLC | Attn Ronnie Ragoff | Shorenstein Properties LLC | 850 Third Ave | New York | NY | 10022 | | $1,023,739.00 | General Unsecured | | | | SBG Universe Brands, LLC | 21-11209 |
| 11/11/2021 | 28 | ACE American Insurance Company on its Own Behalf and on Behalf of All of the ACE Companies | c/o Wendy M. Simkulak | Duane Morris LLP | 30 S. 17th Street | Philadelphia | PA | 19103 | | UNLIQUIDATED | General Unsecured | | | | Sequential Brands Group, Inc. | 21-11194 |
| 11/11/2021 | 30 | ACE American Insurance Company on its Own Behalf and on Behalf of All of the ACE Companies | c/o Wendy M. Simkulak | Duane Morris LLP | 30 S. 17th Street | Philadelphia | PA | 19103 | | UNLIQUIDATED | General Unsecured | | | | Sequential Licensing, Inc. | 21-11196 |
| 11/11/2021 | 31 | ACE American Insurance Company on its Own Behalf and on Behalf of All of the ACE Companies | c/o Wendy M. Simkulak | Duane Morris LLP | 30 S. 17th Street | Philadelphia | PA | 19103 | | UNLIQUIDATED | General Unsecured | | | | SQBG, Inc. | 21-11195 |
| 11/11/2021 | 32 | ACE American Insurance Company on its Own Behalf and on Behalf of All of the ACE Companies | c/o Wendy M. Simkulak | Duane Morris LLP | 30 S. 17th Street | Philadelphia | PA | 19103 | | UNLIQUIDATED | General Unsecured | | | | William Rast Licensing, LLC | 21-11197 |
| 11/11/2021 | 33 | ACE American Insurance Company on its Own Behalf and on Behalf of All of the ACE Companies | c/o Wendy M. Simkulak | Duane Morris LLP | 30 S. 17th Street | Philadelphia | PA | 19103 | | UNLIQUIDATED | General Unsecured | | | | Heeling Sports Limited | 21-11198 |
| 11/11/2021 | 34 | ACE American Insurance Company on its Own Behalf and on Behalf of All of the ACE Companies | c/o Wendy M. Simkulak | Duane Morris LLP | 30 S. 17th Street | Philadelphia | PA | 19103 | | UNLIQUIDATED | General Unsecured | | | | Brand Matter, LLC | 21-11199 |
| 11/11/2021 | 35 | ACE American Insurance Company on its Own Behalf and on Behalf of All of the ACE Companies | c/o Wendy M. Simkulak | Duane Morris LLP | 30 S. 17th Street | Philadelphia | PA | 19103 | | UNLIQUIDATED | General Unsecured | | | | SBG FM, LLC | 21-11200 |
| 11/11/2021 | 36 | ACE American Insurance Company on its Own Behalf and on Behalf of All of the ACE Companies | c/o Wendy M. Simkulak | Duane Morris LLP | 30 S. 17th Street | Philadelphia | PA | 19103 | | UNLIQUIDATED | General Unsecured | | | | Galaxy Brands, LLC | 21-11201 |
| 11/11/2021 | 37 | ACE American Insurance Company on its Own Behalf and on Behalf of All of the ACE Companies | c/o Wendy M. Simkulak | Duane Morris LLP | 30 S. 17th Street | Philadelphia | PA | 19103 | | UNLIQUIDATED | General Unsecured | | | | TBM Company, Inc. (fka The Basketball Marketing Company, Inc.) | 21-11202 |
| 11/11/2021 | 38 | ACE American Insurance Company on its Own Behalf and on Behalf of All of the ACE Companies | c/o Wendy M. Simkulak | Duane Morris LLP | 30 S. 17th Street | Philadelphia | PA | 19103 | | UNLIQUIDATED | General Unsecured | | | | American Sporting Goods Corp. | 21-11203 |
| 11/11/2021 | 39 | ACE American Insurance Company on its Own Behalf and on Behalf of All of the ACE Companies | c/o Wendy M. Simkulak | Duane Morris LLP | 30 S. 17th Street | Philadelphia | PA | 19103 | | UNLIQUIDATED | General Unsecured | | | | LNT Brands, LLC | 21-11204 |
| 11/11/2021 | 40 | ACE American Insurance Company on its Own Behalf and on Behalf of All of the ACE Companies | c/o Wendy M. Simkulak | Duane Morris LLP | 30 S. 17th Street | Philadelphia | PA | 19103 | | UNLIQUIDATED | General Unsecured | | | | Joe's Holdings, LLC | 21-11205 |
| 11/11/2021 | 41 | ACE American Insurance Company on its Own Behalf and on Behalf of All of the ACE Companies | c/o Wendy M. Simkulak | Duane Morris LLP | 30 S. 17th Street | Philadelphia | PA | 19103 | | UNLIQUIDATED | General Unsecured | | | | Gaiam Brand Holdco, LLC | 21-11206 |
