# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| SEQUENTIAL BRANDS GROUP, INC.,[1] | ) Case No. 21-11194 (JTD) |
| | ) |
| Debtor. | ) (Jointly Administered) |
| | ) **Ref. Docket No. 698** |

## ORDER FURTHER EXTENDING DEADLINE TO OBJECT TO CLAIMS

Upon consideration of the *Motion for Further Extension of Deadline to Object to Claims* (the "Motion") filed by Drivetrain LLC, in its capacity as trustee of the liquidating trust (the "Liquidating Trustee") for the above-captioned debtors and debtors in possession, and it appearing that good cause exists to grant the relief requested by the Motion,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED as set forth herein.

2. The time period to file and serve objections to claims in these cases (the "Claims Objection Deadline") is extended through and including **July 1, 2024**, without prejudice to the rights of the Liquidating Trustee to request further extensions of the Claims Objection Deadline.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Sequential Brands Group, Inc. (2789), SQBG, Inc. (9546), Sequential Licensing, Inc. (7108), William Rast Licensing, LLC (4304), Heeling Sports Limited (0479), Brand Matter, LLC (1258), SBG FM, LLC (8013), Galaxy Brands LLC (9583), The Basketball Marketing Company, Inc. (7003), American Sporting Goods Corporation (1696), LNT Brands LLC (3923), Joe's Holdings LLC (3085), Gaiam Brand Holdco, LLC (1581), Gaiam Americas, Inc. (8894), SBG-Gaiam Holdings, LLC (8923), SBG Universe Brands, LLC (4322), and GBT Promotions LLC (7003). The mailing address for each Debtor is 105 E. 34th Street, #249, New York, NY 10016. On September 26, 2022, the Court entered an order [Docket No. 646] closing the chapter 11 cases of the Debtors other than Case No. 21-11194 (JTD), *Sequential Brands Group, Inc.*

DE:4881-2230-3381.3 78080.002

3. All time periods set forth in this Order shall be calculated in accordance with Bankruptcy Rule 9006(a).

4. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation of this Order.

**Dated: January 18th, 2024**
**Wilmington, Delaware**

JOHN T. DORSEY
UNITED STATES BANKRUPTCY JUDGE