**PLEASE CAREFULLY REVIEW THIS OBJECTION AND THE ATTACHMENTS HERETO TO DETERMINE WHETHER THIS OBJECTION AFFECTS YOUR CLAIM.**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| SEQUENTIAL BRANDS GROUP, INC.,[3] | ) | Case No. 21-11194 (MFW) |
| Debtor. | ) | (Jointly Administered) |

**Hearing Date: Hearing Date: to be scheduled if necessary**
**Objection Deadline: September 18, 2026 at 4:00 p.m. (prevailing Eastern time)**

**NOTICE OF FIRST OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE LIQUIDATING TRUSTEE TO CERTAIN: (A) AMENDED AND SUPERSEDED CLAIMS; (B) SHAREHOLDER/EQUITY CLAIMS;AND (C) INSUFFICIENT DOCUMENTATION CLAIMS**

**PLEASE TAKE NOTICE** that on August 28, 2026, Drivetrain LLC, as liquidating trustee of the SBGI Liquidating Trust appointed in the chapter 11 cases of the above-captioned debtors (the "Debtors"), filed the attached *First Omnibus Objection (Non-Substantive) of the Liquidating Trustee to Certain: (A) Amended and Superseded Claims; (B) Shareholder/Equity Claims; and (C) Insufficient Documentation Claims* (the "First Omnibus Objection") with the United States Bankruptcy Court for the District of Delaware (the "Court"), objecting to your claim(s) in these bankruptcy cases. Substantive rights may be affected. Your claim(s) may be disallowed and expunged as a result of the First Omnibus Objection. Therefore, you should read the First Omnibus Objection carefully. If you do not want the Court to disallow or expunge your claim(s), then you or your attorney must: (i) file a written response (a "Response") to the First Omnibus Objection with the Court, as set forth in the First Omnibus Objection; and (ii) serve the Response so that it is actually received by the undersigned counsel to the Liquidating Trustee **on or before September 18, 2026 at 4:00 p.m. (ET)**.

**PLEASE TAKE FURTHER NOTICE** that if no Response to the First Omnibus Objection is timely filed, served, and received in accordance with the above procedures, an order may be entered granting the relief requested in the First Omnibus Objection without further notice

[3] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Sequential Brands Group, Inc. (2789), SQBG, Inc. (9546), Sequential Licensing, Inc. (7108), William Rast Licensing, LLC (4304), Heeling Sports Limited (0479), Brand Matter, LLC (1258), SBG FM, LLC (8013), Galaxy Brands LLC (9583), The Basketball Marketing Company, Inc. (7003), American Sporting Goods Corporation (1696), LNT Brands LLC (3923), Joe's Holdings LLC (3085), Gaiam Brand Holdco, LLC (1581), Gaiam Americas, Inc. (8894), SBG-Gaiam Holdings, LLC (8923), SBG Universe Brands, LLC (4322), and GBT Promotions LLC (7003). The mailing address for each Debtor is 105 E. 34th Street, #249, New York, NY 10016. On September 26, 2022, 2022, the Court entered an order [Docket No. 646] closing the chapter 11 cases of the Debtors other than Case No. 21-11194 (JTD), *Sequential Brands Group, Inc.*

or hearing. If a Response to the First Omnibus Objection is timely filed, served, and received in accordance with the above procedures, a telephonic hearing on the First Omnibus Objection and the Response will be held before The Honorable Mary F. Walrath, United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 4, Wilmington, Delaware 19801 at a date and time to be determined. Only a Response made in writing and timely filed and received will be considered by the Court.

**IF YOU FAIL TO FILE A RESPONSE IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE FIRST OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: August 28, 2026

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Timothy P. Cairns*

Laura Davis Jones (DE Bar No. 2436)
Timothy P. Cairns (DE Bar No. 4228)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: ljones@pszjlaw.com
tcairns@pszjlaw.com

*Counsel to the Liquidating Trustee*