# EXHIBIT A

## Proposed Order

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| SEQUENTIAL BRANDS GROUP, INC.,[1] | ) | Case No. 21-11194 (MFW) |
| Debtor. | ) | (Jointly Administered) |
| | ) | **Re: Docket No. ____** |

**ORDER SUSTAINING FIRST OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE LIQUIDATING TRUSTEE TO CERTAIN: (A) AMENDED AND SUPERSEDED CLAIMS; (B) SHAREHOLDER/EQUITY CLAIMS;AND (C) INSUFFICIENT DOCUMENTATION CLAIMS**

Upon consideration of the *First Omnibus Objection (Non-Substantive) of the Liquidating Trustee to Certain: (A) Amended and Superseded Claims; (B) Shareholder/Equity Claims; and (C) Insufficient Documentation Claims* (the "First Omnibus Objection")[2] in the above-captioned Chapter 11 Cases, pursuant to section 502 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 3007-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), for entry of an order disallowing certain proofs of claim, all as more fully set forth in the Objection; and the Court having considered the Declaration in support thereof; and the United States District Court for the

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Sequential Brands Group, Inc. (2789), SQBG, Inc. (9546), Sequential Licensing, Inc. (7108), William Rast Licensing, LLC (4304), Heeling Sports Limited (0479), Brand Matter, LLC (1258), SBG FM, LLC (8013), Galaxy Brands LLC (9583), The Basketball Marketing Company, Inc. (7003), American Sporting Goods Corporation (1696), LNT Brands LLC (3923), Joe's Holdings LLC (3085), Gaiam Brand Holdco, LLC (1581), Gaiam Americas, Inc. (8894), SBG-Gaiam Holdings, LLC (8923), SBG Universe Brands, LLC (4322), and GBT Promotions LLC (7003). The mailing address for each Debtor is 105 E. 34th Street, #249, New York, NY 10016. On September 26, 2022, 2022, the Court entered an order [Docket No. 646] closing the chapter 11 cases of the Debtors other than Case No. 21-11194 (JTD), *Sequential Brands Group, Inc.*

[2] Capitalized terms used but not otherwise herein defined shall have the meanings ascribed to such terms in the Objection.

District of Delaware having jurisdiction over this matter pursuant to 28 U.S.C. § 1334, which was referred to this Court under 28 U.S.C. § 157 pursuant to the *Amended Standing Order of Reference from the United States District Court for the District of Delaware*, dated February 29, 2012; and the Court also having jurisdiction over this matter pursuant to Article XII of the Plan; and consideration of the Objection and the requested relief being a core proceeding within the meaning of 28 U.S.C. § 157(b)(2); and venue being proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Objection having been provided to the parties listed therein, and it appearing that no other or further notice need be provided; and the Court having reviewed the Objection; and the Court having determined that the legal and factual bases set forth in the Objection establish just cause for the relief granted herein; and it appearing that the relief requested in the Objection is in the best interests of the Debtors' estates, creditors, and all parties in interest; and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. Any response to the First Omnibus Objection not otherwise withdrawn, resolved, or adjourned is hereby overruled.

2. The official claims register in the Chapter 11 Cases shall be modified in accordance with this Order.

3. The Amended and Superseded Claims listed on **Schedule 1** attached to this Order are hereby disallowed and expunged in their entirety.

4. The Shareholder/Equity Claims listed on **Schedule 2** attached to this Order are hereby disallowed and expunged in their entirety.

5. The Insufficient Documentation Claims listed on **Schedule 3** attached to this Order are hereby disallowed and expunged in their entirety.

6. The Liquidating Trustee's right to amend, modify, or supplement the First Omnibus Objection, to file additional objections to any other claims (filed or not) that may be asserted, and to seek further reduction of any claim to the extent such claim has been paid, or for any other reason, are reserved and preserved.

7. All rights of the Liquidating Trustee to object to any claim at a later date, including the claims that are the subject of this First Omnibus Objection, on any basis whatsoever, substantively or non-substantively, are reserved and preserved.

8. The Liquidating Trustee further reserves all rights to use any available defenses under section 502 of the Bankruptcy Code, or otherwise, to set off, or recoup against, or otherwise reduce all or any part of any claim. Further, any and all affirmative claims are specifically reserved and preserved and are not adversely affected by this Order.