| 11/11/2021 | 42 | ACE American Insurance Company on its Own Behalf and on Behalf of All of the ACE Companies | c/o Wendy M. Simkulak | Duane Morris LLP | 30 S. 17th Street | Philadelphia | PA | 19103 | | UNLIQUIDATED | General Unsecured | | | | G. Americas Inc. (fka Gaiam Americas, Inc.) | 21-11207 |
| 11/11/2021 | 43 | ACE American Insurance Company on its Own Behalf and on Behalf of All of the ACE Companies | c/o Wendy M. Simkulak | Duane Morris LLP | 30 S. 17th Street | Philadelphia | PA | 19103 | | UNLIQUIDATED | General Unsecured | | | | SBG-Gaiam Holdings, LLC | 21-11208 |
| 11/11/2021 | 44 | ACE American Insurance Company on its Own Behalf and on Behalf of All of the ACE Companies | c/o Wendy M. Simkulak | Duane Morris LLP | 30 S. 17th Street | Philadelphia | PA | 19103 | | UNLIQUIDATED | General Unsecured | | | | SBG Universe Brands, LLC | 21-11209 |
| 11/11/2021 | 45 | ACE American Insurance Company on its Own Behalf and on Behalf of All of the ACE Companies | c/o Wendy M. Simkulak | Duane Morris LLP | 30 S. 17th Street | Philadelphia | PA | 19103 | | UNLIQUIDATED | General Unsecured | | | | GBT Promotions LLC | 21-11210 |
| 11/24/2021 | 72 | Alvin Pasternak | | 35 Reyna Lane | | New Rochelle | NY | 10804 | | $43,315.00 | General Unsecured | | | | Sequential Brands Group, Inc. | 21-11194 |
| 01/24/2022 | 100 | AMP3 PR LLC | c/o Dion Shaun Roy | 112 E. Hargett Street | | Raleigh | NC | 27601 | | $1,425.00 | General Unsecured | | | | Sequential Brands Group, Inc. | 21-11194 |
| 12/27/2021 | 94 | Amyr Naeem LLP | | 9002 Chimney Rock Road, Ste G155 | | Houston | TX | 77096 | | $137,104.00 | Priority | | | | Sequential Brands Group, Inc. | 21-11194 |
| 11/24/2021 | 77 | Angela N. Hsi | | 30423 Canwood Street, Suite 117 | | Agoura Hills | CA | 91301-4314 | | $7,953.95 | General Unsecured | | | | Sequential Brands Group, Inc. | 21-11194 |
| 11/29/2021 | 79 | Ben Arie | Michael J. Kapin, Esq. | Kapin PLLC | 1133 Broadway, Suite 1001 | New York | NY | 10010 | | $5,000,000.00 | General Unsecured | | | | Sequential Brands Group, Inc. | 21-11194 |
| 11/04/2021 | 24 | BH26 Consultoria e Participacoes Ltda | Isaac Selim Sutton | 2510 Angelica Avenue | | Sao Paulo | SP | 01228-200 | Brazil | $13,755.68 | General Unsecured | | | | Sequential Brands Group, Inc. | 21-11194 |
| 10/27/2021 | 19 | BIEN CUIT WHOLESALE LLC. | | 120 SMITH STREET | | BROOKLYN | NY | 11201 | | $203.40 | General Unsecured | | | | Sequential Brands Group, Inc. | 21-11194 |
| 01/05/2022 | 96 | Bikarma Moudgil | | 59 Boddington St | | Ottawa | ON | K2J 6G1 | Canada | $2,327.30 | General Unsecured | | | | Sequential Brands Group, Inc. | 21-11194 |
| 10/25/2021 | 16 | Chatham Hedging Advisors, LLC | | 235 Whitehorse Lane | | Kennett Square | PA | 19348 | | $18,750.00 | Admin Priority | | | | Sequential Brands Group, Inc. | 21-11194 |
| 03/07/2022 | 111 | Claes Ceder | | Varvet 15 | | Bovallstrand | Sotenas | SE456 47 | Sweden | $350.00 | General Unsecured | | | | Sequential Brands Group, Inc. | 21-11194 |

| Date Filed | Claim No. | Name | Creditor Notice Name | Address 1 | Address 2 | City | State | Zip | Country | Claim Amount | Nature | A | R | A/R Date | Debtor Name | Debtor Number |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/15/2021 | 92 | Connecticut Department of Revenue Services | Collections Unit - Bankruptcy Team | 450 Columbus Blvd., Ste. 1 | | Hartford | CT | 06103-1837 | | $3,114.18 | Priority | | | | Sequential Brands Group, Inc. | 21-11194 |
| 11/11/2021 | 62 | CSC Corporate Domains | Joanne Smith | 251 Little Falls Drive | | Wilmington | DE | 19808 | | $95.00 | General Unsecured | | | | G. Americas Inc. (fka Gaiam Americas, Inc.) | 21-11207 |
| 11/11/2021 | 63 | CSC Corporate Domains | | 251 Little Falls Drive | | Wilmington | DE | 19808 | | $4,441.72 | General Unsecured | | | | Sequential Brands Group, Inc. | 21-11194 |
| 09/22/2021 | 5 | Department of Treasury - Internal Revenue Service | Internal Revenue Service | PO Box 7346 | | Philadelphia | PA | 19101-7346 | | $200,000.00 | Priority | | | | Sequential Licensing, Inc. | 21-11196 |