9. Each of the claims and the objections by the Liquidating Trustee to such claims, as set forth on **Schedules 1, 2, and 3** attached hereto, constitutes a separate contested matter as contemplated by Bankruptcy Rule 9014 and Local Rule 3007-1. This Order shall be deemed a separate Order with respect to each such claim. Any stay of this Order pending appeal by any claimants whose claims are subject to this Order shall only apply to the contested matter that involves such claimant and shall not act to stay the applicability or finality of this Order with respect to the other contested matters listed in the Objection or this Order.

10. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

11. The Liquidating Trustee is authorized to take all actions necessary to effectuate the relief granted pursuant to this Order and to seek additional relief as is necessary in the future.

12. The Clerk of the Court is authorized to take all steps necessary or appropriate to carry out this Order.

13. The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

# <u>SCHEDULE 1</u>

## Amended and Superseded Claims

**Amended Claims**
**Sequential Brands Group, Inc., et al.**
**Case No.: 21-11194**

| | Creditor Name and Address | Claim Filed Date | Claim No. to Disallow | Debtor Name | Claim Amount | Claim Type | Creditor Name and Address | Claim Filed Date | Claim No. to Allow | Debtor Name | Claim Amount | Claim Type | Basis for Claim Objection |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Franchise Tax Board<br>Bankruptcy Section MS A340<br>P.O. Box 2952<br>Sacramento, CA 95812 | 2/25/2022 | 112 | G. Americas Inc. (kka Gaiam Americas, Inc.) | $2,086,445.17 | Priority | Franchise Tax Board<br>Bankruptcy Section MS A340<br>P.O. Box 2952<br>Sacramento, CA 95812 | 1/4/2024 | 133 | G. Americas Inc. (kka Gaiam Americas, Inc.) | Unliquidated | Priority | Claim 112 was Amended by Claim 133. Claim 112 is disallowed and expunged in its entirety. |
| 2 | Franchise Tax Board<br>Bankruptcy Section MS A340<br>P.O. Box 2952<br>Sacramento, CA 95812 | 2/25/2022 | 113 | American Sporting Goods Corp. | $2,086,445.17 | Priority | Franchise Tax Board<br>Bankruptcy Section MS A340<br>P.O. Box 2952<br>Sacramento, CA 95812 | 1/4/2024 | 131 | American Sporting Goods Corp. | Unliquidated | Priority | Claim 113 was Amended by Claim 131. Claim 113 is disallowed and expunged in its entirety. |
| 3 | Franchise Tax Board<br>Bankruptcy Section MS A340<br>P.O. Box 2952<br>Sacramento, CA 95812 | 2/25/2022 | 114 | TBM Company, Inc. (fka The Basketball Marketing Company, Inc.) | $2,086,445.17 | Priority | Franchise Tax Board<br>Bankruptcy Section MS A340<br>P.O. Box 2952<br>Sacramento, CA 95812 | 1/4/2024 | 134 | TBM Company, Inc. (fka The Basketball Marketing Company, Inc.) | Unliquidated | Priority | Claim 114 was Amended by Claim 134. Claim 114 is disallowed and expunged in its entirety. |