| 09/22/2021 | 6 | Department of Treasury - Internal Revenue Service | Internal Revenue Service | PO Box 7346 | | Philadelphia | PA | 19101-7346 | | $30,248.51 | General Unsecured | | | | Sequential Brands Group, Inc. | 21-11194 |
| 11/30/2021 | 84 | Entourage Model and Talent | Attn Cindy Twedt | 100 Congress Ave Ste 2000 | | Austin | TX | 78701-2745 | | $500.00 | Priority | | | | Sequential Licensing, Inc. | 21-11196 |
| 11/22/2021 | 68 | Erma V. Lisee | | 204 G Street | | Groton | CT | 06340 | | $1,108.49 | General Unsecured | | | | Sequential Brands Group, Inc. | 21-11194 |
| 03/10/2022 | 119 | Evan Gilbert | | 4435 Stacey Dr | | Oakwood | GA | 30566 | | $500.00 | General Unsecured | | | | SQBG, Inc. | 21-11195 |
| 11/11/2021 | 29 | Federal Insurance Company on its Own Behalf and on Behalf of All of the Chubb Companies | c/o Wendy M. Simkulak | Duane Morris LLP | 30 S. 17th Street | Philadelphia | PA | 19103 | | UNLIQUIDATED | General Unsecured | | | | Sequential Brands Group, Inc. | 21-11194 |
| 11/11/2021 | 46 | Federal Insurance Company on its Own Behalf and on Behalf of All of the Chubb Companies | c/o Wendy M. Simkulak | Duane Morris LLP | 30 S. 17th Street | Philadelphia | PA | 19103 | | UNLIQUIDATED | General Unsecured | | | | GBT Promotions LLC | 21-11210 |
| 11/11/2021 | 47 | Federal Insurance Company on its Own Behalf and on Behalf of All of the Chubb Companies | c/o Wendy M. Simkulak | Duane Morris LLP | 30 S. 17th Street | Philadelphia | PA | 19103 | | UNLIQUIDATED | General Unsecured | | | | SBG Universe Brands, LLC | 21-11209 |
| 11/11/2021 | 48 | Federal Insurance Company on its Own Behalf and on Behalf of All of the Chubb Companies | c/o Wendy M. Simkulak | Duane Morris LLP | 30 S. 17th Street | Philadelphia | PA | 19103 | | UNLIQUIDATED | General Unsecured | | | | SQBG, Inc. | 21-11195 |
| 11/11/2021 | 49 | Federal Insurance Company on its Own Behalf and on Behalf of All of the Chubb Companies | c/o Wendy M. Simkulak | Duane Morris LLP | 30 S. 17th Street | Philadelphia | PA | 19103 | | UNLIQUIDATED | General Unsecured | | | | Sequential Licensing, Inc. | 21-11196 |
| 11/11/2021 | 50 | Federal Insurance Company on its Own Behalf and on Behalf of All of the Chubb Companies | c/o Wendy M. Simkulak | Duane Morris LLP | 30 S. 17th Street | Philadelphia | PA | 19103 | | UNLIQUIDATED | General Unsecured | | | | William Rast Licensing, LLC | 21-11197 |
| 11/11/2021 | 51 | Federal Insurance Company on its Own Behalf and on Behalf of All of the Chubb Companies | c/o Wendy M. Simkulak | Duane Morris LLP | 30 S. 17th Street | Philadelphia | PA | 19103 | | UNLIQUIDATED | General Unsecured | | | | Heeling Sports Limited | 21-11198 |
| 11/11/2021 | 52 | Federal Insurance Company on its Own Behalf and on Behalf of All of the Chubb Companies | c/o Wendy M. Simkulak | Duane Morris LLP | 30 S. 17th Street | Philadelphia | PA | 19103 | | UNLIQUIDATED | General Unsecured | | | | Brand Matter, LLC | 21-11199 |
| 11/11/2021 | 53 | Federal Insurance Company on its Own Behalf and on Behalf of All of the Chubb Companies | c/o Wendy M. Simkulak | Duane Morris LLP | 30 S. 17th Street | Philadelphia | PA | 19103 | | UNLIQUIDATED | General Unsecured | | | | SBG FM, LLC | 21-11200 |
| 11/11/2021 | 54 | Federal Insurance Company on its Own Behalf and on Behalf of All of the Chubb Companies | c/o Wendy M. Simkulak | Duane Morris LLP | 30 S. 17th Street | Philadelphia | PA | 19103 | | UNLIQUIDATED | General Unsecured | | | | Galaxy Brands, LLC | 21-11201 |
| 11/11/2021 | 55 | Federal Insurance Company on its Own Behalf and on Behalf of All of the Chubb Companies | c/o Wendy M. Simkulak | Duane Morris LLP | 30 S. 17th Street | Philadelphia | PA | 19103 | | UNLIQUIDATED | General Unsecured | | | | TBM Company, Inc. (fka The Basketball Marketing Company, Inc.) | 21-11202 |