| 4 | Franchise Tax Board<br>Bankruptcy Section MS A340<br>P.O. Box 2952<br>Sacramento, CA 95812 | 2/25/2022 | 115 | Heeling Sports Limited | $2,086,445.17 | Priority | Franchise Tax Board<br>Bankruptcy Section MS A340<br>P.O. Box 2952<br>Sacramento, CA 95812 | 1/4/2024 | 130 | Heeling Sports Limited | Unliquidated | Priority | Claim 115 was Amended by Claim 130. Claim 115 is disallowed and expunged in its entirety. |
| 5 | Franchise Tax Board<br>Bankruptcy Section MS A340<br>P.O. Box 2952<br>Sacramento, CA 95812 | 2/25/2022 | 116 | Sequential Brands Group, Inc. | $2,086,445.17 | Priority | Franchise Tax Board<br>Bankruptcy Section MS A340<br>P.O. Box 2952<br>Sacramento, CA 95812 | 1/4/2024 | 129 | Sequential Brands Group, Inc. | Unliquidated | Priority | Claim 116 was Amended by Claim 129. Claim 116 is disallowed and expunged in its entirety. |
| 6 | Franchise Tax Board<br>Bankruptcy Section MS A340<br>P.O. Box 2952<br>Sacramento, CA 95812 | 2/25/2022 | 117 | SQBG, Inc. | $2,086,445.17 | Priority | Franchise Tax Board<br>Bankruptcy Section MS A340<br>P.O. Box 2952<br>Sacramento, CA 95812 | 1/4/2024 | 132 | SQBG, Inc. | Unliquidated | Priority | Claim 117 was Amended by Claim 132. Claim 117 is disallowed and expunged in its entirety. |
| 7 | Franchise Tax Board<br>Bankruptcy Section MS A340<br>P.O. Box 2952<br>Sacramento, CA 95812 | 2/25/2022 | 118 | Sequential Licensing, Inc. | $2,086,445.17 | Priority | Franchise Tax Board<br>Bankruptcy Section MS A340<br>P.O. Box 2952<br>Sacramento, CA 95812 | 1/4/2024 | 128 | Sequential Licensing, Inc. | Unliquidated | Priority | Claim 118 was Amended by Claim 128. Claim 118 is disallowed and expunged in its entirety. |
| 8 | Franchise Tax Board<br>Bankruptcy Section MS A340<br>P.O. Box 2952<br>Sacramento, CA 95812 | 1/4/2024 | 128 | Sequential Licensing, Inc. | Unliquidated | Priority | Franchise Tax Board<br>Bankruptcy Section MS A340<br>P.O. Box 2952<br>Sacramento, CA 95812 | 1/22/2024 | 135 | Sequential Licensing, Inc. | Unliquidated | Priority | Claim 128 was Amended by Claim 135. Claim 128 is disallowed and expunged in its entirety. |
| 9 | Franchise Tax Board<br>Bankruptcy Section MS A340<br>P.O. Box 2952<br>Sacramento, CA 95812 | 1/4/2024 | 129 | Sequential Brands Group, Inc. | Unliquidated | Priority | Franchise Tax Board<br>Bankruptcy Section MS A340<br>P.O. Box 2952<br>Sacramento, CA 95812 | 2/11/2025 | 142 | Sequential Brands Group, Inc. | $0.00 | Priority | Claim 129 was Amended by Claim 142. Claim 129 is disallowed and expunged in its entirety. |
| 10 | Franchise Tax Board<br>Bankruptcy Section MS A340<br>P.O. Box 2952 | 1/4/2024 | 130 | Heeling Sports Limited | Unliquidated | Priority | Franchise Tax Board<br>Bankruptcy Section MS A340<br>P.O. Box 2952 | 2/11/2025 | 139 | Heeling Sports Limited | $0.00 | Priority | Claim 130 was Amended by Claim 139. Claim 130 is disallowed and expunged in its entirety. |