| 11/11/2021 | 56 | Federal Insurance Company on its Own Behalf and on Behalf of All of the Chubb Companies | c/o Wendy M. Simkulak | Duane Morris LLP | 30 S. 17th Street | Philadelphia | PA | 19103 | | UNLIQUIDATED | General Unsecured | | | | American Sporting Goods Corp. | 21-11203 |
| 11/11/2021 | 57 | Federal Insurance Company on its Own Behalf and on Behalf of All of the Chubb Companies | c/o Wendy M. Simkulak | Duane Morris LLP | 30 S. 17th Street | Philadelphia | PA | 19103 | | UNLIQUIDATED | General Unsecured | | | | LNT Brands, LLC | 21-11204 |
| 11/11/2021 | 58 | Federal Insurance Company on its Own Behalf and on Behalf of All of the Chubb Companies | c/o Wendy M. Simkulak | Duane Morris LLP | 30 S. 17th Street | Philadelphia | PA | 19103 | | UNLIQUIDATED | General Unsecured | | | | Joe's Holdings, LLC | 21-11205 |
| 11/11/2021 | 59 | Federal Insurance Company on its Own Behalf and on Behalf of All of the Chubb Companies | c/o Wendy M. Simkulak | Duane Morris LLP | 30 S. 17th Street | Philadelphia | PA | 19103 | | UNLIQUIDATED | General Unsecured | | | | Gaiam Brand Holdco, LLC | 21-11206 |
| 11/11/2021 | 60 | Federal Insurance Company on its Own Behalf and on Behalf of All of the Chubb Companies | c/o Wendy M. Simkulak | Duane Morris LLP | 30 S. 17th Street | Philadelphia | PA | 19103 | | UNLIQUIDATED | General Unsecured | | | | G. Americas Inc. (fka Gaiam Americas, Inc.) | 21-11207 |
| 11/11/2021 | 61 | Federal Insurance Company on its Own Behalf and on Behalf of All of the Chubb Companies | c/o Wendy M. Simkulak | Duane Morris LLP | 30 S. 17th Street | Philadelphia | PA | 19103 | | UNLIQUIDATED | General Unsecured | | | | SBG-Gaiam Holdings, LLC | 21-11208 |
| 10/14/2021 | 10 | Ford Models, Inc. | Accounting | 11 E 26th Street, FL14 | | New York | NY | 10010 | | $4,211.18 | General Unsecured | | | | Joe's Holdings, LLC | 21-11205 |
| 02/10/2022 | 103 | Franchise Tax Board | Bankruptcy Section MS A340 | PO Box 2952 | | Sacramento | CA | 95812-2952 | | UNLIQUIDATED | General Unsecured | | | | TBM Company, Inc. (fka The Basketball Marketing Company, Inc.) | 21-11202 |
| 02/10/2022 | 104 | Franchise Tax Board | Bankruptcy Section MS A340 | PO Box 2952 | | Sacramento | CA | 95812-2952 | | UNLIQUIDATED | General Unsecured | | | | Heeling Sports Limited | 21-11198 |

| Date Filed | Claim No. | Name | Creditor Notice Name | Address 1 | Address 2 | City | State | Zip | Country | Claim Amount | Nature | A | R | A/R Date | Debtor Name | Debtor Number |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/10/2022 | 105 | Franchise Tax Board | Bankruptcy Section MS A340 | PO Box 2952 | | Sacramento | CA | 95812-2952 | | UNLIQUIDATED | General Unsecured | | | | Sequential Licensing, Inc. | 21-11196 |
| 02/10/2022 | 106 | Franchise Tax Board | Bankruptcy Section MS A340 | PO Box 2952 | | Sacramento | CA | 95812-2952 | | UNLIQUIDATED | General Unsecured | | | | SQBG, Inc. | 21-11195 |
| 02/10/2022 | 107 | Franchise Tax Board | Bankruptcy Section MS A340 | PO Box 2952 | | Sacramento | CA | 95812-2952 | | UNLIQUIDATED | General Unsecured | | | | Sequential Brands Group, Inc. | 21-11194 |
| 02/10/2022 | 108 | Franchise Tax Board | Bankruptcy Section MS A340 | PO Box 2952 | | Sacramento | CA | 95812-2952 | | UNLIQUIDATED | General Unsecured | | | | G. Americas Inc. (fka Gaiam Americas, Inc.) | 21-11207 |
| 02/10/2022 | 109 | Franchise Tax Board | Bankruptcy Section MS A340 | PO Box 2952 | | Sacramento | CA | 95812-2952 | | UNLIQUIDATED | General Unsecured | | | | American Sporting Goods Corp. | 21-11203 |
| 02/25/2022 | 112 | Franchise Tax Board | Bankruptcy Section MS A340 | PO Box 2952 | | Sacramento | CA | 95812-2952 | | $2,086,446.17 | Priority | A | | 02/10/2022 | G. Americas Inc. (fka Gaiam Americas, Inc.) | 21-11207 |
| 02/25/2022 | 112 | Franchise Tax Board | Bankruptcy Section MS A340 | PO Box 2952 | | Sacramento | CA | 95812-2952 | | $360,269.80 | General Unsecured | A | | 02/10/2022 | G. Americas Inc. (fka Gaiam Americas, Inc.) | 21-11207 |