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Sacramento, CA 95812 | | | | | | Sacramento, CA 95812 | | | | | | |
| 11 | Franchise Tax Board<br>Bankruptcy Section MS A340<br>P.O. Box 2952<br>Sacramento, CA 95812 | 1/4/2024 | 131 | American Sporting Goods Corp. | Unliquidated | Priority | Franchise Tax Board<br>Bankruptcy Section MS A340<br>P.O. Box 2952<br>Sacramento, CA 95812 | 2/11/2025 | 140 | American Sporting Goods Corp. | $0.00 | Priority | Claim 131 was Amended by Claim 140. Claim 131 is disallowed and expunged in its entirety. |
| 12 | Franchise Tax Board<br>Bankruptcy Section MS A340<br>P.O. Box 2952<br>Sacramento, CA 95812 | 1/4/2024 | 132 | SQBG, Inc. | Unliquidated | Priority | Franchise Tax Board<br>Bankruptcy Section MS A340<br>P.O. Box 2952<br>Sacramento, CA 95812 | 2/11/2025 | 141 | SQBG, Inc. | $0.00 | Priority | Claim 132 was Amended by Claim 141. Claim 132 is disallowed and expunged in its entirety. |
| 13 | Franchise Tax Board<br>Bankruptcy Section MS A340<br>P.O. Box 2952<br>Sacramento, CA 95812 | 1/4/2024 | 133 | G. Americas Inc. (kka Gaiam Americas, Inc.) | Unliquidated | Priority | Franchise Tax Board<br>Bankruptcy Section MS A340<br>P.O. Box 2952<br>Sacramento, CA 95812 | 2/11/2025 | 137 | G. Americas Inc. (kka Gaiam Americas, Inc.) | $0.00 | Priority | Claim 133 was Amended by Claim 137. Claim 133 is disallowed and expunged in its entirety. |
| 14 | Franchise Tax Board<br>Bankruptcy Section MS A340<br>P.O. Box 2952<br>Sacramento, CA 95812 | 1/4/2024 | 134 | TBM Company, Inc. (fka The Basketball Marketing Company, Inc.) | Unliquidated | Priority | Franchise Tax Board<br>Bankruptcy Section MS A340<br>P.O. Box 2952<br>Sacramento, CA 95812 | 2/11/2025 | 138 | TBM Company, Inc. (fka The Basketball Marketing Company, Inc.) | $0.00 | Priority | Claim 134 was Amended by Claim 138. Claim 134 is disallowed and expunged in its entirety. |
| 15 | Franchise Tax Board<br>Bankruptcy Section MS A340<br>P.O. Box 2952<br>Sacramento, CA 95812 | 1/4/2024 | 135 | Sequential Licensing, Inc. | Unliquidated | Priority | Franchise Tax Board<br>Bankruptcy Section MS A340<br>P.O. Box 2952<br>Sacramento, CA 95812 | 2/11/2025 | 143 | Sequential Licensing, Inc. | $0.00 | Priority | Claim 135 was Amended by Claim 143. Claim 135 is disallowed and expunged in its entirety. |
| 16 | Massachusetts Department of Revenue<br>Attn: Bankruptcy Unit<br>P.O. Box 9564<br>Boston, MA 02114 | 9/14/2021 | 2 | Sequential Brands Group, Inc. | $20,529.98 | Priority | Massachusette Department of Revenue<br>Attn: Bankruptcy Unit<br>P.O. Box 7090<br>Boston, MA 02204 | 6/1/2022 | 123 | Sequential Brands Group, Inc. | $394.08 | Priority | Claim 2 was Amended by Claim 123. Claim 2 is disallowed and expunged in its entirety. |
| 17 | Michael Mankowski<br>359 Ortega Ridge Road<br>Santa Barbara, CA 93108 | 9/30/2021 | 8 | Sequential Brands Group, Inc. | $51,531.09 | Priority | Michael Mankowski<br>359 Ortega Ridge Road<br>Santa Barbara, CA 93108 | 10/25/2021 | 15 | Sequential Brands Group, Inc. | $27,045.99 | Priority | Claim 8 was Amended by Claim 15. Claim 8 is disallowed and expunged in its entirety. |
| 18 | NJ Division of Taxation<br>Attn: Erica Hamlin<br>P.O. Box 245<br>Trenton, NJ 08695 | 10/15/2021 | 11 | Sequential Brands Group, Inc. | $149,894.44 | Priority | New Jersey Division of Taxation<br>3 John Fitch Way, 5th Floor<br>P.O. Box 245<br>Trenton, NJ 08695 | 4/13/2023 | 127 | Sequential Brands Group, Inc. | $12,500.00 | Priority | Claim 11 was Amended by Claim 127. Claim 11 is disallowed and expunged in its entirety. |
| 19 | New York State Department of Taxation<br>Attn: Bankruptcy Section<br>P.O. Box 5300<br>Albany, NY 12205 | 9/13/2021 | 1 | Sequential Licensing, Inc. | $404.82 | Priority | New York State Department of Taxation<br>Attn: Bankruptcy Section<br>P.O. Box 5300<br>Albany, NY 12205 | 1/31/2022 | 101 | Sequential Licensing, Inc. | $23,502.38 | Priority | Claim 1 was Amended by Claim 101. Claim 1 is disallowed and expunged in its entirety. |
| 20 | New York State Department of Taxation<br>Attn: Bankruptcy Section<br>P.O. Box 5300<br>Albany, NY 12205 | 1/31/2022 | 101 | Sequential Licensing, Inc. | $23,502.38 | Priority | New York State Department of Taxation<br>Attn: Bankruptcy Section<br>P.O. Box 5300<br>Albany, NY 12205 | 12/6/2024 | 136 | Sequential Licensing, Inc. | $17,975.05 | Priority | Claim 101 was Amended by Claim 136. Claim 101 is disallowed and expunged in its entirety. |
| 21 | State of Connecticut/Department of Revenue Services<br>450 Columbus Blvd., Suite 1<br>Hartford, CT 06103 | 12/21/2021 | 97 | Sequential Brands Group, Inc. | $1,750.00 | Admin Priority | State of Connecticut/Department of Revenue Services<br>450 Columbus Blvd., Suite 1<br>Hartford, CT 06103 | 11/29/2022 | 126 | Sequential Brands Group, Inc. | $12,110.86 | Admin Priority | Claim 97 was Amended by Claim 126. Claim 97 is disallowed and expunged in its entirety. |