| 02/25/2022 | 113 | Franchise Tax Board | Bankruptcy Section MS A340 | PO Box 2952 | | Sacramento | CA | 95812-2952 | | $2,086,446.17 | Priority | A | | 02/10/2022 | American Sporting Goods Corp. | 21-11203 |
| 02/25/2022 | 113 | Franchise Tax Board | Bankruptcy Section MS A340 | PO Box 2952 | | Sacramento | CA | 95812-2952 | | $360,269.80 | General Unsecured | A | | 02/10/2022 | American Sporting Goods Corp. | 21-11203 |
| 02/25/2022 | 114 | Franchise Tax Board | Bankruptcy Section MS A340 | PO Box 2952 | | Sacramento | CA | 95812-2952 | | $2,086,446.17 | Priority | A | | 02/10/2022 | TBM Company, Inc. (fka The Basketball Marketing Company, Inc.) | 21-11202 |
| 02/25/2022 | 114 | Franchise Tax Board | Bankruptcy Section MS A340 | PO Box 2952 | | Sacramento | CA | 95812-2952 | | $360,269.80 | General Unsecured | A | | 02/10/2022 | TBM Company, Inc. (fka The Basketball Marketing Company, Inc.) | 21-11202 |
| 02/25/2022 | 115 | Franchise Tax Board | Bankruptcy Section MS A340 | PO Box 2952 | | Sacramento | CA | 95812-2952 | | $2,086,446.17 | Priority | A | | 02/10/2022 | Heeling Sports Limited | 21-11198 |
| 02/25/2022 | 115 | Franchise Tax Board | Bankruptcy Section MS A340 | PO Box 2952 | | Sacramento | CA | 95812-2952 | | $360,269.80 | General Unsecured | A | | 02/10/2022 | Heeling Sports Limited | 21-11198 |
| 02/25/2022 | 116 | Franchise Tax Board | Bankruptcy Section MS A340 | PO Box 2952 | | Sacramento | CA | 95812-2952 | | $2,086,446.17 | Priority | A | | 02/10/2022 | Sequential Brands Group, Inc. | 21-11194 |
| 02/25/2022 | 116 | Franchise Tax Board | Bankruptcy Section MS A340 | PO Box 2952 | | Sacramento | CA | 95812-2952 | | $360,269.80 | General Unsecured | A | | 02/10/2022 | Sequential Brands Group, Inc. | 21-11194 |
| 02/25/2022 | 117 | Franchise Tax Board | Bankruptcy Section MS A340 | PO Box 2952 | | Sacramento | CA | 95812-2952 | | $2,086,446.17 | Priority | A | | 02/10/2022 | SQBG, Inc. | 21-11195 |
| 02/25/2022 | 117 | Franchise Tax Board | Bankruptcy Section MS A340 | PO Box 2952 | | Sacramento | CA | 95812-2952 | | $360,269.80 | General Unsecured | A | | 02/10/2022 | SQBG, Inc. | 21-11195 |
| 02/25/2022 | 118 | Franchise Tax Board | Bankruptcy Section MS A340 | PO Box 2952 | | Sacramento | CA | 95812-2952 | | $2,086,446.17 | Priority | A | | 02/10/2022 | Sequential Licensing, Inc. | 21-11196 |
| 02/25/2022 | 118 | Franchise Tax Board | Bankruptcy Section MS A340 | PO Box 2952 | | Sacramento | CA | 95812-2952 | | $360,269.80 | General Unsecured | A | | 02/10/2022 | Sequential Licensing, Inc. | 21-11196 |
| 09/27/2021 | 7 | Hartford Fire Insurance Company | | Bankruptcy Unit, HO2-R, Home Office | | Hartford | CT | 06155 | | UNLIQUIDATED | General Unsecured | | | | Sequential Brands Group, Inc. | 21-11194 |
| 11/16/2021 | 64 | Howard Honig | | 6 Avon Road | | Warren | NJ | 07059 | | $23,860.54 | General Unsecured | | | | Sequential Brands Group, Inc. | 21-11194 |
| 04/07/2022 | 121 | Iron Mountain Information Management, LLC | | 1 Federal Street, 7th Floor | | Boston | MA | 02110 | | $2,146.53 | Admin Priority | | | | Sequential Brands Group, Inc. | 21-11194 |
| 01/24/2022 | 99 | Jake Byrne | | PO Box 615 | | Hayward | CA | 94543 | | $1,635.00 | General Unsecured | | | | Sequential Brands Group, Inc. | 21-11194 |
| 02/08/2022 | 102 | Jane R. Svoboda | | 27 Farm Rd North | | Wading River | NY | 11792 | | $486.00 | General Unsecured | | | 11/01/2021 | Sequential Brands Group, Inc. | 21-11194 |
| 10/26/2021 | 18 | Jeffrey A McLaughlin | | 330 West 28th Street, Apt 21J | | New York | NY | 10001 | | BLANK | General Unsecured | | | | Sequential Brands Group, Inc. | 21-11194 |
| 11/10/2021 | 27 | Jerome Younger | | 8711 Bancroft Ave | | Cleveland | OH | 44105 | | BLANK | General Unsecured | | | | Sequential Brands Group, Inc. | 21-11194 |
| 12/14/2021 | 91 | John R. Underwood | | 7 Eastview Dr | | Greenville | SC | 29605 | | $778.00 | Admin Priority | | | | SQBG, Inc. | 21-11195 |