# SCHEDULE 2

## Shareholder/Equity Claims

# Equity Claims
# Sequential Brands Group, Inc., et al.
# Case No.: 21-11194

| | Creditor Name and Address | Claim Filed Date | Claim No. to Disallow | Debtor Name | Claim Amount | Claim Type | | Basis for Claim Objection |
|---|---|---|---|---|---|---|---|---|
| 1 | Amyr Naeem LLP<br>5233 Bellaire Blvd., #246<br>Bellaire, TX 77401 | 12/27/2021 | 94 | Sequential Brands Group, Inc. | $137,104.00 | Priority | | Per the Plan, holders of Equity Interest shall not receive any distribution or retain any property. Accordingly, the Claim should be disallowed and expunged in its entirety. |
| 2 | John R. Underwood<br>7 Eastview Drive<br>Greenville, SC 29605 | 12/14/2021 | 91 | Sequential Brands Group, Inc. | $778.00 | Admin Priority | | Per the Plan, holders of Equity Interest shall not receive any distribution or retain any property. Accordingly, the Claim should be disallowed and expunged in its entirety. |
| 3 | Peyton Penn<br>402 Watford Drive<br>Bloomington, IL 61704 | 11/2/2021 | 21 | Sequential Brands Group, Inc. | $984.30 | Priority | | Per the Plan, holders of Equity Interest shall not receive any distribution or retain any property. Accordingly, the Claim should be disallowed and expunged in its entirety. |
| 4 | Sindhuja Pusapati<br>326 Major Mackenzie Dr. East, Unit 516<br>Richmond Hill, Ontario L4C 8T4<br>Canada | 11/23/2021 | 71 | Sequential Brands Group, Inc. | $6,480.84 | Secured | | Per the Plan, holders of Equity Interest shall not receive any distribution or retain any property. Accordingly, the Claim should be disallowed and expunged in its entirety. |
| 5 | Victoria C. Ashton<br>527 West Lyon Farm Drive<br>Greenwich, CT 06831 | 11/2/2021 | 20 | Sequential Brands Group, Inc. | $6,588.43 | Admin Priority | | Per the Plan, holders of Equity Interest shall not receive any distribution or retain any property. Accordingly, the Claim should be disallowed and expunged in its entirety. |

# SCHEDULE 3

## Insufficient Documentation Claims

# No Documentation Claims
# Sequential Brands Group, Inc., et al.
# Case No.: 21-11194

| | Creditor Name and Address | Claim Filed Date | Claim No. to Disallow | Debtor Name | Claim Amount | Claim Type | | Basis for Claim Objection |
|---|---|---|---|---|---|---|---|---|
| 1 | Joseph Petkwitz<br>1611 Monte Vista<br>Pasadena, CA 91106 | 12/10/2021 | 90 | Sequential Brands Group, Inc. | $12,000.00 | Priority | | Claimant failed to provide any documentation or other information to support a claim. Therefore, Claim should be disallowed. |

# EXHIBIT B

## Declaration

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| SEQUENTIAL BRANDS GROUP, INC.,[1] | ) | Case No. 21-11194 (MFW) |
| Debtor. | ) | (Jointly Administered) |

**DECLARATION OF THOMAS G. FITZGERALD IN SUPPORT OF FIRST OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE LIQUIDATING TRUSTEE TO CERTAIN: (A) AMENDED AND SUPERSEDED CLAIMS; (B) SHAREHOLDER/EQUITY CLAIMS;AND (C) INSUFFICIENT DOCUMENTATION CLAIMS**

Thomas G. FitzGerald makes this Declaration pursuant to 28 U.S.C. § 1746:

1. I am an authorized signatory of Drivetrain LLC, the Liquidating Trustee of the SBGI Liquidating Trust, created pursuant to the *First Amended Joint Plan of Liquidation of Sequential Brands Group, Inc. and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code* [D.I. 380] (together with all exhibits thereto, and as may be amended, modified, or supplemented, the "Plan").[2] I am generally familiar with the business and financial affairs of the above-captioned debtors and debtors in possession (the "Debtors" or the "Company"), as well as the Debtors' books and records. I am above 18 years of age and competent to testify.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Sequential Brands Group, Inc. (2789), SQBG, Inc. (9546), Sequential Licensing, Inc. (7108), William Rast Licensing, LLC (4304), Heeling Sports Limited (0479), Brand Matter, LLC (1258), SBG FM, LLC (8013), Galaxy Brands LLC (9583), The Basketball Marketing Company, Inc. (7003), American Sporting Goods Corporation (1696), LNT Brands LLC (3923), Joe's Holdings LLC (3085), Gaiam Brand Holdco, LLC (1581), Gaiam Americas, Inc. (8894), SBG-Gaiam Holdings, LLC (8923), SBG Universe Brands, LLC (4322), and GBT Promotions LLC (7003). The mailing address for each Debtor is 105 E. 34th Street, #249, New York, NY 10016. On September 26, 2022, 2022, the Court entered an order [Docket No. 646] closing the chapter 11 cases of the Debtors other than Case No. 21-11194 (JTD), *Sequential Brands Group, Inc.*

[2] Section IV.B.6 of the Plan provides that the Liquidating Trustee shall have the power and authority to: (i) prosecute and resolve (a) objections to Claims and (b) subject to obtaining necessary approval of the Bankruptcy Court, any claims for equitable subordination and recharacterization in connection with such objections; and (ii) prosecute, resolve, and satisfy Administrative/Priority Claims and Other Secured Claims. The Effective Date of the Plan occurred on March 3, 2022.

2. I submit this declaration (the "Declaration") in support of the *First Omnibus Objection (Non-Substantive) of the Liquidating Trustee to Certain: (A) Amended and Superseded Claims; (B) Shareholder/Equity Claims; and (C) Insufficient Documentation Claims* (the "First Omnibus Objection").[3]

3. I have reviewed the First Omnibus Objection, and I am familiar, directly or through other personnel, agents, and attorneys, with the information contained therein and in the exhibits and schedules attached thereto. To the best of my knowledge, information, and belief, the information contained in the First Omnibus Objection and the exhibits and schedules thereto is true and accurate.

**A. Amended and Superseded Claims**

4. To the best of my knowledge and belief, and based on the information and records available to me, the claims listed on **Schedule 1** to the Proposed Order have been amended and superseded by subsequently filed Proofs of Claim. Therefore, the claims listed on **Schedule 1** to the Proposed Order should be disallowed and expunged.

**B. Shareholder/Equity Claims**

5. To the best of my knowledge and belief, and based on the information and records available to me, the claims listed on **Schedule 2** to the Proposed Order assert claims by shareholders in connection with the ownership of stock and thus constitute equity interests and not secured, priority, or general unsecured claims. Pursuant to Article 3.B of the Plan, Existing Parent Equity Interests (Class 8) were canceled and extinguished, and holders of such interests shall not receive any distribution or retain any property under the Plan. Therefore, the claims listed on **Schedule 2** to the Proposed Order should be disallowed and expunged.

[3] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Objection.

**C. Insufficient Documentation Claims**

6. To the best of my knowledge and belief, and based on the information and records available to me, the claims listed on **Schedule 3** to the Proposed Order: (i) do not provide sufficient information to indicate the existence, validity, or amount of the claims; (ii) do not attach any documentation or reference to documentation that would indicate the existence, validity, or amount of the debts or claims; and (iii) are not supported by the Debtors' Books and Records with respect to the asserted existence, validity, or amount. Without limiting the generality of the foregoing, I and my advisors have reviewed the underlying claims and all supporting information and documentation provided therewith and have reviewed the Debtors' Books and Records for information related to the claims. Based upon such review, I believe that the claims do not provide *prima facie* evidence of the existence, validity, and amount of the claims. Therefore, the claims listed on **Schedule 3** to the Proposed Order should be disallowed and expunged.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief, based on the information and records available to me.

Dated: August 28, 2026

Drivetrain LLC as Liquidating Trustee

By: */s/ Thomas G. Fitzgerald*
Thomas G. FitzGerald