| 11/03/2021 | 23 | Joon | Accounts Payable | 4300 W Lake Mary Blvd | #1010-346 | Lake Mary | FL | 32746 | | $191.69 | General Unsecured | | | | Sequential Brands Group, Inc. | 21-11194 |
| 12/10/2021 | 90 | Joseph Petkwitz | | 1611 Monte Vista | | Pasadena | CA | 91106 | | $12,000.00 | Priority | | | | Sequential Brands Group, Inc. | 21-11194 |
| 11/30/2021 | 80 | Ken Wigchert | Joshua Bordin-Wosk and Benjamin A. Sampson and Bordin Semmer LLP | 6100 Center Drive, Suite 1100 | | Los Angeles | CA | 90045 | | $2,000,000.00 | General Unsecured | | | | G. Americas Inc. (fka Gaiam Americas, Inc.) | 21-11207 |
| 11/30/2021 | 82 | Ken Wigchert | Joshua Bordin-Wosk and Benjamin A. Sampson and Bordin Semmer LLP | 6100 Center Drive, Suite 1100 | | Los Angeles | CA | 90045 | | $2,000,000.00 | General Unsecured | A | | 11/30/2021 | Sequential Brands Group, Inc. | 21-11194 |
| 11/17/2021 | 65 | KRISTINA DEGEORGE | | 34 FAIRVIEW ROAD | | CARMEL | NY | 10512 | | $500.00 | General Unsecured | | | | Sequential Brands Group, Inc. | 21-11194 |
| 03/12/2022 | 120 | Kristine DeKlotz | | 6804 Cottage Ridge Ct NE | | Cedar Rapids | IA | 52411 | | $766.14 | General Unsecured | | | | Sequential Brands Group, Inc. | 21-11194 |
| 11/22/2021 | 69 | Manfredi Fiuzzi | c/o James G. McCarney | McCarney Law P.C. | 29 Broadway, Suite 2700 | New York | NY | 10006 | | UNLIQUIDATED | General Unsecured | | | | G. Americas Inc. (fka Gaiam Americas, Inc.) | 21-11207 |
| 12/01/2021 | 85 | Marcia D Tompkins | Marcia Tompkins | 19 Lucius Court | | Milford | CT | 06461 | | $6,233.13 | General Unsecured | | | | Sequential Brands Group, Inc. | 21-11194 |
| 06/16/2022 | 124 | Marilee Brown and Marilou Brown | Marilee Brown | 45 Nives Ct | | Sparks | NV | 89441 | | $2,548.10 | General Unsecured | | | | Sequential Brands Group, Inc. | 21-11194 |
| 11/30/2021 | 81 | Martha Stewart Living Omnimedia, Inc. | James Langdon | 100 North Tryon Street, Suite 4700 | | Charlotte | NC | 28202 | | UNLIQUIDATED | General Unsecured | | | | Sequential Brands Group, Inc. | 21-11194 |

In re Sequential Brands Group, Inc., et al.
Case No. 21-11194 (JTD)

Page 3 of 5

| Date Filed | Claim No. | Name | Creditor Notice Name | Address 1 | Address 2 | City | State | Zip | Country | Claim Amount | Nature | A | R | A/R Date | Debtor Name | Debtor Number |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/14/2021 | 2 | Massachusetts Department of Revenue | Attn Bankruptcy Unit | PO Box 9564 | | Boston | MA | 02114-9564 | | $20,529.98 | Priority | | | | Sequential Brands Group, Inc. | 21-11194 |
| 09/14/2021 | 2 | Massachusetts Department of Revenue | Attn Bankruptcy Unit | PO Box 9564 | | Boston | MA | 02114-9564 | | $1,698.84 | General Unsecured | | | | Sequential Brands Group, Inc. | 21-11194 |
| 09/14/2021 | 3 | Massachusetts Department of Revenue | Attn Bankruptcy Unit | PO Box 9564 | | Boston | MA | 02114-9564 | | $1,402.88 | Priority | | | | Galaxy Brands, LLC | 21-11201 |
| 09/14/2021 | 3 | Massachusetts Department of Revenue | Attn Bankruptcy Unit | PO Box 9564 | | Boston | MA | 02114-9564 | | $460.37 | General Unsecured | | | | Galaxy Brands, LLC | 21-11201 |
| 06/01/2022 | 123 | MASSACHUSETTS DEPTARTMENT OF REVENUE | ATTN BANKRUPTCY UNIT | PO BOX 7090 | | BOSTON | MA | 02204-7090 | | $394.08 | Priority | A | | 09/07/2021 | Sequential Brands Group, Inc. | 21-11194 |
| 06/01/2022 | 123 | MASSACHUSETTS DEPTARTMENT OF REVENUE | ATTN BANKRUPTCY UNIT | PO BOX 7090 | | BOSTON | MA | 02204-7090 | | $1,554.50 | General Unsecured | A | | 09/07/2021 | Sequential Brands Group, Inc. | 21-11194 |
| 09/17/2021 | 4 | Mediant Communications Inc. | Finance Dept | 400 Regency Forest Drive, Suite 200 | | Cary | NC | 27518 | | $1,464.72 | General Unsecured | | | | Sequential Brands Group, Inc. | 21-11194 |
| 09/30/2021 | 8 | Michael Mankowski | | 359 Ortega Ridge Road | | Santa Barbara | CA | 93108 | | $51,531.09 | Priority | | | | Sequential Brands Group, Inc. | 21-11194 |
| 10/25/2021 | 15 | Michael Mankowski | | 359 Ortega Ridge Road | | Santa Barbara | CA | 93108 | | $27,045.99 | Priority | A | | 09/21/2021 | Sequential Brands Group, Inc. | 21-11194 |
| 12/06/2021 | 88 | Mr.Terry E. Oglesby | | 3159 Crump Ave | | Memphis | TN | 38112-1522 | | $886.36 | General Unsecured | | | | Sequential Brands Group, Inc. | 21-11194 |
| 12/06/2021 | 89 | Mrs. Jane Svoboda | | 27 Farm Rd N | | Wading River | NY | 11792-1711 | | $486.00 | General Unsecured | | | | Sequential Brands Group, Inc. | 21-11194 |
| 02/23/2022 | 110 | New Hampshire Department of Revenue Administration | | NH DRA | PO Box 457 | Concord | NH | 03302-0457 | | $7.62 | Priority | | | | Sequential Brands Group, Inc. | 21-11194 |
| 04/13/2023 | 127 | New Jersey Division of Taxation | State of New Jersey - Division of Taxation | 3 John Fitch Way, 5th Floor | PO Box 245 | Trenton | NJ | 08695 | | $12,500.00 | Priority | A | | 10/15/2021 | Sequential Brands Group, Inc. | 21-11194 |
| 11/19/2021 | 70 | New York State Department of Labor | | State Campus Bldg. 12, Room 256 | | Albany | NY | 12240 | | $0.00 | Priority | | | | Sequential Licensing, Inc. | 21-11196 |
| 09/13/2021 | 1 | New York State Department of Taxation and Finance | Bankruptcy Section | PO Box 5300 | | Albany | NY | 12205-0300 | | $404.82 | Priority | | | | Sequential Licensing, Inc. | 21-11196 |
| 09/13/2021 | 1 | New York State Department of Taxation and Finance | Bankruptcy Section | PO Box 5300 | | Albany | NY | 12205-0300 | | $10,800.00 | General Unsecured | | | | Sequential Licensing, Inc. | 21-11196 |
| 01/31/2022 | 101 | New York State Department of Taxation and Finance | Bankruptcy Section | PO Box 5300 | | Albany | NY | 12205-0300 | | $12,800.00 | General Unsecured | A | | 09/07/2021 | Sequential Licensing, Inc. | 21-11196 |
| 01/31/2022 | 101 | New York State Department of Taxation and Finance | Bankruptcy Section | PO Box 5300 | | Albany | NY | 12205-0300 | | $23,502.38 | Priority | A | | 09/07/2021 | Sequential Licensing, Inc. | 21-11196 |
| 04/19/2022 | 122 | New York State Department of Taxation and Finance | Bankruptcy Section | PO Box 5300 | | Albany | NY | 12205-0300 | | $2,700.00 | Admin Priority | | | | Sequential Licensing, Inc. | 21-11196 |
| 10/15/2021 | 11 | NJ Division of Taxation | Erica Hamlin | PO Box 245 | | Trenton | NJ | 08695 | | $149,894.44 | Priority | | | | Sequential Brands Group, Inc. | 21-11194 |
| 10/15/2021 | 12 | NJ Division of Taxation | Erica Hamlin | PO Box 245 | | Trenton | NJ | 08695 | | $4,000.00 | Priority | | | | TBM Company, Inc. (fka The Basketball Marketing Company, Inc.) | 21-11202 |
| 10/15/2021 | 13 | NJ Division of Taxation | Erica Hamlin | PO Box 245 | | Trenton | NJ | 08695 | | $75,000.00 | Priority | | | | American Sporting Goods Corp. | 21-11203 |
| 10/15/2021 | 14 | NJ Division of Taxation | Erica Hamlin | PO Box 245 | | Trenton | NJ | 08695 | | $77,500.00 | Priority | | | | Galaxy Brands, LLC | 21-11201 |
| 11/02/2021 | 67 | NYC Department of Finance | Attn Bankruptcy Unit | Tax, Audit and Enforcement Division | 375 Pearl Street | New York | NY | 10038 | | UNLIQUIDATED | Priority | | | | Sequential Brands Group, Inc. | 21-11194 |
| 10/07/2022 | 125 | Oregon Department of Revenue | | 955 Center St NE | | Salem | OR | 97301 | | $3,457.10 | Priority | | | | Sequential Brands Group, Inc. | 21-11194 |
| 11/17/2021 | 66 | Paul, Weiss, Rifkind, Wharton & Garrisson LLP | Attn Jeffrey D. Saferstein | 1285 Avenue of the Americas | | New York | NY | 10019-6064 | | $10,276.98 | General Unsecured | | | | Sequential Brands Group, Inc. | 21-11194 |
| 11/02/2021 | 21 | Peyton Penn | | 402 Watford Dr. | | Bloomington | IL | 61704 | | $984.30 | Priority | | | | Sequential Brands Group, Inc. | 21-11194 |
| 11/29/2021 | 74 | Phillips Nizer LLP | Jared Clark | 485 Lexington Avenue, 14th Floor | | New York | NY | 10017-2643 | | $42,178.00 | General Unsecured | | | | SQBG, Inc. | 21-11195 |
| 11/29/2021 | 75 | Phillips Nizer LLP | | 485 Lexington Avenue, 14th Floor | | New York | NY | 10017 | | $42,178.00 | General Unsecured | A | | 11/29/2021 | Sequential Brands Group, Inc. | 21-11194 |
| 11/03/2021 | 22 | Rafer Alston | | 3319 McMahon Lane | | Missouri City | TX | 77459 | | BLANK | General Unsecured | | | | Sequential Brands Group, Inc. | 21-11194 |
| 11/24/2021 | 78 | SAGI Enterprise | Angela N. Hsi | 30423 Canwood Street, Suite 117 | | Agoura Hills | CA | 91301 | | $10,159.20 | General Unsecured | | | | Sequential Brands Group, Inc. | 21-11194 |
| 12/17/2021 | 93 | Shengtao Yang | | 3 Warren Rd | | Woodbridge | CT | 06525 | | $652.26 | General Unsecured | | | | Sequential Brands Group, Inc. | 21-11194 |
| 12/03/2021 | 87 | Sherry E Scott | | 229 N Eastern, Apt E | | Moore | OK | 73160-6965 | | UNLIQUIDATED | General Unsecured | | | | Sequential Brands Group, Inc. | 21-11194 |
| 10/05/2021 | 9 | Simon Management Associates II, LLC | c/o Simon Property Group - Bankruptcy | 225 West Washington Street | | Indianapolis | IN | 46204 | | $41,334.00 | General Unsecured | | | | Sequential Brands Group, Inc. | 21-11194 |
| 11/23/2021 | 71 | Sindhuja Pusapati | | 326 Major Mackenzie Dr East, Unit 516 | | Richmond Hill | Ontario | L4C 8T4 | Canada | $6,480.84 | Secured | | | | Sequential Brands Group, Inc. | 21-11194 |
| 11/05/2021 | 25 | Siu Lin Lau | | 72 Seminole Avenue | | San Francisco | CA | 94112 | | BLANK | General Unsecured | | | | Sequential Brands Group, Inc. | 21-11194 |

In re Sequential Brands Group, Inc., et al.
Case No. 21-11194 (JTD)

Page 4 of 5

| Date Filed | Claim No. | Name | Creditor Notice Name | Address 1 | Address 2 | City | State | Zip | Country | Claim Amount | Nature | A | R | A/R Date | Debtor Name | Debtor Number |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/09/2021 | 26 | Spectrum | | 1600 Dublin Rd | | Columbus | OH | 43215 | | $541.59 | General Unsecured | | | | Sequential Brands Group, Inc. | 21-11194 |
| 12/21/2021 | 97 | State of Connecticut/Department of Revenue Services | | 450 Columbus Blvd., Ste. 1 | | Hartford | CT | 06103-1837 | | $1,750.00 | Admin Priority | | | | Sequential Brands Group, Inc. | 21-11194 |
| 11/29/2022 | 126 | State of Connecticut/Department of Revenue Services | | 450 Columbus Blvd., Ste. 1 | | Hartford | CT | 06103-1837 | | $12,110.86 | Admin Priority | A | | 12/21/2021 | Sequential Brands Group, Inc. | 21-11194 |
| 01/21/2022 | 98 | State of Minnesota, Department of Revenue | Minnesota Revenue | PO Box 64447 - BKY | | St Paul | MN | 55164-0447 | | $212.36 | Priority | | | | Sequential Brands Group, Inc. | 21-11194 |
| 01/21/2022 | 98 | State of Minnesota, Department of Revenue | Minnesota Revenue | PO Box 64447 - BKY | | St Paul | MN | 55164-0447 | | $12.74 | General Unsecured | | | | Sequential Brands Group, Inc. | 21-11194 |
| 12/28/2021 | 95 | Swing Media Inc | | 7421 Beverly Blvd, Suite 13 | | Los Angeles | CA | 90036 | | $95,225.00 | General Unsecured | | | | Sequential Brands Group, Inc. | 21-11194 |
| 11/29/2021 | 76 | Symphony Investment Partners | Paul R. Milone | 3220 N Street NW, Suite 147 | | Washington | DC | 20007 | | $35,500.00 | General Unsecured | | | | Sequential Brands Group, Inc. | 21-11194 |
| 10/26/2021 | 17 | Symphony Investment Partners | | 359 Ortega Ridge Road | | Santa Barbara | CA | 93108 | | $35,500.00 | General Unsecured | | | | Sequential Brands Group, Inc. | 21-11194 |
| 11/02/2021 | 20 | Victoria C. Ashton | | 527 West Lyon Farm Drive | | Greenwich | CT | 06831 | | $6,588.43 | Admin Priority | | | | Sequential Brands Group, Inc. | 21-11194 |
| 11/26/2021 | 73 | Walmart Inc. | c/o George Yu-Fu King | 900 Jackson Street, Ste 570 | | Dallas | TX | 75202 | | UNLIQUIDATED | General Unsecured | | | | Sequential Brands Group, Inc. | 21-11194 |
| 11/30/2021 | 83 | Wood, Herron & Evans LLP | | 2700 Carew Tower | 441 Vine Street | Cincinnati | OH | 45202-2917 | | $114,815.76 | General Unsecured | | | | Sequential Brands Group, Inc. | 21-11194 |

In re Sequential Brands Group, Inc., et al.
Case No. 21-11194 (JTD)

Page 5 of 5